**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kangol LLC | ) )  ) |
| Plaintiff, | ) |
| v. | ) ) ) |
| | ) Case No.: 24-cv-1636 |
| The Partnerships and Unincorporated Associations Identified on Schedule A | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Kangol LLC ("Plaintiff" or "Kangol") files this Motion requesting leave to file the following documents under seal: (1) Schedule A attached to the Complaint, which lists the fully interactive, e-commerce stores operating under the seller aliases (the "Seller Aliases") and the e- commerce store urls under the Online Marketplaces; (2) the Declaration of Sean McCabe (Exhibit H to the Complaint), which includes screenshot printouts showing the product listings operated by the Seller Aliases; (3) Kangol's Motion for Temporary Restraining Order, which includes certain identifying information for the product listings operated by the Seller Aliases.

In this action, Kangol is requesting temporary *ex parte* relief based on an action for trademark infringement, counterfeiting, and false designation of origin. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary

1

restraining order has been served on the relevant parties and the requested actions are taken, Kangol will move to unseal these documents.

Date: February 27, 2024

Respectfully submitted,

*/s/ Todd R. Tucker*
Todd R. Tucker (65617)
ttucker@calfee.com
Yizhou Liu (93842)
bliu@calfee.com
Andrew W. Alexander (91167)
aalexander@calfee.com
Brian P. Doney (101466)
bdoney@calfee.com
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

*Attorneys for Plaintiff Kangol LLC*