*Kangol LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A*
Case No. 24-cv-1636

# Schedule A

| Defendant No. | Seller | Seller URL | Product Listing URL(s) |
|---|---|---|---|
| 1 | BAR CORPORATION | https://barcorporation.trustpass.alibaba.com/contactinfo.html | alibaba.com/product-detail/_11000009920168 |
| 2 | Yiwu Ai Xue Garment Co., Ltd. | https://aixue188.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600151435423<br><br>alibaba.com/product-detail/_1600505723413 |
| 3 | Huizhou Lucky Enterprise Co., Ltd. | https://luckyenterprise.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600337214867 |
| 4 | Nantong Yinwode Textile Technology Co., Ltd. | https://ntinworld.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600524668224 |
| 5 | Nanjing Xujing Industrial Inc | https://xujing.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600536595498<br><br>alibaba.com/product-detail/_1600536583606 |
| 6 | Shenzhen Junyibei Trading Co., Ltd. | https://pretty38woman.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600542416177<br><br>alibaba.com/product-detail/_1600751762883<br><br>alibaba.com/product-detail/_1600835799556 |
| 7 | Guangzhou Czelrine Import-exporting Trading Co.,Ltd | https://dongxinginds.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600555141884 |
| 8 | Anhui Jinghan Import And Export Co., Ltd. | https://jinghanexim.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600687488020 |
| 9 | Guangzhou Panchi Trading Co., Ltd. | https://punctual.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600693571740 |

| Defendant No. | Seller | Seller URL | Product Listing URL(s) |
|---|---|---|---|
| 10 | Yiwu Xuancui Hat Co., Ltd. | https://xuancui.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600784350456 |
| 11 | Anhui Qiyu Trading Co., Ltd. | https://anhuiqiyu.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600902463771 |
| 12 | Dongguan Sweet Ocean Caps Co., Ltd. | https://xhcaps.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600903511965.html |
| 13 | Hebei Dishixiao Gloves Manufacture Co., Ltd. | https://dsxgloves.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600952686534.html<br><br>alibaba.com/product-detail/_1600952257912.html |
| 14 | Hangzhou Chuanyue Silk Imp And Exp Co., Ltd. | https://danasilk.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600242720246.html |
| 15 | Suzhou Amy Hat Co., Ltd. | https://amyhat.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600436562570.html<br><br>alibaba.com/product-detail/_1600460617512.html |
| 16 | Ningbo Jiaqi Import And Export Trading Co., Ltd. | https://cn-nbjiaqi.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600465737444.html |
| 17 | Guangzhou Unipin Sportswear Co., Ltd. | https://unipincap.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600593328251.html |
| 18 | Yiwu Zhipai Trade Co., Ltd. | https://zhipai.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600713671370.html |
| 19 | Dongguan Jiahe Hat Co., Ltd. | https://jiahehat.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600742734758.html |
| 20 | Fuzhou Bingo Trading Co., Ltd. | https://fzbingo.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600789745792.html |

| Defendant No. | Seller | Seller URL | Product Listing URL(s) |
|---|---|---|---|
| 21 | Yiwu Lisa Knitting Raw Materials Firm | https://ywlisa.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600830716548.html |
| 22 | Hangzhou Yuntuofu Textile Products Co., Ltd. | https://wonderfulfashion.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600914051761.html |
| 23 | Yiwu Mingqi Trading Co., Ltd. | https://mingqitrade.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600914814503.html |
| 24 | Ruika Official Store | https://aliexpress.com/store/1101676251 | aliexpress.com/item/1005005086673016.html<br><br>aliexpress.com/item/3256804900358264.html |
| 25 | zhanchi Store | https://aliexpress.com/store/912601425<br><br>https://www.aliexpress.com/store/1101934337 | aliexpress.com/item/1005006197380691.html<br><br>aliexpress.com/item/3256806011065939.html |