# EXHIBIT 1

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 535,357
Registered Dec. 26, 1950
Renewal Approved Dec. 10, 1990

## TRADEMARK
## PRINCIPAL REGISTER

### KANGOL

KANGOL LIMITED (UNITED KINGDOM CORPORATION)
CLEATOR MILLS
CLEATOR, CUMBRIA, ENGLAND CA23 3DJ, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME OCEANA IMPORTS, INC. (NEW YORK CORPORATION) NEW YORK, NY

FOR: LADIES' AND MEN'S BERETS, IN CLASS 39 (INT. CL. 25).

FIRST USE 12-7-1937; IN COMMERCE 1-1-1938.

SER. NO. 71-583,280, FILED 8-10-1949.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 22, 1991.*



COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent Office

Reg. No. 1,011,576
Registered May 27, 1975

### TRADEMARK
Principal Register

### KANGOL

Kangol Wear Limited (British company)
Cleator Mills
Cleator, Cumberland, England

For: HEAD-GEAR, in CLASS 25 (U.S. CL. 39).
First use Jan. 1, 1938; in commerce May 1, 1946.
Owner of U.S. Reg. No. 535,357.

Ser. No. 19,109, filed Apr. 18, 1974.

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,490,292
Registered May 31, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## KANGOL

KANGOL LIMITED (UNITED KINGDOM CORPORATION)
CLEATOR MILLS
CLEATOR, ENGLAND

FOR: HATS, CAPS, AND BERETS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12-7-1937; IN COMMERCE 1-1-1938.

OWNER OF U.S. REG. NOS. 535,357, 1,372,671 AND OTHERS.

SER. NO. 686,067, FILED 9-24-1987.

DEBORAH S. COHN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,017,272
Registered Nov. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER

### KANGOL

KANGOL LIMITED (UNITED KINGDOM CORPORATION)
CLEATOR
CUMBRIA, UNITED KINGDOM CA23 3DJ

FOR: CLOTHING, NAMELY, COATS, JACKETS, BLOUSES, SHIRTS, SWEATERS, SHORTS, PANTS, SWEATPANTS, SWEATSHIRTS, DRESSES, SCARVES, GLOVES, SWIMWEAR AND T-SHIRTS; AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF UNITED KINGDOM REG. NO. 2321722, DATED 8-8-2003, EXPIRES 1-24-2013.

SER. NO. 78-298,471, FILED 9-10-2003.

CHRISIE B. KING, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# KANGOL

| | |
|---|---|
| **Reg. No. 4,153,667** | KANGOL LIMITED (UNITED KINGDOM COMPANY) |
| **Registered June 5, 2012** | UNIT A, BROOK PARK EAST <br> SHIREBROOK, UNITED KINGDOM NG208RY |
| **Int. Cl.: 25** | FOR: FOOTWEAR; CLOTHING, NAMELY, SHIRTS, SWEATSHIRTS, SWEATERS, PANTS, SHORTS, JACKETS, VESTS, COATS, HATS, GLOVES, UNDERWEAR, GAITERS, SCARVES, SOCKS, AND BELTS; WETSUITS; HEADGEAR, NAMELY, HATS AND CAPS; BALACLAVAS, IN CLASS 25 (U.S. CLS. 22 AND 39). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF ERPN CMNTY TM OFC REG. NO. 007106751, DATED 5-7-2009, EXPIRES 7-29-2018. |
| | OWNER OF U.S. REG. NOS. 535,357, 3,017,272 AND OTHERS. |
| | SER. NO. 85-440,935, FILED 10-6-2011. |
| | MICHAEL KEATING, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

Case: 1:24-cv-01636 Document #: 6-1 Filed: 02/27/24 Page 7 of 15 PageID #:310

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,384,996**  
**Registered Aug. 13, 2013**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

KANGOL LIMITED (UNITED KINGDOM COMPANY)  
UNIT A, BROOK PARK EAST  
SHIREBROOK, UNITED KINGDOM NG208RY

FOR: RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, FOOTWEAR, HEADGEAR, BAGS, AND RELATED FASHION ACCESSORIES; ON-LINE RETAIL STORE SERVICES IN THE FIELD OF CLOTHING, FOOTWEAR, HEADGEAR, BAGS AND RELATED FASHION ACCESSORIES; RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, FOOTWEAR, HEADGEAR, BAGS AND RELATED FASHION ACCESSORIES ACCESSIBLE ON-LINE AND BY TELEPHONE AND MAIL ORDER, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

OWNER OF U.S. REG. NOS. 3,988,639, 4,153,667, AND OTHERS.

THE MARK CONSISTS OF A KANGAROO DESIGN OVER THE WORD "KANGOL".

SN 85-579,543, FILED 3-26-2012.

INGRID C. EULIN, EXAMINING ATTORNEY



**Acting Director of the United States Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 1,372,671**
**Registered Nov. 26, 1985**

**Renewal Term Begins Nov. 26, 2015**

**10 Year Renewal/Amended**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

KANGOL LIMITED (UNITED KINGDOM CORPORATION)
UNIT A, BROOK PARK EAST
SHIREBROOK NG 20 8RY, UNITED KINGDOM

FOR: CASUAL HATS, CAPS EXCLUDING BASEBALL CAPS, AND BERETS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-4-1983; IN COMMERCE 4-4-1983.

OWNER OF U.S. REG. NOS. 535,357, 731,192 AND 1,011,576.

SER. NO. 73-431,989, FILED 6-27-1983.



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 4,204,801** | KANGOL LIMITED (UNITED KINGDOM COMPANY) |
| **Registered Sep. 11, 2012** | UNIT A, BROOK PARK EAST |
| | SHIREBROOK, UNITED KINGDOM NG208RY |
| **Int. Cl.: 25** | FOR: FOOTWEAR; CLOTHING, NAMELY, SHIRTS, SWEATSHIRTS, SWEATERS, PANTS, SHORTS, JACKETS, VESTS, COATS, HATS, GLOVES, UNDERWEAR, GAITERS, SCARVES, SOCKS, AND BELTS; WETSUITS; HEADGEAR, NAMELY, HATS AND CAPS; |
| **TRADEMARK** | BALACLAVAS, IN CLASS 25 (U.S. CLS. 22 AND 39). |
| **PRINCIPAL REGISTER** | OWNER OF ERPN CMNTY TM OFC REG. NO. 009134107, DATED 12-6-2010, EXPIRES 5-26-2020. |

OWNER OF U.S. REG. NOS. 535,357, 3,017,272 AND OTHERS.

THE MARK CONSISTS OF THE WORD "KANGOL" BELOW A KANGAROO DESIGN.

SER. NO. 85-440,932, FILED 10-6-2011.

MICHAEL KEATING, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,384,996**  
**Registered Aug. 13, 2013**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

KANGOL LIMITED (UNITED KINGDOM COMPANY)  
UNIT A, BROOK PARK EAST  
SHIREBROOK, UNITED KINGDOM NG208RY

FOR: RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, FOOTWEAR, HEADGEAR, BAGS, AND RELATED FASHION ACCESSORIES; ON-LINE RETAIL STORE SERVICES IN THE FIELD OF CLOTHING, FOOTWEAR, HEADGEAR, BAGS AND RELATED FASHION ACCESSORIES; RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, FOOTWEAR, HEADGEAR, BAGS AND RELATED FASHION ACCESSORIES ACCESSIBLE ON-LINE AND BY TELEPHONE AND MAIL ORDER, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

OWNER OF U.S. REG. NOS. 3,988,639, 4,153,667, AND OTHERS.

THE MARK CONSISTS OF A KANGAROO DESIGN OVER THE WORD "KANGOL".

SN 85-579,543, FILED 3-26-2012.

INGRID C. EULIN, EXAMINING ATTORNEY



**Acting Director of the United States Patent and Trademark Office**

OWNER OF EUROPEAN UNION , REG. NO. 009134107, DATED 12-06-2010, EXPIRES 05-26-2020

OWNER OF EUROPEAN UNION , REG. NO. 000088005, DATED 09-10-1999, EXPIRES 04-01-2026

The mark consists of a kangaroo design over the word "KANGOL".

SER. NO. 87-242,095, FILED 11-18-2016

Int. Cls.: **9, 16, 18, and 25**

Prior U.S. Cls.: **1, 2, 3, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 41, and 50**

Reg. No. **2,235,981**

## United States Patent and Trademark Office

Registered Mar. 30, 1999

## TRADEMARK
### PRINCIPAL REGISTER



KANGOL LIMITED (UNITED KINGDOM CORPORATION)
CLEATOR MILLS
CLEATOR, CUMBRIA, GREAT BRITAIN CA2 3DJ

FOR: EYE GLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-1996; IN COMMERCE 6-0-1996.

FOR: PENCIL CASES, DIARY CASES, PERSONAL AND DESK TOP ORGANIZERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

FOR: WALLETS, BILLFOLDS, HANDBAGS, BACKPACKS, FANNY PACKS, SATCHELS, GENERAL PURPOSE SPORT BAGS, LUGGAGE, BRIEF CASES, COSMETIC CASES SOLD EMPTY, COIN PURSES, KEY CASES, AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

FOR: MEN'S, WOMEN'S, CHILDREN'S CLOTHING AND SPORTSWEAR, NAMELY, T-SHIRTS IN THE NATURE OF OUTERWEAR AND NOT INTENDED FOR USE AS UNDERWEAR, SWEATSHIRTS, SWEATPANTS, PANTS, SHORTS, SHIRTS, BLOUSES, SCARVES, GLOVES, JACKETS, BELTS, HATS, TIES, VESTS, COATS, AND SWEATERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1995; IN COMMERCE 8-0-1995.

OWNER OF U.S. REG. NOS. 535,357, 1,490,292, AND OTHERS.

SN 74-661,102, FILED 4-12-1995.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cls.: **14, 16, 18, and 25**

Prior U.S. Cls.: **1, 2, 3, 5, 22, 23, 27, 28, 29, 37, 38, 39, 41, and 50**

Reg. No. **2,278,532**

## United States Patent and Trademark Office

Registered **Sep. 14, 1999**

## TRADEMARK
### PRINCIPAL REGISTER



KANGOL LIMITED (UNITED KINGDOM CORPORATION)
CLEATOR
CUMBRIA CA23 3DJ, ENGLAND

   FOR: JEWELRY; CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
   FIRST USE 5-0-1998; IN COMMERCE 5-14-1998.
   FOR: STATIONERY; PENCIL CASES; PEN CASES; PERSONAL ORGANIZERS AND CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
   FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.
   FOR: UMBRELLAS, ARTICLES MADE OF LEATHER OR IMITATION OF LEATHER; NAMELY, WALLETS, PURSES, KEY CASES, PASSPORT COVERS, CREDIT CARD HOLDERS, HANDBAGS, DOCUMENT CASES, BRIEFCASES, TRAVELLING BAGS, SUITCASES, VANITY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).
   FIRST USE 8-0-1995; IN COMMERCE 8-0-1995.
   FOR: SWIMWEAR, NAMELY BEACH ROBES, BEACH SANDALS, BEACH SLIPPERS, BATHING SUITS, BATHING TRUNKS, AND BEACH SHOES; CHILDREN'S WEAR, NAMELY BELTS, BLOUSES, CHEMISETTES, COATS, TOP COATS, UNDERWEAR, DRESSES, DRESSING GOWNS, FOOTWEAR, GLOVES, CLOTHING HOODS, HOSIERY, JACKETS, JERSEYS, JUMPERS, KNICKERS, LEGGINGS, MITTENS, NECKTIES, OVERCOATS, PAJAMAS, PARKAS, PULLOVERS, SCARVES, SHAWLS, SHIRTS, SHORTS, SKIRTS, SOCKS, STOCKINGS, SWEATERS, TIGHTS, TOPCOATS, TROUSERS, VESTS AND RAINCOATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

2                                                                    2,278,532

FIRST USE 8-0-1995; IN COMMERCE 8-0-1995.

OWNER OF U.S. REG. NOS. 1,372,671 AND 1,490,292.

SN 75-975,084, FILED 1-6-1994.

CHAD SMITH, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,787,973**
**Registered May 11, 2010**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

KANGOL LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
BRITWELL ROAD
GRENVILLE COURT
BURNHAM, UNITED KINGDOM SL18DF

FOR: HATS, CAPS, BERETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1982; IN COMMERCE 5-0-1982.

OWNER OF ERPN CMNTY TM OFC REG. NO. 000087973, DATED 9-10-1999, EXPIRES 4-1-2016.

OWNER OF U.S. REG. NOS. 1,011,576, 1,490,292, AND OTHERS.

THE MARK CONSISTS OF THE WORD "KANGOL" WITH A DESIGN OF CROSSED NEEDLES OVER THE LETTERS "A" AND "N".

SN 77-501,753, FILED 6-18-2008.

HOWARD FRIEDMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office