# EXHIBIT 2

# Defendant No. 1
## BAR CORPORATION





**biz.alibaba.com/contract/poBuy**

biz.alibaba.com/contract/poBuy.htm?productData=[{"productId":11000009920168,"skuId":11000327770843,"quantity":25}]&cha...

**Alibaba.com** | My Alibaba

Start selling now · My Account ⌄ · Help ⌄ · English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏭 BAR CORPORATION

**2023 Wholesale Customised Design Casual Wear Bucket Hat Embroidered Logo Fashion Bucket Hats For Men's And Women's**

MOQ: 25 Pieces

| Size : one size fit all , | USD 5.50 / Piece ⓘ | − 25 + | USD 137.50 |
| Color : Black | | | |

Enter additional customization details

⬆️
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP    Change   Add an address
📞 +1 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date 📅

**Submit to supplier**

# Defendant No. 2
Yiwu Ai Xue Garment Co., Ltd.

Sourcing Festival  Lunar New Year stock-up: **Shipping deals, retail margin**    View more →

Alibaba.com

Key attributes | Samples | Customization | Ratings & Reviews | Know your supplier | Product descriptions from the supplier



Wholesale New Fashion Wool Custom Kangol Embroidered Beret Custom Peaky Blinders Hats Cap

No reviews yet · 2 buyers

Yiwu Ai Xue Garment Co., Ltd. · Verified Custom manufacturer · 6 yrs · CN

Hover to zoom in

Share



Ready to Ship · #14 Most popular in Embroidered Berets

| 10 - 99 pieces | 100 - 499 pieces |
|---|---|
| **$9.50** | **$8.80** |
| 500 - 999999 pieces | >= 1000000 pieces |
| **$8.10** | **$6.50** |

**Variations**

Total options: 6 Color.    Select now

1. Color(6)

**Membership benefits**

**Purchase details**

Protection with 🛡 Trade Assurance

Shipping fee: $23.71 From CN to US
Estimated delivery by 2/28-3/20 · Ocean +
Delivery US (Economy)
Powered by Alibaba.com Logistics

VISA ● ● PayPal ● ● ● …

Enjoy encrypted and secure payments View details

↩ Enjoy Easy Return: Return defective products to our local warehouse for free View details

**Start order**    Add to cart    ○

Still deciding? Get samples first! Order sample

## Key attributes

**Other attributes**

| Printing Methods | Embossed, Hand Drawn, other |
|---|---|
| Technics | Maching embroidery, Hand Embroidery, 3D embroidery, Nail bead embroidery, Flocking embroidery, other |
| Fabric Type | custom |
| Applicable Scene | Casual, Outdoor, Travel, Party, Business, Daily, Traveling |
| Style | Image |
| Place of Origin | Zhejiang, China |
| Applicable Season | Winter |
| Age Group | Adults |
| Gender | Unisex |
| Material | 100% Wool |
| Brand Name | Guanlinglong |
| Model Number | AX19-047 |
| Size | M(56-58cm) |

Messenger

TOP



332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⑦  **USD 3.85**

Additional notes (optional)

| Please fill in |
| --- |
| 0/2000 |

**Protections on this order** with 🛡 Trade Assurance          View details ›

🖥 **On-time Dispatch Guarantee**
Dispatched within 5 days or you are eligible for compensation

Ⓢ **Easy Return**
Return locally for free within 30 days and get a full refund

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4

Sourcing Festival **Lunar New Year stock-up:** Shipping deals, retail margin  View more →

 Alibaba.com

Products ⌄ | kangaroo hat | 🔍 Search

Ship to: 🇺🇸 US 🌐 💬 📷 🛒 👤 🔵

≡ All categories    Featured selections    Trade Assurance      Buyer Central   Help Center   Get the app   Become a supplier

## Kangaroo Cold Proof And Warm Personality Trend Rabbit Hair Fisherman Hat Embroidered Winter Bucket Hat

No reviews yet

Yiwu Ai Xue Garment Co., Ltd.   ✓Verified Custom manufacturer · 6 yrs.   🟥 CN



Hover to zoom in      ⬈ Share

### Other recommendations for your business

   

High Quality Customized Hurley... | OEM Hot Sale High Quality Wholesale Wel... | OEM 2022 New Custom Plain Bucket Hat... | OEM Custom Wholesale Ch...
$1.88 - $2.68 | $1.79 - $3.78 | $2.89 - $3.59 | $0.75 - $2.0
Min. order:10.0 pieces | Min. order:1 piece | Min. order:10 pieces | Min. order:1 p

### Key attributes

#### Other attributes

| Applicable Scene | Casual, Outdoor, Travel, Party, Business, Daily, Traveling |
|---|---|
| Material | rabbit hair |
| Style | Character |
| Place of Origin | Zhejiang, China |
| Applicable Season | Winter |
| Age Group | Adults |
| Gender | Female |



Ready to Ship

Yiwu Ai Xue Garment Co., Ltd.

**2% OFF** Discount ends in   20d:10h:58m:38s

| 10 - 299 pieces | 300 - 499 pieces |
|---|---|
| **$5.57** | **$5.19** |
| $5.68 | $5.30 |

>= 500 pieces
**$4.50**
$4.59

### Variations

Total options: 10 Color; 1 Size.   Select now ›

1. Color(10):   Black

2. Size(1)
56-58cm

Start order   Add to cart   ✉

Still deciding? Get samples first!   Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 **Shipping**
Shipping fee: $24.87 From CN to US
Estimated delivery by **2/28-3/20** via Ocean + Delivery US (Economy)
Powered by **Alibaba**.com Logistics

💳 **Payments**
VISA 💳 P PayPal afterpay 🅿 G Pay ...
Enjoy encrypted and secure payments View details

↩ **Returns & Refunds**
Enjoy Easy Return: Return defective products to our local warehouse for free View details

 Alibaba.com

Products ▾  |  kangaroo hat  📷  |  Ship to: 🇺🇸 US  |  Sign up

Key attributes    Samples    Customization    Ratings & Reviews    Know your supplier    Product descriptions from the supplier

| | |
|---|---|
| Product name | Bucket hat |
| Color | 9 Colors |
| Usage | Outdoors Activities |
| Brim | 5.5cm |
| MOQ | 10pcs |
| Material | Rabbit hair |
| Logo | Kangol |
| Packing | 1pc/opp Bag |
| Payment | Trade Assurance.Western Union.MoneyGram.T.T |
| Shipping | DHL\|EMS\|UPS\|FEDEX\|by Sea\|by Air |

## Packaging and delivery

| | |
|---|---|
| Packaging Details | 1opp/bag Kangaroo Cold Proof And Warm Personality Trend Rabbit Hair Fisherman Hat Embroidered Winter Bucket Hat |
| Selling Units: | Single item |
| Single package size: | 20X20X5 cm |
| Single gross weight: | 0.230 kg |

Show less ⌃

## Lead time

| Quantity (pieces) | 1 - 200 | 201 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 5 | 7 | 15 | To be negotiated |

## Samples

Maximum order quantity: 2 piece

Sample price: **$40.00/piece**

Order sample

## Customization

Customized logo          Customized packaging          Graphic customization
Min. order: 300          Min. order: 300               Min. order: 300

For more customization details, message supplier



Ready to Ship

**2% OFF** Discount ends in    15d:15h:42m:14s

10 - 299 pieces        300 - 499 pieces
**$5.57**               **$5.19**
$5.68                   $5.30

>= 500 pieces
**$4.50**
$4.59

### Variations

Total options: 10 Color; 1 Size.

1. Color(10):  Black

2. Size(1)
56-58cm            $5.57

### Membership benefits

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping fee: $24.79( From CN to US )
Estimated delivery by **3/4-3/25** via Ocean + Delivery
US (Economy)
Powered by Alibaba.com Logistics

🔒 VISA  mastercard  P PayPal  discover  Pay  G Pay

Enjoy encrypted and secure payments View details

↩ Enjoy **Easy Return:** Return defective products to our
local warehouse for free View details

Still deciding? Get samples first! Order sample



Alibaba.com

Products ▾   kangaroo hat   📷        Ship to: 🇺🇸 US        Sign up

Key attributes | Samples | Customization | Ratings & Reviews | Know your supplier | **Product descriptions from the supplier**





Ready to Ship

**2% OFF**  Discount ends in  15d:15h:40m:12s

| 10 - 299 pieces | 300 - 499 pieces |
|---|---|
| **$5.57** | **$5.19** |
| $5.68 | $5.30 |

>= 500 pieces
**$4.50**
$4.59

### Variations

Total options: 10 Color; 1 Size.

1. Color(10):  Black

2. Size(1)

56~58cm        $5.57

### Membership benefits

### Purchase details

Protection with 🛡 Trade Assurance

Shipping fee: $24.79 from CN to US
Estimated delivery by **3/4-3/25** via Ocean + Delivery
US (Economy)
Powered by Alibaba.com Logistics

VISA  🔴 Mastercard  PayPal  discover  ▪Pay  GPay ▪

Enjoy encrypted and secure payments View details

↩ Enjoy **Easy Return:** Return defective products to our
local warehouse for free View details

Still deciding? Get samples first! Order sample



TOP

Case: 1:24-cv-01636 Document #: 6-2 Filed: 03/27/24 Page 12 of 139 PageID #:830





Billing Address

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

◯ Other payment methods

Processing fee: ⑦  **USD 20.53**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance          View details ›

🖥 **On-time Dispatch Guarantee**
Dispatched within 5 days or you are eligible for compensation

Ⓢ **Easy Return**
Return locally for free within 30 days and get a full refund

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号  浙B2-20120091-4

**Defendant No. 3**
Huizhou Lucky Enterprise Co., Ltd.



Sourcing Festival **Lunar New Year stock-up: Shipping deals, retail margin** View more →



**Alibaba.com**

Products ▾ | bandana bucket | 📷 | 🔍 Search

Ship to: 🇺🇸 US | 🌐 | 💬 | 🛍 | 🛒 | 👤 | 🔵

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

## Custom Logo Kangol Bucket Hat Men Black Fishing Cap Corduroy Bandana Bucket Hat Wholesale

No reviews yet

Huizhou Lucky Enterprise Co., Ltd. · 3 yrs · 🇨🇳 CN



Hover to zoom in

Share

| | 30 - 99 pieces | 100 - 299 pieces |
|---|---|---|
| | **$4.56** | **$4.30** |
| | 300 - 1999 pieces | >= 2000 pieces |
| | **$4.20** | **$3.60** |

### Variations

Total options: 5 Color; 1 Size.   Select now ›

1. Color(5): Black

2. Size(1)

56-58 cm

**Start order request** | Contact supplier | 💬

Still deciding? Get samples first! Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

💳 Payments
VISA | Mastercard | P PayPal | afterpay | ✦Pay | G Pay | …
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details



## Key attributes

### Other attributes

| | |
|---|---|
| Material | Corduroy |
| Style | Image |
| Place of Origin | Guangdong, China |
| Applicable Season | Winter |
| Age Group | Adults |
| Gender | Male |
| Brand Name | OEM |
| Model Number | LBU2039 |
| Product name | Corduroy bucket hat |
| Logo | Custom Logo |
| Usage | Daily Life |
| Season | Spring Winter |
| Function | Multifunction Used |
| Color | Custom Color |
| MOQ | 30 pcs |

Case: 1:24-cv-01636 Document #: 6-2 Filed: 03/27/24 Page 16 of 139 PageID #:334





# Alibaba.com | My Alibaba

Start selling now   My Account ⌄   Help ⌄   English ⌄

# Send order request



## Product details

Specify your purchase details and let the supplier know you requirements.

🏬 Huizhou Lucky Enterprise Co., Ltd.

**Custom Logo Kangol Bucket Hat Men Black Fishing Cap Corduroy Bandana Bucket Hat Wholesale**

MOQ: 30 Pieces

| Size : | 56-58 cm , | USD 4.56 / Piece ⓘ | − 30 + | USD 136.80 |
| Color : | Black |

Enter additional customization details

⤴
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP          Change   Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date 📅

Additional notes

**Submit to supplier**

## Tax USD 14.02

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

## What's next for your purchase?

① **Submit order request** —— ② **Negotiate details with supplier** —— ③ **Receive sample order if necessary** —— ④ **Make payment for bulk order and wait for delivery**

## Protections for this order with 🛡 Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号 浙B2-20120091-4

# Defendant No. 4
Nantong Yinwode Textile Technology Co., Ltd.

Sourcing Festival **Lunar New Year stock-up: Shipping deals, retail margin** View more →

  Products ⌄ | women's clothin 📷 | 🔍 Search | Ship to: 🇺🇸 US | 🌐 💬 🗂 🛒 👤 🔵

☰ All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

### HIgh quality hawaiian distressed designer flower luxury tropical green GOLF fashion kangol COTTON bucket fisherman hat CAP

No reviews yet

🏭 Nantong Yinwode Textile Technology Co., Ltd. · 2 yrs · 🇨🇳 CN



FREE SAMPLE

📤 Share

## Key attributes

### Other attributes

| | |
|---|---|
| Applicable Scene | Beach, Casual, Outdoor, Travel, Sports, Cycling, Go shopping, Party, Business, Fishing, SKI, Home Use, Daily, Traveling |
| Material | 100% Cotton |
| Style | Fashion |
| Place of Origin | Jiangsu, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |
| Brand Name | YINWODE |
| NAME | CUSTOM PRINTED BUCKET HAT |
| SIZE | CUSTOM |
| COLOR | Custom Color |
| OEM ODM | PROVIDED |
| MOQ | 1 |
| Packing | CUSTOM |



| 2 - 49 pieces | 50 - 299 pieces |
|---|---|
| **$1.90** | **$1.80** |

| 300 - 9999 pieces | >= 10000 pieces |
|---|---|
| **$1.60** | **$1.35** |

### Variations

Total options: 39 Color; 2 Siz... **Select now** ›

1. Color(39): 1

2. Size(2)

ADULT | KIDS

**Start order request** | Contact supplier | 💬

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

💳 Payments
VISA 🔴 P PayPal 〰 ⓟPay GPay ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

Case: 1:24-cv-01636 Document #: 6-2 Filed: 08/27/24 Page 20 of 139 PageID #:336

# Alibaba.com | My Alibaba

Start selling now

My Account ⌄  Help ⌄  English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏪 Nantong Yinwode Textile Technology Co., Ltd.

HIgh quality hawaiian distressed designer flower luxury tropical green GOLF fashion kangol COTTON bucket fisherman hat CAP

MOQ: 2 Pieces

| Size : ADULT , Color : 🎩 2 | USD 1.90 / Piece ⓘ | − 10 + | USD 19.00 |

Enter additional customization details

⬆️
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP          Change   Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date 📅

Additional notes

**Submit to supplier**

## Tax USD 1.95

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

## What's next for your purchase?

① Submit order request —— ② Negotiate details with supplier —— ③ Receive sample order if necessary —— ④ Make payment for bulk order and wait for delivery

## Protections for this order with 🛡 Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4

# Defendant No. 5
Nanjing Xujing Industrial Inc

1/16/24, 11:22 AM
Case: 1:24-cv-01636 Document #: 6-2 Filed: 02/27/24 Page 23 of 139 PageID #:341
Wholesale Bulk Custom high quality Logo Men Women 100% Cotton black Bucket Ha...

🎊 Sourcing Festival  **Lunar New Year stock-up:** Shipping deals, retail margin   View more →

 Alibaba.com

Products ▾ | bucket hat | 📷 | 🔍 Search | Ship to: 🇺🇸 US | 🌐 | 👤 | Sign up

☰ All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## Wholesale Bulk Custom high quality Logo Men Women 100% Cotton black Bucket Hat

No reviews yet · 2 buyers

 Nanjing Xujing Industrial Inc · **Verified** Multispecialty supplier · 2 yrs · 🔲 CN




Hover to zoom in

☍ Share

### Other recommendations for your business

Custom Adult Cotton Printed Embroidered...
**$0.99 - $1.99**
Min. order:100 pieces

### Key attributes

**Other attributes**

| Applicable Scene | Beach, Outdoor, Travel, Sports, Go shopping, Party, Business, Fishing, Home Use, Daily, Traveling |
|---|---|
| Material | 100% Cotton |
| Style | Character |
| Place of Origin | jiangsu |
| Applicable Season | Spring And Summer |
| Age Group | Adults |

Show more ⌄



| 100 – 999 pieces | 1000 – 4999 pieces |
|---|---|
| **$1.99** | **$1.50** |

| 5000 – 49999 pieces | >= 50000 pieces |
|---|---|
| **$1.28** | **$0.99** |

**Variations**

Total options: 1 Color; 1 Size.

**1. Color(1):** Black

⬛

**2. Size(1)**

| 58CM | $1.99 | − 0 + |

Start order request | Contact supplier | 💬

Still deciding? Get samples first! Order sample

**Membership benefits**

Claim US $80 in coupons every month View more

**Purchase details**

Protection with 🛡 Trade Assurance

🚚 **Shipping**
Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

💳 **Payments**
VISA ● P PayPal 🔵 ● Pay G Pay ⋯
Enjoy encrypted and secure payments View details

↩ **Returns & Refunds**
Enjoy **Easy Return:** Return defective products to our local warehouse for free View details

💬 Messenger

Case: 1:24-cv-01636 Document #: 6-2 Filed: 02/27/24 Page 24 of 139 PageID #:340



## Tax  USD 20.40

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

## What's next for your purchase?

① **Submit order request** ── ② **Negotiate details with supplier** ── ③ **Receive sample order if necessary** ── ④ **Make payment for bulk order and wait for delivery**

## Protections for this order  with 🛡 Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved. 😊 浙公网安备 33010002000092号  浙B2-20120091-4



Sourcing Festival **Lunar New Year stock-up: Shipping deals, retail margin**    View more →



**Alibaba.com** | Products ⌄ | chapeau homme | 🔍 Search | Ship to: 🇺🇸 US | 🌐 | 👤 | Sign up

≡ All categories    Featured selections    Trade Assurance          Buyer Central    Help Center    Get the app    Become a supplier

## custom white Plain Blank Bulk Adult Cotton Customized Embroidery Printed Logo Fisherman Bucket Hat men

No reviews yet · 3 buyers




Nanjing Xujing Industrial Inc · Verified Multispecialty supplier · 2 yrs  🚩 CN







Hover to zoom in    ⇱ Share

### Other recommendations for your business

Custom embroidery logo or silk screen 100...
**$0.99 - $1.99**
Min. order:100 pieces

Terry Cloth Fisherman Sun Hat and Terry...
**$1.28 - $2.88**
Min. order:500.0 pieces

High quality towel bucket hat for custom...
**$0.99 - $1.99**
Min. order:100.0 pieces

Custom new fashion tie dy...
**$0.99 - $1.9**
Min. order:20

### Key attributes

#### Other attributes

| | |
|---|---|
| Applicable Scene | Beach, Outdoor, Travel, Sports, Go shopping, Party, Business, Fishing, Home Use, Daily, Traveling |
| Material | 100% Cotton |
| Style | Character |
| Place of Origin | jiangsu |
| Applicable Season | Spring And Summer |
| Age Group | Adults |
| Gender | Unisex |



| 100 - 999 pieces | 1000 - 4999 pieces |
|---|---|
| **$1.99** | **$1.50** |

| 5000 - 49999 pieces | >= 50000 pieces |
|---|---|
| **$1.28** | **$0.99** |

**Variations**

Total options: 1 Color; 1 Size.    Select now ›

1. Color(1):  Black

⬛

2. Size(1)

58CM

**Start order request** | Contact supplier | 💬

Still deciding? Get samples first! Order sample

**Membership benefits**
3-day coupon giveaway: up to US $80 off Claim now

**Purchase details**
Protection with 🛡 Trade Assurance

🚚 Shipping
Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

💳 Payments
VISA Mastercard P PayPal 〰 Pay G Pay
Enjoy encrypted and secure payments View details

🔄 Returns & Refunds
Enjoy Easy Return: Return defective products to our local warehouse for free View details



Messenger

1/12/24, 9:47 AM    Custom Own Logo Blank Bulk Men Women Cotton Customized Embroidery Printed Bucket Hat, Bucket Hat,B...

Case: 1:24-cv-01636 Document #: 62 Filed: 03/27/24 Page 27 of 139 PageID #:345

| Brand Name | XUJING |
|---|---|
| Model Number | XUJING-126 |
| Feature | Sunshade |
| Product name | BUCKET HAT |
| Logo | Custom Logo |
| Color | Custom Color |
| Design | Custom Bucket Hat Based |
| Payment | T/T |
| Delivery time | 15-20 Days |
| Quality | High Qualtiy |
| Service | 24 Hours Online |
| MOQ | 100pcs |
| Sample time | 2-3 Days |

Packaging and delivery

| Packaging Details | 1pc/opp bag,125pc/ctns carton size:48×42×42cm carton weight:8/9kg |
|---|---|
| Port | shanghai |

Supply Ability

| Supply Ability | 200000 Piece/Pieces per Month |
|---|---|

Show less ⌃

## Lead time

| Quantity (pieces) | 1 - 5000 | 5001 - 50000 | > 50000 |
|---|---|---|---|
| Lead time (days) | 25 | 40 | To be negotiated |

## Samples

Maximum order quantity: 2 piece

Sample price: **$20.00/piece**

Order sample

## Customization

Customized logo
Min. order: 100

Customized packaging
Min. order: 100

Graphic customization
Min. order: 100

For more customization details, message supplier



Case: 1:24-cv-01636 Document #: 6-2 Filed: 08/27/24 Page 28 of 139 PageID #:346



## Tax   USD 20.40

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.   Submit now

## What's next for your purchase?

① **Submit order request** ── ② **Negotiate details with supplier** ── ③ **Receive sample order if necessary** ── ④ **Make payment for bulk order and wait for delivery**

## Protections for this order   with 🛡 Trade Assrance

🚚 **On-time shipping and logistics services**
Guaranteed dispatch and delivery times

💳 **Safe and easy payments**
20+ secure payment methods and currencies accepted

↩ **Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved. 🐵 浙公网安备 33010002000092号  浙B2-20120091-4

**Defendant No. 6**
Shenzhen Junyibei Trading Co., Ltd.



Lunar New Year stock-up: Shipping deals, retail margin

View more →

Sourcing Festival

Products ▾ | women hats | 🔍 Search

Ship to: 🇺🇸 US

Buyer Central  Help Center  Get the app  Become a supplier

☰ All categories   Featured selections   Trade Assurance

## Wholesale knitted net kangaroo beret female wool autumn winter British retro hyun a black Flat Hat Female women beret hat

No reviews yet · 4 buyers

Shenzhen Junyibei Trading Co., Ltd. · 2 yrs | 🟥 CN



Hover to zoom in

Share

### Other recommendations for your business


wholesale Embroidered woollen cloth beret...
**$1.18 - $5.18**
Min. order:15 pieces


Wholesale Tide version men's beret solid colo...
**$0.98 - $2.86**
Min. order:25 pieces


New woolen men's hat trend reverse wear...
**$2.68 - $6.92**
Min. order:25 pieces


Women's autu... winter version
**$9.88 - $15**
Min. order:10

### Key attributes

### Other attributes

| Applicable Scene | Casual, Outdoor, Travel, Sports, Go shopping, Party, Business, Fishing, Traveling |
|---|---|
| Style | Image |
| Place of Origin | Guangdong, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Female |
| Material | Cotton |

Show more ⌄



**#18** Most popular in Beret

| 15 - 199 pieces | 200 - 499 pieces |
|---|---|
| **$3.68** | **$3.30** |

500 - 199999999 pieces
**$2.88**

>= 200000000 pieces
**$0.98**

### Variations

Total options: 8 Color.   Select now ›

1. Color(8)

Start order request   Contact supplier

Still deciding? Get samples first!   Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

💳 Payments
VISA  mastercard  P PayPal  📦  Pay  G Pay  ···
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

Case: 1:24-cv-01636 Document #: 62-1 Filed: 08/27/24 Page 32 of 139 PageID #:350



## Tax USD 7.54

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

## What's next for your purchase?

① **Submit order request** —— ② **Negotiate details with supplier** —— ③ **Receive sample order if necessary** —— ④ **Make payment for bulk order and wait for delivery**

## Protections for this order with 🛡 Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved. 🔴 浙公网安备 33010002000092号 浙B2-20120091-4

 Sourcing Festival  **Lunar New Year stock-up: Shipping deals, retail margin**    View more →

 Alibaba.com

| Products ⌄ | female beret | 🔍 Search |

Ship to: 🇺🇸 US    Buyer Central    Help Center    Get the app    Become a supplier

☰ All categories    Featured selections    Trade Assurance

### wholesale Embroidered woollen cloth beret female wool autumn winter British retro hyun black Flat Hat Painter's women beret hat

No reviews yet

 Shenzhen Junyibei Trading Co., Ltd. · 2 yrs  🇨🇳 CN









Hover to zoom in    ⬦ Share

#### Other recommendations for your business


Wholesale knitted net kangaroo beret femal...
**$0.98 - $3.68**
Min. order:15 pieces


Women's autumn and winter version of the...
**$9.88 - $15.56**
Min. order:10 pieces


wholesale Embroidered woollen cloth beret...
**$1.18 - $5.18**
Min. order:15 pieces


Wool beret w British retro a
**$1.88 - $6.9**
Min. order:25

### Key attributes

#### Other attributes

| | |
|---|---|
| Applicable Scene | Casual, Outdoor, Travel, Sports, Go shopping, Party, Business, Fishing, Traveling |
| Style | Image |
| Place of Origin | Guangdong, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Female |
| Material | woollen cloth |



| 15 - 199 pieces | 200 - 499 pieces |
|---|---|
| **$5.18** | **$4.68** |

| 500 - 199999999 pieces |
|---|
| **$4.23** |

| >= 200000000 pieces |
|---|
| **$1.18** |

#### Variations

Total options: 5 Color.    Select now ›

1. Color(5)

**Start order request**    **Contact supplier**

Still deciding? Get samples first! Order sample

#### Membership benefits

Quick refunds on orders under US $500 View more

#### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping    Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

💳 Payments    VISA ⬤⬤ P PayPal afterpay ⬤Pay G Pay ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds    Eligible for refunds within 30 days of receiving products. View details



1/11/24, 3:25 PM



## Tax USD 7.96

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

## What's next for your purchase?

(1) Submit order request —— (2) Negotiate details with supplier —— (3) Receive sample order if necessary —— (4) Make payment for bulk order and wait for delivery

## Protections for this order with  Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Case: 1:24-cv-01636 Document #: 42 Filed: 02/27/24 Page 37 of 139 PageID #:355



🎇 Sourcing Festival    **Lunar New Year stock-up: Shipping deals, retail margin**    View more →

**Alibaba.com**    Products ⌄    | kangaroo hat          📷 | 🔍 Search |    Ship to: 🇺🇸 US    🌐    💬    🗂    🛒    👤    🔵

All categories    Featured selections    Trade Assurance                Buyer Central    Help Center    Get the app    Become a supplier

Wholesale knitted mesh premium high-quality cotton kangaroo beret female
autumn and summer British retro black flat hat

No reviews yet

Shenzhen Junyibei Trading Co., Ltd. · 2 yrs    🇨🇳 CN








shop6346n1234i921.1688.com

Hover to zoom in                                              ⬆ Share

## Other recommendations for your business






| Women's autumn and winter version of the... | Wholesale knitted net black beret for man... | British retro fashion beret men's functional... | wholesale Em woollen cloth |
| **$9.88 - $15.56** | **$3.00 - $4.38** | **$3.88 - $13.61** | **$1.18 - $5.1** |
| Min. order:10 pieces | Min. order:25 pieces | Min. order:10 pieces | Min. order:15 |

## Key attributes

### Other attributes

| Applicable Scene | Casual, Outdoor, Travel, Sports, Go shopping, Party, Business, Fishing, Traveling |
| --- | --- |
| Style | Image |
| Place of Origin | Guangdong, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Female |
| Material | Cotton |

### Sidebar



| 25 - 99 pieces | 100 - 299 pieces |
| --- | --- |
| **$8.86** | **$7.63** |
| 300 - 999 pieces | >= 1000 pieces |
| **$7.15** | **$6.28** |

**Variations**

Total options: 10 Color.    Select now ›

1. Color(10)

...

Start order request    Contact supplier    💬

Still deciding? Get samples first!  Order sample

**Membership benefits**

Quick refunds on orders under US $500  View more

**Purchase details**

Protection with 🛡 Trade Assurance

📦 Shipping
Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

💳 Payments
VISA  🟠  P PayPal  📧  G Pay  ...
Enjoy encrypted and secure payments  View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products.  View details

Case: 1:24-cv-01636 Document #: 42-2 Filed: 02/27/24 Page 38 of 139 PageID #:358

| Brand Name | OEM |
| --- | --- |
| Size | Customized |
| Product name | Kangaroo hat for women french style |
| MOQ | 25 Pcs |
| Material of betet | Cotton |
| Usage | Women's Decration |
| Quality | High Qualiy |
| Weight | 0.2kg |
| Color | Picture Shows |
| Gender | Female |
| PAYMENT | L/C/TT/Western Union/Trade Assurance |

Packaging and delivery

| Port | shenzhen |
| --- | --- |

Show less ⌃

## Lead time

| Quantity (pieces) | 1 - 1000 | > 1000 |
| --- | --- | --- |
| Lead time (days) | 15 | To be negotiated |

## Samples

Maximum order quantity: 1 piece

Sample price: **$7.88/piece**

Order sample

## Performance analysis

| Store's inquiry volume | Store's inquiries (90 days) | Store's inquiry trend | Store's inquiry trends (90 days) |
| --- | --- | --- | --- |
| **210+** | **100+** | | |

View more data ›

## Customization

Customized packaging

Min. order: 1000

For more customization details, message supplier

## Ratings & Reviews

Product reviews     Store reviews



Case: 1:24-cv-01636 Document #: 6-2 Filed: 08/27/24 Page 39 of 139 PageID #:357



## Tax USD 22.70

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

## What's next for your purchase?

① **Submit order request** — ② **Negotiate details with supplier** — ③ **Receive sample order if necessary** — ④ **Make payment for bulk order and wait for delivery**

## Protections for this order with 🛡 Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved. 🧧 浙公网安备 33010002000092号 浙B2-20120091-4

# Defendant No. 7
Guangzhou Czelrine Import-exporting Trading Co.,Ltd

1/16/24, 11:25 AM — Hats Manufacturer Wholesale Men Women Flury Knitted Fleece Buckets Hats Winter Faux Fur Maroon Fisherman Caps -...



🎉 Sourcing Festival **Lunar New Year stock-up:** Shipping deals, retail margin | View more →



Products ⌄ | men hats | 📷 🔍 Search | Ship to: 🇺🇸 US | 🌐 | 👤 | **Sign up**

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## Hats Manufacturer Wholesale Men Women Flury Knitted Fleece Buckets Hats Winter Faux Fur Maroon Fisherman Caps

No reviews yet

Guangzhou Czelrine Import-exporting Trading Co.,Ltd  ✓ Verified 4 yrs  🇨🇳 CN








Hover to zoom in

🔗 Share

### Other recommendations for your business






**Custom Ripped Distressed Bucket Hat...**
$1.90 - $3.90
Min. order:50 pieces

**Wholesale Reversible Letter Print Bucket Ha...**
$1.80 - $3.50
Min. order:50.0 pieces

**Wholesale Custom Unisex Vintage Plain...**
$2.60 - $4.50
Min. order:50 pieces

**Wholesale Cu... Washed Cott...**
$2.50 - $4...
Min. order:50...

### Key attributes

#### Other attributes

| Applicable Scene | Beach, Casual, Outdoor, Travel, Sports, Cycling, Go shopping, Fishing, Home Use, Daily, Traveling |
|---|---|
| Material | Sherpa |
| Style | Casual |
| Place of Origin | Guangdong, China |
| Applicable Season | Winter |
| Age Group | Adults |

Show more ⌄



100 - 2000 pieces
**$3.80**

2001 - 5000 pieces
**$3.40**

5001 - 10000 pieces
**$3.00**

>= 10001 pieces
**$2.60**

### Variations

Total options: 10 Color; 1 Size.

1. Color(10): Black

2. Size(1)
58-60CM | $3.80 | − 0 +

**Start order request** | Contact supplier | 💬

Still deciding? Get samples first! Order sample

### Membership benefits

Six US $500 coupons View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee**

💳 Payments
VISA MasterCard P PayPal afterpay ⌚Pay GPay ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details



https://www.alibaba.com/product-detail/_1600555141884.html

1/11/24, 3:13 PM    Case: 1:24-cv-01630 Document #: 6-2 Filed: 02/27/24 Page 43 of 139 PageID #:361 Kangol German Caps - ...



| Feature | Breathable, Sun Protection |
|---|---|
| Product name | Wholesale Men Women Flury Knitted Fleece Kangol Buckets Hats |
| MOQ | 50pcs |
| Season | Winter |
| Design | Accept Customer Requirement |
| Service | OEM ODM Custom |
| Sample time | 7-10 Days |
| Feature | Adjustable, Casual wear, Sun Proof |
| Packing | 200 Pcs/ctn. Ctn Size:size 60×42×36cm, weight: 12kg/ctn |
| Keywords | knitted bucket hat men |
| Usage | Daily Life |

### Packaging and delivery

| Packaging Details | 25pc/poly, 200pcs/ctn, carton size 60×42×36cm |
|---|---|
| Port | GuangZhou |

### Supply Ability

| Supply Ability | 100000 Piece/Pieces per Month |
|---|---|

Show less ⌃

### Lead time

| Quantity (pieces) | 1 - 200 | 201 - 500 | > 500 |
|---|---|---|---|
| Lead time (days) | 10 | 15 | To be negotiated |

### Samples

Maximum order quantity: 3 piece

Sample price: **$30.00/piece**

Order sample

### Customization

#### Online customization

Alibaba.com built-in online customization    Customize now

#### Other customization options

Customized packaging    Graphic customization    Customized logo

https://www.alibaba.com/product-detail/_1600555141884.html

1/11/24, 3:14 PM

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏪 Guangzhou Czelrine Import-exporting Trading Co.,Ltd



**Hats Manufacturer Wholesale Men Women Flury Knitted Fleece Kangol Buckets Hats Winter Faux Fur Maroon Fisherman Caps**

MOQ: 100 Pieces

| Size : 58-60CM , | | |
|---|---|---|
| Color : Black | USD 3.80 / Piece ⓘ | − 100 + | USD 380.00 |

Enter additional customization details

⬆️
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP          Change   Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date 📅

**Submit to supplier**

## Tax  USD 38.95

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

## What's next for your purchase?

① Submit order request ——— ② Negotiate details with supplier ——— ③ Receive sample order if necessary ——— ④ Make payment for bulk order and wait for delivery

## Protections for this order  with 🛡 Trade Assrance

🚚 **On-time shipping and logistics services**
Guaranteed dispatch and delivery times

💳 **Safe and easy payments**
20+ secure payment methods and currencies accepted

↩ **Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号  浙B2-20120091-4

# Defendant No. 8
Anhui Jinghan Import And Export Co., Ltd.



Lunar New Year stock-up: Shipping deals, retail margin    View more →

Products ▾    women cap    🔍 Search

Ship to: 🇺🇸 US    🌐    💬    🏷️    🛒    👤    🌐

All categories    Featured selections    Trade Assurance    Buyer Central    Help Center    Get the app    Become a supplier

## wholesale Solid Color Women Cap French Classic Beanie Hat Wool Beret

No reviews yet

Anhui Jinghan Import And Export Co., Ltd. · 3 yrs    CN



Hover to zoom in    ⤴ Share

### Other recommendations for your business


wholesale Unisex Flat Ivy Gatsby Newsboy...
$2.50 - $2.90
Min. order:20 pieces


Wholesale Vintage Men Women 100% Australi...
$9.50 - $11.50
Min. order:20 pieces


Manufacturer Customized Logo Sm...
$1.20 - $4.60
Min. order:20 pieces


Newsboy Hat Cotton Adjust...
$1.98 - $2.5
Min. order:20

### Key attributes

Other attributes

| Applicable Scene | Beach, Casual, Outdoor, Travel, Go shopping, Party, Daily, Traveling |
|---|---|
| Style | Casual |
| Place of Origin | Zhejiang, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |
| Material | flax |
| Size | Custom Size Accepted |



Ready to Ship

1 batch = 20 pieces

| 20 - 999 pieces | 1000 - 1999 pieces |
|---|---|
| $2.90 | $2.70 |

>= 2000 pieces
$2.50

**Variations**

Total options: 7 Color.    Select now ›

1. Color(7)

Start order    Add to cart    ✉

Still deciding? Get samples first! Order sample

**Membership benefits**

Quick refunds on orders under US $500 View more

**Purchase details**

Protection with 🛡️ Trade Assurance

🚚 Shipping
Shipping fee: $28.40 From CN to US
Estimated delivery by 3/4-3/22 via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

💳 Payments
VISA  🔴 P PayPal  afterpay  Pay  G Pay  ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

Messenger

Case: 1:24-cv-01036 Document #: 6-2 Filed: 03/27/24 Page 48 of 139 PageID #:866

 **Buy Now**

Shipping address: Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Change    Add an address

🚚 Anhui Jinghan Import And Export Co., Ltd.    🔵 Chat with the supplier

wholesale Solid Color Women Cap French Classic Beanie Hat Wool Beret

| Color : ⬤ Beige | USD 2.90 / Piece ⓘ | — 20 + | USD 58.00 |

Customization Service

The minimum quantity required for customization options is 500 Pieces.
You currently have 20 Pieces in your cart.

Item(s) total: **USD 58.00**

Shipping service line: Ocean + Delivery US (Economy) ⌄
Alibaba.com Logistics

Shipping methods: Multimodal transport

Incoterms: DAP (Delivered at Place) ⓘ

Delivery timeline: Guaranteed dispatch within 7 days

| Payment | Dispatch | Received |
| Lead time 7 days | CN | Shipping time 30-45 working days | US |

Alibaba.com Logistics    cost-effective, efficient, and trackable.    Shipping fee: USD 28.40 ⌄

Sales Tax ⓘ    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 5.96**

Payment Method    ⦿ Credit/debit card

Card number

Name

| Given names | Surname |

Expiration Date    CVV/CVC

| Month ⌄ | / | Year ⌄ | CVV/CVC |

Billing Address

---

**This order is protected**
with 🛡 Trade Assurance    View details

Item(s) total:    USD 58.00
Shipping fee:    USD 28.40

Order total:    USD 86.40
Tax:    USD 5.96
Processing fee:    USD 2.77

Pay in    USD ⌄    **USD 95.13**

🛡 Pay now

Payment Security: ✓ VISA  PCI

Messenger ⌄

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604          Edit ›

☑ Save the card information for next payments and accept the **Alibaba.com Privacy Policy**.

○ Other payment methods

Processing fee: ⊙  USD 2.77

Additional notes (optional)

Please fill in

0/2000

**Protections on this order**  with  🛡 Trade Assurance          View details ›

🔲 **On-time Dispatch Guarantee**
   Dispatched within 7 days or you are eligible for compensation

Ⓢ **Refund policy**
   Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

# Defendant No. 9
Guangzhou Panchi Trading Co., Ltd.



Sourcing Festival — **Lunar New Year stock-up: Shipping deals, retail margin**   View more →

# Men Women Flury Knitted Fleece Kangol Buckets Hats Winter Faux Fur Maroon Fisherman Caps

No reviews yet

Guangzhou Panchi Trading Co., Ltd. · 3 yrs · CN



Hover to zoom in

Share



Ready to Ship

| 1 - 14 pieces | 15 - 99 pieces |
|---|---|
| **$1.69** | **$1.59** |

| 100 - 799 pieces | >= 800 pieces |
|---|---|
| **$1.49** | **$1.39** |

### Variations

Total options: 4 Color.   Select now ›

1. Color(4)

**Start order**   Add to cart   ✉

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping

Shipping fee: $21.46 from CN to US
Enjoy **On-time Delivery Guarantee**: Receive by Feb 13 via Parcels (Economy)
Powered by Alibaba.com Logistics

💳 Payments

VISA · mastercard · P PayPal · ◆ · ◆Pay · GPay · ...

Enjoy encrypted and secure payments View details

↩ Returns & Refunds

Enjoy **Easy Return**: Return defective products to our local warehouse for free View details

## Key attributes

### Other attributes

| | |
|---|---|
| Applicable Scene | Beach, Go shopping, Daily |
| Material | 100% Wool |
| Style | Image |
| Place of Origin | Guangdong, China |
| Applicable Season | Winter |
| Age Group | Children |
| Gender | Unisex |
| Brand Name | Punctual |
| Model Number | SKU46042 |
| Logo | Accept Customized Logo |
| Product name | Bucked Hats |
| Color | White |
| Design | Custom Bucket Hat Based |

## Packaging and delivery

Case: 1:24-cv-01636 Document #: 6-2 Filed: 03/27/24 Page 52 of 139 PageID #:870



Case: 1:24-cv-01636 Document #: 6-2 Filed: 03/27/24 Page 53 of 139 PageID #:871

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604       Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⑦ USD 2.33

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance                    View details ›

🖥 **On-time Dispatch Guarantee**
Dispatched within 15 days or you are eligible for compensation

$ **Easy Return**
Return locally for free within 30 days and get a full refund

$ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 😊 浙公网安备 33010002000092号 浙B2-20120091-4

# Defendant No. 10
Yiwu Xuancui Hat Co., Ltd.



🟥 Sourcing Festival    **Lunar New Year stock-up:** Shipping deals, retail margin    View more →

Alibaba.com

Key attributes | Samples | Customization | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

## wholesale summer beach outdoor fishing woman man reversible printed kangol bucket hat

No reviews yet

Yiwu Xuancui Hat Co., Ltd. · 8 yrs    🟥 CN



Hover to zoom in    Share

### Ready to Ship

| 1 - 99 pieces | 100 - 499 pieces |
|---|---|
| **$2.66** | **$2.38** |

| 500 - 19999 pieces | >= 20000 pieces |
|---|---|
| **$2.20** | **$1.66** |

### Variations

Total options: 99 Color; 1 Size.    **Select now**

1. Color(99):  color 101

...

2. Size(1)

Adults

### Membership benefits

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping fee: $8.47 From CN to US
Enjoy **On-time Delivery Guarantee:** Receive by Feb 21 via Parcels (Economy)
Powered by Alibaba.com Logistics

VISA  mastercard  P PayPal  diners  Pay  GPay

Enjoy encrypted and secure payments View details

↩ Eligible for refunds within 30 days of receiving products. View details

**Start order**    Add to cart

Still deciding? Get samples first! Order sample

## Other recommendations for your business



Summer outdoor hunting hiking travelli...
**$2.12 - $3.15**
Min. order:10 pieces



Summer Sun Protection Toddler Kids Baby Bo...
**$2.12 - $3.15**
Min. order:1 piece



Stock Design High Quality Cotton Summ...
**$2.12 - $3.15**
Min. order:1 piece



2023 Cute Pi Fisherman Ha...
**$1.66 - $2.6**
Min. order:1 p...

## Key attributes

### Other attributes

| Applicable Scene | Casual, Outdoor, Fishing, Traveling |
|---|---|
| Material | 100% Cotton |
| Style | Character |
| Place of Origin | Zhejiang, China |
| Applicable Season | Spring And Summer |
| Age Group | Adults |
| Gender | Unisex |
| Brand Name | xuancui |



 **Buy Now**

Shipping address:   Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Change    Add an address

🏪 Yiwu Xuancui Hat Co., Ltd.                          💬 Chat with the supplier

wholesale summer beach outdoor fishing woman man reversible printed kangol bucket hat

Size : Adults , Color : ⬤ color 101          USD 2.66 / Piece ⓘ   − 10 +      USD 26.60

Customization Service

The minimum quantity required for customization options is 500 Pieces.
You currently have 10 Pieces in your cart.

Item(s) total:  **USD 26.60**

Shipping service line:   Ocean + Delivery US (Economy) ⌄
**Alibaba.com** Logistics

Shipping methods:   Multimodal transport

Incoterms:   DAP (Delivered at Place) ⓘ

Delivery timeline:   Guaranteed dispatch within 14 days

Payment              Dispatch              Received
●━━━━━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━━━━━━●
Lead time 14 days    CN   Shipping time 30-45 working days   US

**Alibaba.com** Logistics   cost-effective, efficient, and trackable.   Shipping fee: USD 28.37 ⌄

Sales Tax ⓘ   According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to
be verified for tax exemption. Submit now

Tax  **USD 2.74**

Payment Method   ⬤ Credit/debit card

Card number
[                                        ]

Name
[ Given names          ]  [ Surname          ]

Expiration Date                    CVV/CVC
[ Month ⌄ ] / [ Year ⌄ ]   [ CVV/CVC        ] 👁 ⓘ

Billing Address

---

**This order is protected**
with 🛡 Trade Assurance    View details

Item(s) total:                   USD 26.60
Shipping fee:                    USD 28.37

Order total:                     USD 54.97
Tax:                             USD 2.74
Processing fee:                  USD 1.73

Pay in  USD ⌄                    **USD 59.44**

[ 🛡 Pay now ]

Payment Security:   ✓ ✓



💬 Messenger ⌃

Case: 1:24-cv-01636 Document #: 6-2 Filed: 03/27/24 Page 57 of 139 PageID #:875

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⊘ USD 1.73

Additional notes (optional)    Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance    View details ›

💳 **On-time Dispatch Guarantee**
Dispatched within 14 days or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

# Defendant No. 11
Anhui Qiyu Trading Co., Ltd.

1/11/24, 3:31 PM    Wholesale Autumn and Winter Warm Knit Hat Solid Color Woolen Hat Designer Scarf - Buy Knitted Hat,Warm Ha...

Case: 1:24-cv-01636 Document #: 6-3 Filed: 02/27/24 Page 59 of 139 PageID #:377

🎊 Sourcing Festival    **Lunar New Year stock-up:** Shipping deals, retail margin    View more →

 Alibaba.com

| Products ⌄ | knitted hat | 📷 | 🔍 Search |

Ship to: 🇺🇸 US    🌐    💬    🗒️    🛒    👤    

All categories | Featured selections | Trade Assurance          Buyer Central    Help Center    Get the app    Become a supplier

## Wholesale Autumn and Winter Warm Knit Hat Solid Color Woolen Hat Designer Scarf

No reviews yet · 1 buyer

Anhui Qiyu Trading Co., Ltd.  · 2 yrs  🇨🇳 CN









♡

Hover to zoom in                                    ⤴ Share

### Other recommendations for your business

      

| Wholesale Autumn and Winter Alphabet... | Factory Wholesale Autumn and Winter... | Factory Wholesale Autumn and Winter... | New Plush Fis Hat Winter Ca |
| **$1.20 - $1.42** | **$1.90 - $2.19** | **$4.50 - $4.70** | **$2.39 - $2.0** |
| Min. order:10 pieces | Min. order:10 pieces | Min. order:10 pieces | Min. order:10 |

### Key attributes

#### Other attributes

| Applicable Scene | Casual, Outdoor, Travel, Go shopping, Party, Daily, Traveling |
|---|---|
| Material | Polyester |
| Style | Fashion |
| Place of Origin | Zhejiang, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |



**Ready to Ship**

| 10 - 49 pieces | 50 - 499 pieces |
|---|---|
| **$1.80** | **$1.70** |

| >= 500 pieces |
|---|
| **$1.60** |

### Variations

Total options: 5 Color; 1 Size.    **Select now** ›

1. Color(5): 1

2. Size(1)

56-58cm

🟠 Start order    ⬜ Add to cart    ✉️

Still deciding? Get samples first! Order sample

**Membership benefits**

Quick refunds on orders under US $500 View more

**Purchase details**

Protection with 🛡️ Trade Assurance

🚚 Shipping

Shipping fee: $27.08( From CN to US )
Estimated delivery by **2/27-3/19** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

💳 Payments

VISA  mastercard  P PayPal  klarna.  Pay  G Pay  ···

Enjoy encrypted and secure payments View details

↩️ Returns & Refunds

Enjoy **Easy Return**: Return defective products to our local warehouse for free View details

🗨️ Messenger ⌃


Buy Now

**Shipping address:** Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America
Change  Add an address

**This order is protected**
with 🛡️ Trade Assurance  View details

Item(s) total: USD 18.00
Shipping fee: USD 27.08

Order total: USD 45.08
Tax: USD 1.86
Processing fee: USD 1.41

Pay in USD ⌄  USD 48.35

🛡️ Pay now

Payment Security: ✓ pci

🏬 Anhui Qiyu Trading Co., Ltd.    💬 Chat with the supplier

Wholesale Autumn and Winter Warm Knit Hat Solid Color Woolen Hat Designer Scarf

Size : 56-58cm , Color : ⬛ 2    USD 1.80 / Piece ⓘ  − 10 +  USD 18.00

Customization Service

The minimum quantity required for customization options is 300 Pieces.
You currently have 10 Pieces in your cart.

Item(s) total: **USD 18.00**

**Shipping service line:** Ocean + Delivery US (Economy) ⌄
**Alibaba.com** Logistics

**Shipping methods:** Multimodal transport

**Incoterms:** DAP (Delivered at Place) ⓘ

**Delivery timeline:** Guaranteed dispatch within 3 days

Payment ———————— Dispatch ———————— Received
● ○ ○
Lead time 3 days    CN    Shipping time 30-45 working days    US

**Alibaba.com** Logistics    cost-effective, efficient, and trackable.    Shipping fee: USD 27.08 ⌄

**Sales Tax** ⓘ    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.86**

**Payment Method**    ● Credit/debit card

Card number
[                                    ]

Name
[ Given names ]  [ Surname ]

Expiration Date            CVV/CVC
[ Month ⌄ ] / [ Year ⌄ ]    [ CVV/CVC        👁 ⓘ ]

Billing Address

💬 Messenger ⌃

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604          Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⊙  USD 1.41

Additional notes (optional)    | Please fill in
                               |
                               |                                          0/2000

**Protections on this order** with 🛡 Trade Assurance                    View details ›

🖬 **On-time Dispatch Guarantee**
   Dispatched within 3 days or you are eligible for compensation

$ **Easy Return**
   Return locally for free within 30 days and get a full refund

$ **Refund policy**
   Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

🌐 © 1999-2023 Alibaba.com. All rights reserved. 😀 浙公网安备 33010002000092号 浙B2-20120091-4

# Defendant No. 12
Dongguan Sweet Ocean Caps Co., Ltd.



Key attributes     Samples     Customization     Ratings & Reviews     Know your supplier     Product descriptions from the supplier

### wholesale bucket fabric fluffy bucket hat using four season hot sales in American Europe

No reviews yet

Dongguan Sweet Ocean Caps Co., Ltd. · 14 yrs   CN



Hover to zoom in        Share

| 25 - 499 pieces | 500 - 999 pieces |
|---|---|
| **$4.98** | **$3.98** |
| 1000 - 9999 pieces | >= 10000 pieces |
| **$2.98** | **$1.98** |

**Variations**

Total options: 1 Color; 1 Size.    **Select now**

1. Color(1): Sky Blue

2. Size(1)

58cm

**Membership benefits**

**Purchase details**

Protection with 🛡 **Trade Assurance**

↩ **Contact supplier** to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

🛡 VISA ●● P PayPal ◗ ◗Pay G Pay ●●

Enjoy encrypted and secure payments **View details**

↩ Enjoy **Easy Return**: Return defective products to our local warehouse for free **View details**

**Start order request**   Contact supplier

Still deciding? Get samples first! **Order sample**

### Other recommendations for your business



Newly Cotton Custom Logo Bucket Hat with...
**$1.49 - $5.99**
Min. order:50 pieces



Designer Cotton Bucket Hat with Pocket Canv...
**$2.39 - $5.99**
Min. order:50 pieces



Outdoor Fisherman Hat Eco-friendly Hemp...
**$1.68 - $5.99**
Min. order:50 pieces



Manufacturer Quality Unise...
**$1.49 - $5.9**
Min. order:50

### Key attributes

**Other attributes**

| Printing Methods | Sublimation transfer print, Glitter Print |
|---|---|
| Technics | Silk screen printing, Heat-transfer Printing, 3D embroidery, Nail bead embroidery |
| Applicable Scene | Beach, Casual, Outdoor, Travel, Sports, Go shopping, Party, Fishing, SKI, Traveling |
| Material | Cotton |
| Style | European and American Style |
| Place of Origin | Guangdong |
| Applicable Season | Four Seasons |



1/11/24, 3:40 PM    Case: 1:24-cv-01636 Document #: 6-2 Filed: 02/27/24 Page 64 of 139 PageID #:380 Fluffy Bucket Hat...


| Feature | Sunshade |
| --- | --- |
| Pattern | Embroidered |
| Logo | Custom Logo |
| Product name | Bucked Hats |
| MOQ | 25 Pcs |
| Design | Custom Bucket Hat Based |
| Color | Custom Color |
| Keyword | Sun Protection Fishing Cap |
| Usage | Camping Fishing Hiking Jungle Casual |
| Season | Spring Summer Autumn |
| Fabric | 100%cotton |

Packaging and delivery

| Packaging Details | Package:<br>1.25pcs/polybag,50pcs/carton,100pcs/carton,200pcs/ctn<br>2.200pcs/ctn- 55Lx40Wx55Hcm,G.W.:19Kg/ctn<br>3.300pcs/ctn- 65Lx40Wx50Hcm,G.W.: 23Kg/ctn<br>4.500pcs/ctn- 70Lx40Wx70Hcm,G.W.:42.4Kg/ctn<br>5.Of course, it's no problem to be packed as your requests! |
| --- | --- |
| Port | SHENZHEN |

Supply Ability

| Supply Ability | 100000 Piece/Pieces per Month |
| --- | --- |

**Show less** ⌃

## Lead time

| Quantity (pieces) | 1 - 10000 | 10001 - 30000 | 30001 - 100004 | > 100004 |
| --- | --- | --- | --- | --- |
| Lead time (days) | 30 | 40 | 60 | To be negotiated |

## Samples

Maximum order quantity: 2 piece

Sample price: **$25.00/piece**

Order sample

## Customization

Customized logo       Customized packaging       Graphic customization
Min. order: 100       Min. order: 100            Min. order: 100

25 - 499 pieces      500 - 999 pieces
**$4.98**            **$3.98**

1000 - 9999 pieces   >= 10000 pieces
**$2.98**            **$1.98**

**Variations**

Total options: 1 Color; 1 Size.    **Select now**

1. Color(1): Sky Blue

2. Size(1)

58cm

**Membership benefits**

**Purchase details**

Protection with 🛡 **Trade Assurance**

↺ Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

🛡 VISA 🔴 PayPal 🔵 🍎Pay GPay …

Enjoy encrypted and secure payments View details

↺ Enjoy **Easy Return**: Return defective products to our
local warehouse for free View details

Still deciding? Get samples first! Order sample

Case: 1:24-cv-01636 Document #: 6-2 Filed: 08/27/24 Page 65 of 149 PageID #:383



Alibaba.com | My Alibaba

Start selling now  My Account ⌄  Help ⌄  English ⌄

# Send order request

## Product details
Specify your purchase details and let the supplier know you requirements.

🏬 Dongguan Sweet Ocean Caps Co., Ltd.

**wholesale bucket fabric fluffy bucket hat using four season hot sales in American Europe**

MOQ: 25 Pieces

Size : 58cm , Color : Sky Blue     USD 4.98 / Piece ⓘ     − 25 +     USD 124.50

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP          Change    Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date 📅

Additional notes

**Submit to supplier**

## Tax  USD 12.76

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.   Submit now

---

## What's next for your purchase?

① **Submit order request** ── ② **Negotiate details with supplier** ── ③ **Receive sample order if necessary** ── ④ **Make payment for bulk order and wait for delivery**

---

## Protections for this order  with  **Trade Assrance**

🖶 **On-time shipping and logistics services**
Guaranteed dispatch and delivery times

⊟ **Safe and easy payments**
20+ secure payment methods and currencies accepted

↩ **Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

  © 1999-2023 Alibaba.com. All rights reserved.  🧧  浙公网安备 33010002000092号  浙B2-20120091-4

# Defendant No. 13
Hebei Dishixiao Gloves Manufacture Co., Ltd.

 Sourcing Festival | Lunar New Year stock-up: Shipping deals, retail margin    View more →

 Alibaba.com

Products ▾ | 100% cotton hat | 🔍 Search

Ship to: 🇺🇸 US

Buyer Central   Help Center   Get the app   Become a supplier

≡ All categories   Featured selections   Trade Assurance

# Custom Bucket Hat 100% Cotton Fisherman Hats Wholesale Fishing Caps with Embroidery Logo Unisex Bucket Basin Cap Hat

No reviews yet · 1 buyer

 Hebei Dishixiao Gloves Manufacture Co., Ltd. · 12 yrs · CN











Hover to zoom in                                    ⬈ Share

## Other recommendations for your business



Custom Bucket Hat Custom Reversible...
$0.90 - $2.00
Min. order:100 pieces


Custom Bucket Hat Cotton Bucket Hats...
$0.90 - $2.00
Min. order:100 pieces


Wholesale Outdoor Bucket Hat Mushroom...
$1.10 - $2.30
Min. order:100 pieces


Custom Buck... Custom Cott...
$0.90 - $2...
Min. order:10

## Key attributes

### Other attributes

| Printing Methods | None |
|---|---|
| Technics | Silk screen printing, Heat-transfer Printing, Maching embroidery, 3D embroidery |
| Pattern Type | Animal |
| Fabric Type | Cotton |
| Applicable Scene | Beach, Casual, Outdoor, Travel, Fishing, Daily, Traveling |
| Material | 100% Cotton |
| Style | Image |



Ready to Ship

| 100 - 499 pieces | 500 - 4999 pieces |
|---|---|
| **$2.20** | **$2.10** |

| 5000 - 9999 pieces | >= 10000 pieces |
|---|---|
| **$1.60** | **$1.50** |

### Variations

Total options: 4 Color; 1 Size.   **Select now** ›

1. Color(4):  Black

2. Size(1)

58CM

**Start order**    Add to cart    ✉

Still deciding? Get samples first! Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Shipping fee: $50.00 From CN to US
Estimated delivery by 2/13-3/5 via Seller's
Shipping Method 1 (Ocean)

💳 Payments
VISA ● mastercard ● PayPal ● afterpay ● ●Pay G Pay ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

Messenger

1/11/24, 3:52 PM | Custom Bucked Hats 60.00 Custom Made Hats Wholesale/swing Caps Logo Embroidery Logo ages Bucket Basin Cap Hat - ...

Case: 1:24-cv-01636 Document #: 6-2 Filed: 02/27/24 Page 69 of 139 PageID #:387

| | |
|---|---|
| Place of Origin | Hebei, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |
| Brand Name | DSX |
| Model Number | DSX-BH2423 |
| Feature | headwear |
| Product name | Custom Bucked Hats |
| Logo | Customized Logo Accept |
| Color | Customized Colors |
| Fabric | 100%cotton |
| Size | 58cm |
| Brim | Wide Brim |
| MOQ | 100pcs |
| Season | 4 Season |
| Sample time | 5-7 Days |
| Keyword | Bucket Hat,Bucket Caps,Fisherman hat,Basin hat |

**Packaging and delivery**

| | |
|---|---|
| Packaging Details | 50 pcs for one poly bag , 200 pcs for one carton , carton size 60*45*48cm |
| Selling Units: | Single item |
| Single package size: | 35X20X10 cm |
| Single gross weight: | 0.100 kg |

Show less ⌃

## Lead time

| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 3 | 7 | 15 | To be negotiated |

## Samples

Maximum order quantity: 2 piece

Sample price: **$10.00/piece**

Order sample

## Customization

 Alibaba.com
Global trade starts here.

**Buy Now**



Shipping address:

Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Change    Add an address

🏬 Hebei Dishixiao Gloves Manufacture Co., Ltd.                    💬 Chat with the supplier

Custom Bucket Hat 100% Cotton Fisherman Hats Wholesale Fishing Caps with Embroidery Logo Unisex Bucket Basin Cap Hat

Size : 58CM , Color : ⚫ Black          USD 2.20 / Piece ⓘ    — 100 +          USD 220.00

Customization Service

The minimum quantity required for customization options is 100 Pieces.
You currently have 100 Pieces in your cart.

Item(s) total: **USD 220.00**

Shipping service line:     Seller's Shipping Method 1 (Ocean) ⌄

Shipping methods:          Multimodal transport

Incoterms:                 DAP (Delivered at Place) ⓘ

Delivery timeline:         Guaranteed dispatch within 3 days

Payment              Dispatch                    Received
●─────────────────────●──────────────────────────○
        Lead time 3 days          Shipping time 20-35 working days
                         CN                                    US

Shipping fee: **USD 50.00** ⌄

Sales Tax ⓘ

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 22.55**

Payment Method          ● Credit/debit card

Card number

[                                                        ]

Name

[Given names                    ]  [Surname                    ]

Expiration Date          /          CVV/CVC

[Month ⌄]    [Year ⌄]              [CVV/CVC          👁 ⓘ]

Billing Address

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604          Edit ›

**This order is protected**

with 🛡 Trade Assurance   View details

Item(s) total:                    USD 220.00
Shipping fee:                     USD 50.00

Order total:                      USD 270.00
Tax:                              USD 22.55
Processing fee:                   USD 8.75

Pay in  USD ⌄                     **USD 301.30**

🛡 Pay now

Payment Security:      ✓ ⚬    PCI ⚬

🗨 Messenger  ⌃

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⑦ USD 8.75

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance    View details ›

📦 **On-time Dispatch Guarantee**
Dispatched within 3 days or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Sourcing Festival | **Lunar New Year stock-up:** Shipping deals, retail margin | View more →

 Alibaba.com

Products ⌄ | women's clothing | 🔍 Search

Ship to: 🇺🇸 US

☰ All categories    Featured selections    Trade Assurance      Buyer Central    Help Center    Get the app    Become a supplier

### Unisex Custom Bucket Hat Cotton Fishing Fisherman Hats Summer Outdoor Flat Top Basin Hat Custom Embroidered Animal Logo

No reviews yet

Hebei Dishixiao Gloves Manufacture Co., Ltd. · 12 yrs · CN






Hover to zoom in

Other recommendations for your business






| Custom Bucket Hat 100% Cotton Fisherm... | Outdoor Plain Custom Cotton Bucket Hat... | Custom Bucket Hat Cotton Bucket Hats... | Rope Bucket Custom Buck... |
|---|---|---|---|
| $1.50 - $2.20 | $1.90 - $2.10 | $0.90 - $2.00 | $0.90 - $2. |
| Min. order:100 pieces | Min. order:100 pieces | Min. order:100 pieces | Min. order:10 |

### Key attributes

#### Other attributes

| Printing Methods | None |
|---|---|
| Technics | Silk screen printing, Heat-transfer Printing, Maching embroidery, 3D embroidery |
| Pattern Type | Animal |
| Fabric Type | Cotton |
| Applicable Scene | Beach, Casual, Outdoor, Travel, Go shopping, Fishing, Daily, Traveling |
| Material | 100% Cotton |

Show more ⌄



Ready to Ship

| 100 - 499 pieces | 500 - 1999 pieces |
|---|---|
| **$2.10** | **$2.00** |

>= 2000 pieces
**$1.90**

#### Variations

Total options: 4 Color; 1 Size.   Select now ›

1. Color(4): Black

2. Size(1)
58cm

**Start order**   Add to cart   ✉

Still deciding? Get samples first! Order sample

**Membership benefits**
Quick refunds on orders under US $500 View more

**Purchase details**
Protection with 🛡 Trade Assurance

🚚 Shipping
Shipping fee: $50.00 from CN to US
Estimated delivery by **2/14-3/7** via Seller's Shipping Method 1 (Ocean)

💳 Payments
VISA · mastercard · P PayPal · afterpay · ⌚Pay · G Pay · ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details



**Buy Now**



Shipping address: Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Change    Add an address

**This order is protected**
with 🛡 Trade Assurance    View details

Item(s) total:    USD 210.00
Shipping fee:    USD 50.00

Order total:    USD 260.00
Tax:    USD 21.54
Processing fee:    USD 8.42

🏪 Hebei Dishixiao Gloves Manufacture Co., Ltd.    💬 Chat with the supplier

Unisex Custom Bucket Hat Cotton Fishing Fisherman Hats Summer Outdoor Flat Top Basin Hat Custom Embroidered Animal Logo

Size : 58cm, Color : ⚫ Black    USD 2.10 / Piece ⓘ    − 100 +    USD 210.00

Pay in  USD ⌄    USD 289.96

🛡 Pay now

Customization Service

The minimum quantity required for customization options is 100 Pieces.
You currently have **100** Pieces in your cart.

Payment Security:    ✓    PCI

Item(s) total:    **USD 210.00**

Shipping service line:    Seller's Shipping Method 1 (Ocean) ⌄

Shipping methods:    Multimodal transport

Incoterms:    DAP (Delivered at Place) ⓘ

Delivery timeline:    Guaranteed dispatch within 5 days

Payment    Dispatch    Received
●——————————————————●——————————————————○
Lead time 5 days    CN    Shipping time 20-35 working days    US

Shipping fee:  **USD 50.00** ⌄

Sales Tax ⓘ    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 21.54**

Payment Method    ● Credit/debit card

Card number

Name

Given names    Surname

Expiration Date    CVV/CVC

Month  /  Year    CVV/CVC  👁 ⓘ

Billing Address

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⊙ **USD 8.42**

Additional notes (optional)

| Please fill in |
| --- |
| 0/2000 |

**Protections on this order** with 🛡 Trade Assurance                    View details ›

📦 **On-time Dispatch Guarantee**
Dispatched within 5 days or you are eligible for compensation

⑨ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy · Intellectual Property Protection · Privacy Policy · Terms of Use · User Information Legal Enquiry Guide · Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

# Defendant No. 14
Hangzhou Chuanyue Silk Imp
And Exp Co., Ltd.

1/11/24, 3:54 PM
Case: 1:24-cv-01686-D...ument #: 6-2 Filed: 02/27/24 Page 76 of 139 PageID #:304
...2023 in stock ny bandan kangol white Katrina men women denim jean bucket hats set caps - Buy Bucket Hat,White Bucket H...



Sourcing Festival  **Lunar New Year stock-up: Shipping deals, retail margin**  View more →

**Alibaba.com**

Products ▾ | women's clothin 📷 | 🔍 Search

Ship to: 🇺🇸 US | 🌐 | 💬 | 🛍 | 🛒 | 👤 | 🔵

All categories | Featured selections | Trade Assurance — Buyer Central | Help Center | Get the app | Become a supplier

### 2023 in stock ny bandan kangol white Katrina men women denim jean bucket hats set caps

No reviews yet

DX Hangzhou Chuanyue Silk Imp And Exp Co., Ltd. · Verified Multispecialty supplier · 5 yrs  🔴 CN



Hover to zoom in                                    ⬆ Share

### Key attributes

### Other attributes

| | |
|---|---|
| Applicable Scene | Outdoor |
| Material | 100% Cotton |
| Style | Character |
| Place of Origin | Zhejiang, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |
| Brand Name | DX BUCKET HAT |
| Model Number | DX BUCKET HAT 28 |
| Logo | Custom Logo |
| Color | 7 Colors |
| Usage | Outdoors Activities |
| Design | Custom Bucket Hat Based |
| Season | Spring Summer Autumn |
| Fabric | 100%cotton |



Ready to Ship

| 2 - 49 pieces | 50 - 499 pieces |
|---|---|
| **$3.99** | **$3.95** |
| 500 - 999 pieces | >= 1000 pieces |
| **$3.85** | **$3.65** |

#### Variations

Total options: 7 Color; 1 Size.    Select now ›

1. Color(7): 1

2. Size(1)

58-60

**Start order**  |  Add to cart  |  ✉

Enjoy extra $10.00 OFF . Get coupon ⌄

#### Membership benefits

Quick refunds on orders under US $500 View more

#### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Shipping fee: $8.81 From CN to US
Enjoy On-time Delivery Guarantee: Receive by Feb 13 via Parcels (Economy)
Powered by Alibaba.com Logistics

💳 Payments
VISA · Mastercard · PayPal · · ApplePay · GPay
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

Messenger ⌃


**Buy Now**

Shipping address:
Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America
Change   Add an address

🏬 Hangzhou Chuanyue Silk Imp And Exp Co., Ltd.          🔵 Chat with the supplier

2023 in stock ny bandan kangol white Katrina men women denim jean bucket hats set caps

Size : 58-60 , Color : ⬛ 1          USD 3.99 / Piece ⓘ   — 10 +   USD 39.90

Customization Service

The minimum quantity required for customization options is **30** Pieces.
You currently have **10** Pieces in your cart.

Item(s) total: **USD 39.90**

Shipping service line:    Ocean + Delivery US (Economy) ⌄
                          **Alibaba.com** Logistics

Shipping methods:        Multimodal transport

Incoterms:               DAP (Delivered at Place) ⓘ

Delivery timeline:       Guaranteed dispatch within 12 days

                         Payment          Dispatch              Received
                         ●——————————————○——————————————————○
                              Lead time 12 days    Shipping time 30-45 working days
                                           CN                              US

**Alibaba.com** Logistics   cost-effective, efficient, and trackable.       Shipping fee: **USD 22.04** ⌄

Sales Tax ⓘ              According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
                         when you place an order. Learn more

                         ⓘ If you are purchasing products for resale or production, submit tax information to
                            be verified for tax exemption. Submit now

                                                                            Tax  **USD 4.09**

Payment Method           ⦿ Credit/debit card

                         Card number
                         [                                              ]

                         Name
                         [ Given names        ]  [ Surname            ]

                         Expiration Date                  CVV/CVC
                         [ Month ⌄ ] / [ Year ⌄ ]        [ CVV/CVC          👁 ⓘ ]

                         Billing Address

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:          USD 39.90
Shipping fee:           USD 22.04

Order total:            USD 61.94
Tax:                    USD 4.09
Processing fee:         USD 1.98

Pay in  **USD** ⌄                **USD 68.01**

[ 🛡 Pay now ]

Payment Security:   ✓  PCI

[💬 Messenger ⌄]

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604          Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⓘ  USD 1.98

Additional notes (optional)

    Please fill in

                                                                          0/2000

**Protections on this order** with 🛡 Trade Assurance                View details ›

On-time Dispatch Guarantee
Dispatched within 12 days or you are eligible for compensation

Refund policy
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号  浙B2-20120091-4



# Defendant No. 15
Suzhou Amy Hat Co., Ltd.

1/11/24, 3:55 PM
Case: 1:24-cv-01606 Document #: 6-2 Filed: 02/27/24 Page 81 of 139 PageID #:300
Kangol kangaroo hat fisherman's hat men's and women's classic sunshade bucket hat,Bucket H...

 Sourcing Festival  **Lunar New Year stock-up: Shipping deals, retail margin**    View more →

    Products ∨ | bucket hat | 🔍 Search   Ship to: 🇺🇸 US  🌐 💬 📋 🛒 👤 🔵

All categories   Featured selections   Trade Assurance      Buyer Central   Help Center   Get the app   Become a supplier

## Kangol kangaroo hat fisherman's hat men's and women's classic sunshade bucket hat

No reviews yet

Suzhou Amy Hat Co., Ltd. · 4 yrs ·  CN









Hover to zoom in                                            ⤴ Share

### Other recommendations for your business

   

| Customizable Spot Fashionable Polyester... | Washed Denim Bucket Hats Men's And... | Women Fashionable Winter Versatile Short... | Customizable Quality Cotto... |
| --- | --- | --- | --- |
| **$3.67** | **$3.73** | **$2.96 - $3.10** | **$2.52** |
| Min. order:2 pieces | Min. order:1 piece | Min. order:3 pieces | Min. order:5 p |

### Key attributes

#### Other attributes

| | |
| --- | --- |
| Applicable Scene | Beach, Go shopping, Party |
| Material | Polyester/cotton |
| Style | Image |
| Place of Origin | Jiangsu, China |
| Applicable Season | Spring And Summer |
| Age Group | Adults |
| Gender | Unisex |
| Brand Name | Ammhat |



Ready to Ship

Minimum order quantity: 100 pieces
**$3.50**

**Variations**
Total options: 3 Color; 1 Size.    Select now ›

1. Color(3):  Black

2. Size(1)
56-58cm

**Start order**    Add to cart    ✉

Still deciding? Get samples first!  Order sample

**Membership benefits**
Quick refunds on orders under US $500  View more

**Purchase details**
Protection with 🛡 Trade Assurance

🚚 Shipping
Shipping fee: $127.32  From CN to US)
Estimated delivery by 2/15-3/4
via Ocean·Express US (Standard)
Powered by Alibaba.com Logistics

💳 Payments
VISA 🔴 P PayPal afterpay Pay G Pay ···
Enjoy encrypted and secure payments  View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

1/11/24, 3:56 PM
Case: 1:24-cv-01636 Document #: 6-2 Filed: 03/27/24 Page 82 of 139 PageID #:400
Manufacturer's supplier process - free order for charges count - Alibaba.com

 **Buy Now**

Shipping address:     Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Change    Add an address

🚚 Suzhou Amy Hat Co., Ltd.       💬 Chat with the supplier

Kangol kangaroo hat fisherman's hat men's and women's classic sunshade bucket hat

Size : 56-58cm , Color : Black     USD 3.50 / Piece    − 100 +    USD 350.00

Customization Service

The minimum quantity required for customization options is 50 Pieces.
You currently have 100 Pieces in your cart.

Item(s) total:   **USD 350.00**

Shipping service line:    Ocean+Express US Spot Rate (Economy) ⌄
Alibaba.com Logistics

Shipping methods:    Multimodal transport

Incoterms:    DDP (Delivered Duty Paid) ?

Delivery timeline:    Guaranteed dispatch within 7 days

Payment          Dispatch        Received
Lead time 7 days    CN    Shipping time 25-35 working days    US

Alibaba.com Logistics    cost-effective, efficient, and trackable.      Shipping fee:   USD 137.47 ⌄

Sales Tax ?    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ℹ️ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax   USD 35.89

Payment Method     🔘 Credit/debit card

Card number

Name

Given names       Surname

Expiration Date              CVV/CVC
Month   /   Year      CVV/CVC

Billing Address

---

**This order is protected**
with 🛡️ Trade Assurance   View details

Item(s) total:         USD 350.00
Shipping fee:         USD 137.47

Order total:          USD 487.47
Tax:               USD 35.89
Processing fee:       USD 15.65

Pay in   USD ⌄        **USD 539.01**

🛡️ Pay now

Payment Security: ✓ Verified 🔒

Case: 1:24-cv-01636 Document #: 6-2 Filed: 03/27/24 Page 83 of 139 PageID #:401

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⊘ USD 15.65

Additional notes (optional)      Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance          View details ›

📦 **On-time Dispatch Guarantee**
Dispatched within 7 days or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Case: 1:24-cv-01636 Document #: 6-3 Filed: 02/27/24 Page 84 of 139 PageID #:402



🌙 Sourcing Festival    **Lunar New Year stock-up: Shipping deals, retail margin**                    View more →

 **Alibaba.com**   | Products ▾ | denim bucket ha 📷 | 🔍 Search |    Ship to: 🇺🇸 US   🌐  💬  🗨  🛒  👤  🔵

All categories    Featured selections    Trade Assurance          Buyer Central    Help Center    Get the app    Become a supplier

## Washed Denim Bucket Hats Men's And Women's Summer Visor Outdoor Hats With Large Brim Retro Style Blue Jeans Bucket Hat

No reviews yet

Suzhou Amy Hat Co., Ltd. · 4 yrs · 🟥 CN



Hover to zoom in                                                                    ⤴ Share

### Other recommendations for your business

      



| Customizable Spot High Quality Cotton Cowbo... | Customizable Spot Fashionable Polyester... | Women Fashionable Winter Versatile Short... | Kangol kanga fisherman's h |
| **$2.52** | **$3.67** | **$2.96 - $3.10** | **$3.50** |
| Min. order:5 pieces | Min. order:2 pieces | Min. order:3 pieces | Min. order:10 |

### Key attributes

#### Other attributes

| Applicable Scene | Beach, Casual, Outdoor, Travel, Sports, Cycling, Go shopping, Party, Business, Fishing, Home Use, Daily, Traveling |
| --- | --- |
| Material | 100% Cotton |
| Style | Image |
| Place of Origin | Jiangsu, China |
| Applicable Season | Spring And Summer |
| Age Group | Adults |
| Gender | Female |



Ready to Ship

Minimum order quantity: 1 piece
**$3.73**

#### Variations
Total options: 1 Color; 2 Size.        Select now ›

1. Color(1): Blue

2. Size(2)
[ 56-58(adjustable) ]  [ 59-60(adjustable) ]

[ **Start order** ]   [ Add to cart ]   ✉

Still deciding? Get samples first! Order sample

#### Membership benefits
Quick refunds on orders under US $500  View more

#### Purchase details
Protection with 🛡 Trade Assurance

🚚 Shipping
Shipping fee: $6.95 from CN to US)
Enjoy **On-time Delivery Guarantee**: Receive by Feb 8 via Parcels (Economy)
Powered by Alibaba.com Logistics

💳 Payments
VISA  Mastercard  P PayPal  afterpay  Pay  G Pay  ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

Case: 1:24-cv-01636 Document #: 6-2 Filed: 03/27/24 Page 85 of 139 PageID #:403

**Buy Now**

| | |
|---|---|
| Shipping address: | Calfee, Halter & Griswold LLP, (+1), 2166228200 |
| | 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America |
| | Change    Add an address |

🚚 Suzhou Amy Hat Co., Ltd.                                        💬 Chat with the supplier

Washed Denim Bucket Hats Men's And Women's Summer Visor Outdoor Hats With Large Brim Retro Style Blue Jeans Bucket Hat

Size : 56-58(adjustable) , Color : ◼ Blue          USD 3.73 / Piece   − 100 +    USD 373.00

Customization Service

The minimum quantity required for customization options is 50 Pieces.
You currently have 100 Pieces in your cart.

Item(s) total: **USD 373.00**

| | |
|---|---|
| Shipping service line: | Ocean+Express US Spot Rate (Economy) ⌄ |
| | **Alibaba.com** Logistics |
| Shipping methods: | Multimodal transport |
| Incoterms: | DDP (Delivered Duty Paid) ? |
| Delivery timeline: | Guaranteed dispatch within 7 days |

Payment                    Dispatch                    Received
●————————————————●————————————————●
        Lead time 7 days    CN    Shipping time 25-35 working days    US

**Alibaba.com** Logistics  cost-effective, efficient, and trackable.          Shipping fee: **USD 59.16** ⌄

| | |
|---|---|
| Sales Tax ? | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 38.23**

| | |
|---|---|
| Payment Method | ⦿ Credit/debit card |

Card number
[                                        ]

Name
[ Given names            ] [ Surname              ]

Expiration Date              CVV/CVC
[ Month ⌄ ] / [ Year ⌄ ]    [ CVV/CVC          ] 👁 ?

Billing Address

---

**This order is protected**
with 🛡 Trade Assurance    View details

| | |
|---|---|
| Item(s) total: | USD 373.00 |
| Shipping fee: | USD 59.16 |
| Order total: | USD 432.16 |
| Tax: | USD 38.23 |
| Processing fee: | USD 14.07 |

Pay in **USD** ⌄                    **USD 484.46**

🛡 **Pay now**

Payment Security: ✓ ✓ PCI

Messenger ⌃

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⍰ USD 14.07

Additional notes (optional)

| Please fill in |
| --- |
| 0/2000 |

**Protections on this order** with 🛡 Trade Assurance          View details ›

💳 **On-time Dispatch Guarantee**
Dispatched within 7 days or you are eligible for compensation

💲 **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 😊 浙公网安备 33010002000092号  浙B2-20120091-4

# Defendant No. 16
Ningbo Jiaqi Import And
Export Trading Co., Ltd.

Case: 1:24-cv-01636 Document #: 6-2 Filed: 03/27/24 Page 88 of 139 PageID #:406



Key attributes | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

### 2022Summer Bucket Hats Women Men's Panama Hat Double-sided Wear Fishing Hat Fisherman hat for Boys/Girls Bob Femme Gorro

No reviews yet

Ningbo Jiaqi Import And Export Trading Co., Ltd. · **Verified** Multispecialty supplier · 16 yrs **CN**



Hover to zoom in

Share

| | 200 – 1999 pieces | >= 2000 pieces |
|---|---|---|
| | **$2.38** | **$2.22** |

**Variations**

Total options: 5 Color. — Select now

1. Color(5)



**Membership benefits**

**Purchase details**

Protection with 🛡 Trade Assurance

Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

VISA 🔲 PayPal 🟢 Pay GPay ...

Enjoy encrypted and secure payments View details

↩ Enjoy Easy Return: Return defective products to our local warehouse for free View details

Start order request | Contact supplier

### Key attributes

**Other attributes**

| | |
|---|---|
| Applicable Scene | Beach, Outdoor, Travel, Go shopping, Fishing, Traveling |
| Material | 100% Cotton |
| Style | Party |
| Place of Origin | Guangdong, China |
| Applicable Season | Spring And Summer |
| Age Group | Adults |
| Gender | Unisex |
| Model Number | LH-20220311 |
| Type | Bucket Hat |
| Logo | Accept Customized Logo |
| Product name | Bucket Fisherman Hat |
| Color | Customized Colors |
| Feature | Fashion\comfortable\durable |
| Usage | Outdoors Activities |

1/11/24, 3:58 PM    1024-cv-01636-Document #: 6-2 Filed: 03/27/24 Page 89 of 139 PageID #:407



### Packaging and delivery

| Packaging Details | color box |
|---|---|
| Port | ningbo |

### Supply Ability

| Supply Ability | 10000 Piece/Pieces per Month |
|---|---|

Show less ⌃

### Lead time

| Quantity (pieces) | 1 - 3000 | > 3000 |
|---|---|---|
| Lead time (days) | 20 | To be negotiated |

### Performance analysis

| Store's order volume | Store's sales amount | Store's sales trend | Store's order trend |
|---|---|---|---|
| **120+** | **$80,000+** | | |

View more data ›

**200 - 1999 pieces** **>= 2000 pieces**
**$2.38** **$2.22**

### Variations

Total options: 5 Color.    **Select now**

1. Color(5)

### Membership benefits

### Purchase details

Protection with 🛡 Trade Assurance

↪ **Contact supplier** to negotiate shipping details
  Enjoy **On-time Dispatch Guarantee** ⓘ

🛡 VISA ● PayPal ● ● Pay G Pay …
Enjoy encrypted and secure payments **View details**

↩ Enjoy **Easy Return:** Return defective products to our
  local warehouse for free **View details**

### Ratings & Reviews

Product reviews    **Store reviews**

**4.4** /5 Very satisfied

| Supplier service | ——————— 4.4 |
|---|---|
| On-time shipment | ——————— 4.5 |
| Product quality | ——————— 4.4 |

( All ) ( With photos/videos (15) ) ( 5 stars (123) ) ( 4 stars (17) ) ( 3 stars (4) )

( 2 stars (5) ) ( 1 star (8) )

s***m 🟢 Platinum
Jan 11, 2024

لست راضي عن جودة العينات كان بالإمكان ان تكون أجود من ذلك

★★★☆☆

الجودة ليست كما المتوقع

Euro Style Commercial Mop System Professional Industrial Cotton Dust Mop Unique Design
Professional Floor Cleaning Mop

V***y 🇰🇭
Nov 21, 2023

★★★★☆

Good, but the L size is too big for the 3 year-old child.

Case: 1:24-cv-01636 Document #: 62-1 Filed: 08/27/24 Page 90 of 139 PageID #:408

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏪 Ningbo Jiaqi Import And Export Trading Co., Ltd.



2022Summer Bucket Hats Women Men's Panama Hat Double-sided Wear Fishing Hat Fisherman hat for Boys/Girls Bob Femme Gorro

MOQ: 200 Pieces

| Color : | Navy Blue | USD 2.38 / Piece ⓘ | − 200 + | USD 476.00 |

Enter additional customization details

⬆️
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP          Change    Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date 📅

Additional notes

**Submit to supplier**

Case: 1:24-cv-01636 Document #: 62-1 Filed: 08/27/24 Page 91 of 139 PageID #:409

## Tax   USD 48.79

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order.   Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.   Submit now

## What's next for your purchase?

① Submit order request ── ② Negotiate details with supplier ── ③ Receive sample order if necessary ── ④ Make payment for bulk order and wait for delivery

## Protections for this order   with 🛡 Trade Assrance

🚚 **On-time shipping and logistics services**
Guaranteed dispatch and delivery times

🖥 **Safe and easy payments**
20+ secure payment methods and currencies accepted

↩ **Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved.   🧑 浙公网安备 33010002000092号  浙B2-20120091-4

# Defendant No. 17
Guangzhou Unipin Sportswear Co., Ltd.

1/12/24, 9:54 AM

Case: 1:24-cv-01636 Document #: 6-2 Filed: 02/27/24 Page 93 of 139 PageID #:411 - Buy Bucket...

Sourcing Festival **Lunar New Year stock-up:** Shipping deals, retail margin — View more →

 .com

Products ▾ | women's clothing | 📷 | 🔍 Search    Ship to: 🇺🇸 US  🌐 💬 📋 🛒 👤

☰ All categories    Featured selections    Trade Assurance       Buyer Central    Help Center    Get the app    Become a supplier

### INS Japanese Women Chapeau De Pecheur Luxe Fisherman Bucket Boonie Fishing Kangol Hats For Men Sun Caps

No reviews yet

 Guangzhou Unipin Sportswear Co., Ltd. · 7 yrs  🔴 CN




Hover to zoom in                                    📤 Share

| 50 - 99 pieces | 100 - 299 pieces |
| --- | --- |
| **$6.90** | **$4.90** |
| 300 - 499 pieces | >= 500 pieces |
| **$4.60** | **$4.30** |

#### Variations

Total options: 6 Color; 1 Size.    Select now ›

**1. Color(6):** Black

**2. Size(1)**

58 cm

**Start order request** | **Contact supplier** | 💬

Still deciding? Get samples first! Order sample

#### Membership benefits

Quick refunds on orders under US $500 View more

#### Purchase details

Protection with 🛡 Trade Assurance

🚚 **Shipping**
Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

💳 **Payments**
VISA  Mastercard  PayPal  afterpay  ⬤Pay  G Pay

Enjoy encrypted and secure payments View details

↩ **Returns & Refunds**
Eligible for refunds within 30 days of receiving products. View details

### Other recommendations for your business





| Put Your Own Logo Custom Wholesale... | Foldable Denim Bucket Hat Cotton Washed... | Black nylon waterproof soft bucket hat | PU Casual Be Men Women ... |
| --- | --- | --- | --- |
| **$1.98 - $4.80** | **$4.30 - $6.90** | **$3.30 - $6.50** | **$4.30 - $6.** |
| Min. order:100 pieces | Min. order:50 pieces | Min. order:50 pieces | Min. order:50 |

### Key attributes

#### Other attributes

| | |
| --- | --- |
| Applicable Scene | Beach, Casual, Outdoor, Travel, Sports, Cycling, Go shopping, Party, Business, Fishing, SKI, Home Use, Daily, Traveling |
| Material | 100% Cotton |
| Style | Character |
| Place of Origin | Guangdong, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |



Case: 1:24-cv-01636 Document #: 62 Filed: 08/27/24 Page 94 of 139 PageID #:413



# Alibaba.com | My Alibaba

Start selling now    My Account ⌄   Help ⌄   English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏪 Guangzhou Unipin Sportswear Co., Ltd.

**INS Japanese Women Chapeau De Pecheur Luxe Fisherman Bucket Boonie Fishing Kangol Hats For Men Sun Caps**

MOQ: 50 Pieces

| Size : 58 cm , Color : ⬛ Black | USD 6.90 / Piece ⓘ | − 50 + | USD 345.00 |
|---|---|---|---|

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door   ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP    Change   Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date   📅

**Submit to supplier**

**Tax**  USD 35.36

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**What's next for your purchase?**

① Submit order request  ── ② Negotiate details with supplier  ── ③ Receive sample order if necessary  ── ④ Make payment for bulk order and wait for delivery

**Protections for this order**  with 🛡 Trade Assrance

🚚 **On-time shipping and logistics services**
Guaranteed dispatch and delivery times

💳 **Safe and easy payments**
20+ secure payment methods and currencies accepted

↩ **Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号  浙B2-20120091-4



# Defendant No. 18
Yiwu Zhipai Trade Co., Ltd.

1/12/24, 9:55 AM
Case: 1:24-cv-01636 Document #: 6-2 Filed: 03/27/24 Page 98 of 139 PageID #:416

Winter Wool Knit Fashion Golden Chunky Felt Custom Women Kangol Female Decorate French Black Shiny Beret Girls Hat Cap - ...

Sourcing Festival  **Lunar New Year stock-up: Shipping deals, retail margin**  View more →

 Alibaba.com

Products ⌄ | women cap | 🔍 Search

Ship to: 🇺🇸 US

☰ All categories | Featured selections | Trade Assurance

Buyer Central | Help Center | Get the app | Become a supplier

## Winter Wool Knit Fashion Golden Chunky Felt Custom Women Kangol Female Decorate French Black Shiny Beret Girls Hat Cap

No reviews yet

Yiwu Zhibai Trade Co., Ltd. · Verified Multispecialty supplier · 3 yrs ·  CN









⟨ | ⟩

Hover to zoom in

↗ Share

### Other recommendations for your business


Warm Wholesale Design Thin British High Quali...
**$0.60 - $2.30**
Min. order:1 piece


Korean Style Pearled Rhinestone Beret Hat...
**$2.21 - $2.69**
Min. order:2 pieces


High Quality Thick Wholesale Angora...
**$1.50 - $2.20**
Min. order:1 piece


Fashion War... Artist Painter...
**$1.20 - $1.9...**
Min. order:1 p...

### Key attributes

#### Other attributes

| | |
|---|---|
| Applicable Scene | Casual, Outdoor, Travel, Go shopping, Party, Business, Daily, Traveling |
| Style | Image |
| Place of Origin | yiwu |
| Applicable Season | Spring and Autumn |
| Age Group | Adults |
| Gender | Female |
| Material | 100% Wool |



Ready to Ship

| 3 - 23 pieces | 24 - 9997 pieces |
|---|---|
| **$2.90** | **$2.70** |

| 9998 - 9998 pieces | >= 9999 pieces |
|---|---|
| **$2.50** | **$2.20** |

**Variations**

Total options: 9 Color.  Select now ›

1. Color(9)

Start order | Add to cart | ✉

Still deciding? Get samples first! Order sample

**Membership benefits**
3-day coupon giveaway: up to US $80 off View more

**Purchase details**
Protection with 🛡 Trade Assurance

🚚 Shipping
Shipping fee: $17.92 From CN to US!
Enjoy **On-time Delivery Guarantee**: Receive by Feb 22 via Parcels (Economy)
Powered by **Alibaba.com** Logistics

💳 Payments
VISA 🔵 P PayPal 💳 Pay G Pay ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details



Case: 1:24-cv-01636 Document #: 6-2 Filed: 03/27/24 Page 99 of 139 PageID #:417



○ Other payment methods

|  | | |
|---|---|---|
| | Processing fee: ⓘ | USD 5.11 |

Additional notes (optional)

> Please fill in
>
> 0/2000

---

**Protections on this order** with 🛡 Trade Assurance        View details ›

🚚 **On-time Delivery Guarantee**
Delivered by Feb 16 or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 🐵 浙公网安备 33010002000092号 浙B2-20120091-4



Yiwu Zhipai Trade Co., Ltd.We are a comprehensive enterprise integrating production, sales .At present, products have strict inspection procedures before leaving the factory. More than 80% of our sales team least 3 years of industry sales experience. We understand the needs of the industry and customers, can help customers to do a good job in product selection and industry marketing, and continuously improve t value for customers, enhance the market competitiveness of customers.At the same time, our research a development team has more than ten years of industry experience and has research and development ar innovation tasks for products every month to enhance the attraction and competitiveness of our products market.Customer First is the business philosophy of our company. Only with the continuous development customers can our company develop. We take the interests of customers first and continuously provide competitive products for customers, satisfactory shopping experience and safe after-sales guarantee, we believe Zhipai will be your best choice, which is also the reason why so many customers choose our products.We look forward to further cooperation with you!

## FAQ

**1. who are we?**
We are based in Zhejiang, China, start from 2016,sell to North America(70.00%),Western Europe(15.00%),Oceania(7.00%),Africa(4.00%),Southeast Asia(2.00%),South Asia(2.00%). There are total 5-10 people in our office.

**2. how can we guarantee quality?**
Always a pre-production sample before mass production;
Always final Inspection before shipment;

**3.what can you buy from us?**
Hats

**4. why should you buy from us not from other suppliers?**
null

**5. what services can we provide?**
Accepted Delivery Terms: null;
Accepted Payment Currency:null;
Accepted Payment Type: null;
Language Spoken:null

⚑ Report abuse

## Frequently bought together

---

Winter Wool Knit Fashion Golde ✕

alibaba.com/product-detail/_1600713671370.html

**Products** ⌄ | women cap | 📷 | 🔍 Search

Ship to: 🇺🇸 US

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

Ready to Ship

3 - 23 pieces  24 - 9997 pieces
**$2.90**      **$2.70**

9998 - 9998 pieces  >= 9999 pieces
**$2.50**           **$2.20**

### Variations
Total options: 9 Color.  **Select now** ›
1. Color(9)

### Membership benefits  ⌄

### Purchase details
Protection with 🛡 Trade Assurance

🚚 Shipping fee: $17.84 (From CN to US)
Enjoy **On-time Delivery Guarantee**: Receive by
Feb 29 via Parcels (Economy)
Powered by **Alibaba.com** Logistics

🛡 VISA ⬤ P PayPal afterpay ⬤Pay G Pay …

Enjoy encrypted and secure payments View details

↩ Eligible for refunds within 30 days of receiving products. View details

**Start order**  |  **Add to cart**  |  ✉

Still deciding? Get samples first! Order sample

💬 Messenger ⌃

# Defendant No. 19
Dongguan Jiahe Hat Co., Ltd.



custom make cotton twill fishing hat bucket hat sun hat

No reviews yet · 1 buyer

Dongguan Jiahe Hat Co., Ltd. · 1 yr · CN







Hover to zoom in

Share

## Other recommendations for your business



distressed washed denim sun hat

$3.20

Min. order:100 pieces

washed denim bucket hat sun hat

$2.60

Min. order:100 pieces

## Key attributes

### Other attributes

| | |
|---|---|
| Printing Methods | Sublimation transfer print |
| Technics | Maching embroidery |
| Pattern Type | Animal |
| Fabric Type | Canvas |
| Applicable Scene | Beach, Casual, Travel, Fishing, Traveling |
| Material | 100% Cotton |
| Style | Fashion |
| Place of Origin | Guangdong, China |



>= 100 pieces

## $2.60

### Variations

Total options: 1 Color; 1 Size.    Select now ›

1. Color(1):  Yellow

2. Size(1)

57cm

Start order    Add to cart

Still deciding? Get samples first! Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚢 Shipping

Shipping fee: $304.81 From CN to US)
Estimated delivery by 2/26-3/11
via Ocean+Express US (Standard)
Powered by Alibaba.com Logistics

💳 Payments

VISA   Mastercard   P PayPal   PAY   APay   G Pay   ...

Enjoy encrypted and secure payments View details

↩ Returns & Refunds

Enjoy Easy Return: Return defective products to our local warehouse for free View details

Case: 1:24-cv-01686 Document #: 6-2 Filed: 02/27/24 Page 104 of 139 PageID #:422



**Buy Now**

| | |
|---|---|
| Shipping address: | Calfee, Halter & Griswold LLP, (+1), 2166228200<br>332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America |
| | **Change**  **Add an address** |

🚚 Dongguan Jiahe Hat Co., Ltd.　　　　　　　　　　　　　🔵 Chat with the supplier

custom make cotton twill fishing hat bucket hat sun hat

Size : 57cm , Color : ⚫ Yellow　　　USD 2.60 / Piece　　─ 100 ＋　　USD 260.00

Customization Service

The minimum quantity required for customization options is 100 Pieces.
You currently have 100 Pieces in your cart.

Item(s) total: **USD 260.00**

| | |
|---|---|
| Shipping service line: | Ocean+Express US (Standard) ⌄<br>**Alibaba.com** Logistics |
| Shipping methods: | 🚢 Express |
| Incoterms: | DDP (Delivered Duty Paid) ❓ |
| Delivery timeline: | **Guaranteed dispatch within 15 days** |

Payment　　　　　　　　　　Dispatch　　　　　　　　Received

　　　Lead time 15 days　　　CN　　Shipping time 20-30 working days　　US

**Alibaba.com** Logistics　　cost-effective, efficient, and trackable.　　Shipping fee: **USD 352.88** ⌄

| | |
|---|---|
| Sales Tax ❓ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. **Learn more** |
| | ℹ️ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. **Submit now** |

Tax **USD 26.65**

| | |
|---|---|
| Payment Method | 🔘 Credit/debit card |

Card number

[                                        ]

Name

[ Given names ]　　[ Surname ]

Expiration Date　　　　　　　　CVV/CVC

[ Month ⌄ ] / [ Year ⌄ ]　　[ CVV/CVC　　👁 ❓ ]

Billing Address

---

**This order is protected**
with 🛡 Trade Assurance　**View details**

| | |
|---|---|
| Item(s) total: | USD 260.00 |
| Shipping fee: | USD 352.88 |
| Order total: | USD 612.88 |
| Tax: | USD 26.65 |
| Processing fee: | USD 19.13 |

Pay in **USD** ⌄　　　**USD 658.66**

🛡 **Pay now**

Payment Security: ✓ 🔒

💬 Messenger ⌃

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604          Edit >

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⑦ **USD 19.13**

Additional notes (optional)          Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance          View details >

🖥 **On-time Dispatch Guarantee**
Dispatched within 15 days or you are eligible for compensation

Ⓢ **Easy Return**
Return locally for free within 30 days and get a full refund

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy · Intellectual Property Protection · Privacy Policy · Terms of Use · User Information Legal Enquiry Guide · Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

# Defendant No. 20
Fuzhou Bingo Trading Co., Ltd.

Case: 1:24-cv-01636 Document #: 6-2 Filed: 02/27/24 Page: 107 of 139 PageID #:425



Sourcing Festival  **Lunar New Year stock-up:** Shipping deals, retail margin                    View more →



Products ▾ | flower bucket hat 📷 | 🔍 Search

Ship to: 🇺🇸 US

All categories | Featured selections | Trade Assurance

Buyer Central | Help Center | Get the app | Become a supplier

## Custom Summer Outdoor Yellow Kangol Style Men Women Washed Flower Fisherman Bucket Hat

No reviews yet



Fuzhou Bingo Trading Co., Ltd. · ✓Verified Multispecialty supplier · 12 yrs  🇨🇳CN



Hover to zoom in

🔗 Share



| 50 - 499 pieces | 500 - 999 pieces |
|---|---|
| **$5.99** | **$4.99** |

>= 1000 pieces
**$3.99**

### Variations

Total options: 4 Color; 1 Size.  Select now ›

1. Color(4): 1

   

2. Size(1)

58cm or cucustomized

**Start order request** | Contact supplier | 💬

Still deciding? Get samples first! Order sample

### Membership benefits

3-day coupon giveaway: up to US $80 off View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

💳 Payments
VISA Mastercard P PayPal afterpay ⢠Pay G Pay ···
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

## Other recommendations for your business

| | | | |
|---|---|---|---|
| Designer Children Vintage Bucket Hats... | Wholesale Custom White Adjustable Adul... | Wholesale Custom Full Silk Printing Fisherma... | Brand Rave M Mouse Light W... |
| **$3.69 - $4.99** | **$3.69 - $4.99** | **$2.69 - $3.99** | **$2.69 - $3.!** |
| Min. order:50 pieces | Min. order:50 pieces | Min. order:50 pieces | Min. order:50 |

## Key attributes

### Other attributes

| Applicable Scene | Casual, Outdoor, Travel, Go shopping, Fishing, Daily, Traveling |
|---|---|
| Material | Polyester/cotton |
| Style | Character |
| Place of Origin | Fujian, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Female |



Messenger

| Brand Name | custom your brand |
|---|---|
| Model Number | YFM-114 |
| Product Name | Wide Brim Camouflage Bucket Caps Embroidery Mens Outdoor Fishing Hat |
| Sample time | 3-5days after order confirmed |
| MOQ | 50pcs |
| Logo | Custom Logo |
| Design | ODM Designs |
| Service | OEM Service |
| Color | customized |
| Season | Spring Summer Autumn |
| Material | Polyester/Cotton |
| Brim | Round Brim |

Packaging and delivery

| Packaging Details | 25pcs per polybag, 1 polybag per inner box, 4 inner boxes (total 100Pcs ) per carton.(Package can be made according to your demand) Delivery details vary from the quantity of the order |
|---|---|
| Port | Fuzhou |

Supply Ability

| Supply Ability | 100000 Piece/Pieces per Month |
|---|---|

Show less ⌃

## Lead time

| Quantity (pieces) | 1 - 1 | 2 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 10 | 15 | To be negotiated |

## Samples

Maximum order quantity: 1 piece

Sample price: **$50.00/piece**

Order sample

## Customization

### Online customization

Alibaba.com built-in online customization    Customize now

### Other customization options

Customized logo        Customized packaging        Graphic customization





1/12/24, 10:00 AM Alibaba.com Contract | Your commitment - product detail(productId=1600789745792, quantity=50, skuId=104035513786)]&channelT…

Case: 1:24-cv-01636 Document #: 6-2 Filed: 02/07/24 Page 110 of 139 PageID #:428

## Tax  USD 30.70

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order.  Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.  Submit now

---

## What's next for your purchase?

① **Submit order request** —— ② **Negotiate details with supplier** —— ③ **Receive sample order if necessary** —— ④ **Make payment for bulk order and wait for delivery**

---

## Protections for this order  with  Trade Assrance

�GS **On-time shipping and logistics services**
Guaranteed dispatch and delivery times

💳 **Safe and easy payments**
20+ secure payment methods and currencies accepted

↩ **Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved. 😊 浙公网安备 33010002000092号  浙B2-20120091-4

# Defendant No. 21
Yiwu Lisa Knitting Raw Materials Firm



1/12/24, 10:01 ... Dome Hat,...

Sourcing Festival | **Lunar New Year stock-up:** Shipping deals, retail margin — View more →

**Alibaba.com**

Products ⌄ | women's clothing | 🔍 Search

Ship to: 🇺🇸 US

☰ All categories | Featured selections | Trade Assurance

Buyer Central | Help Center | Get the app | Become a supplier

### Bucket Hat for Unisex 2023 Dome Breathable Mesh Lightweight Comfortable Sun Proof Cool Caps

No reviews yet



Yiwu Lisa Knitting Raw Materials Firm · 3 yrs | 🔴 CN



Hover to zoom in

🔗 Share

## Other recommendations for your business


Bucket Cap For Unisex 2023 Contrasting...
**$3.73 - $4.37**
Min. order:3 pieces


Fisherman's Hat Sun Bucket Hat Unisex...
**$2.70 - $3.50**
Min. order:3 pieces


Bucket Cap For Woman 2023 Vintage Alphabe...
**$4.44 - $5.08**
Min. order:3 pieces


Bucket Cap F 2023 Two Sic...
**$3.62 - $4.**
Min. order:3 p

## Key attributes

### Other attributes

| Applicable Scene | Beach, Casual, Outdoor, Travel, Go shopping, Party, Fishing, Home Use, Daily, Traveling |
|---|---|
| Material | 100% Cotton |
| Style | Image |
| Place of Origin | Zhejiang, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |



**Ready to Ship**

1 batch = 3 pieces

| 3 - 149 pieces | 150 - 599 pieces |
|---|---|
| **$5.00** | **$4.68** |

>= 600 pieces
**$4.37**

**Variations**
Total options: 11 Color; 1 Size.  Select now ›

1. Color(11): 1

2. Size(1)
40*45cm

[Start order] [Add to cart] [✉]

Still deciding? Get samples first! Order sample

**Membership benefits**
Quick refunds on orders under US $500 View more

**Purchase details**
Protection with 🛡 Trade Assurance

🚚 Shipping
Shipping fee: $39.34 From CN to US)
Estimated delivery by **3/11-4/1** via Ocean + Delivery US (Economy)
Powered by **Alibaba.com** Logistics

💳 Payments
VISA 🔵 P PayPal ... Pay G Pay ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

Messenger




Buy Now

| | |
|---|---|
| Shipping address: | Calfee, Halter & Griswold LLP, (+1), 2166228200 |
| | 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America |
| | Change   Add an address |

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:                    USD 250.00
Shipping fee:                    USD 247.49

Order total:                      USD 497.49
Tax:                               USD 25.64
Processing fee:                 USD 15.65

Pay in  USD ⌄                  USD 538.78

🛡 Pay now

Payment Security:

🚚 Yiwu Lisa Knitting Raw Materials Firm                    💬 Chat with the supplier

Bucket Hat for Unisex 2023 Dome Breathable Mesh Lightweight Comfortable Sun Proof Cool Caps

| Size : 40×45cm , Color : 🧢 1 | USD 5.00 / Piece ⓘ | — 50 + | USD 250.00 |

Customization Service

The minimum quantity required for customization options is 3000 Pieces.
You currently have 50 Pieces in your cart.

Item(s) total:   **USD 250.00**

| | |
|---|---|
| Shipping service line: | Ocean+Express US (Standard) ⌄ |
| | **Alibaba.com** Logistics |
| Shipping methods: | Multimodal transport |
| Incoterms: | DDP (Delivered Duty Paid) ❓ |
| Delivery timeline: | Guaranteed dispatch within 15 days |

Payment                          Dispatch                        Received
●――――――――――――――●――――――――――――――●
            Lead time 15 days      CN   Shipping time 20-30 working days   US

**Alibaba.com** Logistics   cost-effective, efficient, and trackable.

Shipping fee:  USD 247.49 ⌄

| Sales Tax ❓ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |
|---|---|

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 25.64**

| Payment Method | ⦿ Credit/debit card |
|---|---|

Card number
[                                                                ]

Name
[ Given names            ]  [ Surname               ]

Expiration Date                          CVV/CVC
[ Month ⌄ ] / [ Year ⌄ ]        [ CVV/CVC          👁 ❓]

Billing Address

💬 Messenger ⌃

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⓘ   USD 15.65

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance

View details ›

⊟ **On-time Dispatch Guarantee**
Dispatched within 15 days or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

🌐 © 1999-2023 Alibaba.com. All rights reserved. 👹 浙公网安备 33010002000092号 浙B2-20120091-4



# Defendant No. 22
## Hangzhou Yuntuofu Textile Products Co., Ltd.



1/12/24, 10:02 AM — Autumn And Winter Keep Warm Wool Beret Versatile Reverse Wearing Women Polyester Beret Hat,Women Be...

🔥 Sourcing Festival — Lunar New Year stock-up: Shipping deals, retail margin — View more →

**Products** ▾ | women beret | 🔍 Search

Ship to: 🇺🇸 US

All categories | Featured selections | Trade Assurance

Buyer Central | Help Center | Get the app | Become a supplier

## Autumn And Winter Keep Warm Wool Beret Versatile Reverse Wearing Women Polyester Beret Hat

No reviews yet

Hangzhou Yuntuofu Textile Products Co., Ltd. · **Verified** Multispecialty supplier · 3 yrs 🇨🇳 CN



  

Hover to zoom in

Share



| 2 - 19 pieces | 20 - 99 pieces |
|---|---|
| **$5.83** | **$5.63** |
| 100 - 999 pieces | >= 1000 pieces |
| **$5.44** | **$4.86** |

### Variations

Total options: 8 Color. Select now ›

1. Color(8)

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

**Membership benefits**
3-day coupon giveaway: up to US $80 off View more

**Purchase details**
Protection with 🛡 Trade Assurance

📦 Shipping
Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

💳 Payments
VISA ● PayPal ● Pay G Pay ···
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Enjoy **Easy Return**: Return defective products to our local warehouse for free View details

## Other recommendations for your business

| | | | |
|---|---|---|---|
| New Versatile Custom Beret Autumn And... | USB Charging With Fan Visors Hats Summer U... | Adjustable Strap Wide Brim Straw Visor Roll... | Outdoor Hiking Sports UV Su... |
| **$5.54 - $6.65** | **$4.69 - $5.25** | **$3.61 - $4.04** | **$4.96 - $5.** |
| Min. order:2 pieces | Min. order:100 pieces | Min. order:2 pieces | Min. order:10 |

## Key attributes

### Other attributes

| Printing Methods | printing |
|---|---|
| Technics | Silk screen printing, Heat-transfer Printing, Maching embroidery, Hand Embroidery, Affixed cloth embroidery, sequin embroidery, 3D embroidery, Nail bead embroidery, Flocking embroidery |
| Applicable Season | Four Seasons |
| Applicable Scene | Beach, Outdoor, Travel, Sports, Cycling, Fishing, Traveling |
| Place of Origin | Zhejiang, China |

Messenger





## Tax USD 28.85

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

## What's next for your purchase?

① Submit order request    ② Negotiate details with supplier    ③ Receive sample order if necessary    ④ Make payment for bulk order and wait for delivery

## Protections for this order with  Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved.    浙公网安备 33010002000092号   浙B2-20120091-4

# Defendant No. 23
Yiwu Mingqi Trading Co., Ltd.



Sourcing Festival    Lunar New Year stock-up: Shipping deals, retail margin                    View more →

Alibaba.com

| Products ▾ | kangaroo hat | 🔍 Search |

Ship to: 🇺🇸 US

≡ All categories    Featured selections    Trade Assurance          Buyer Central    Help Center    Get the app    Become a supplier

### Kangaroo Knitted Hat Plush Warm Casual Bag Hat Trendy All-Matching Sport Autumn And Winter Outdoor New Woolen Beanie Hat

No reviews yet

Yiwu Mingqi Trading Co., Ltd.    1 yr    🇨🇳 CN



Hover to zoom in

Share

## Other recommendations for your business


2023 New Badge Knitted Hat Autumn...
**$3.80 - $4.30**
Min. order:2 pieces


South Korea's new rhinestone knitted hat...
**$5.50 - $6.50**
Min. order:2 pieces


Winter Women's Real Plush Pom Hat Knitted...
**$4.00 - $4.60**
Min. order:2 pieces


Autumn and plush long r...
**$4.00 - $4.**
Min. order:2 p

## Key attributes

### Other attributes

| | |
|---|---|
| Place of Origin | Zhejiang, China |
| Printing Methods | Digital printing, Embossed |
| Technics | Heat-transfer Printing, Maching embroidery |
| Applicable Scene | SKI, Travel, Outdoor, Daily, Casual |
| Brand Name | MC |
| Model Number | MC-MZ056 |
| Fabric Feature | COMMON |
| Size | 54-58 |



Ready to Ship

| 2 - 99 pieces | 100 - 499 pieces |
|---|---|
| **$4.50** | **$4.00** |

>= 500 pieces
**$3.50**

### Variations

Total options: 8 Color.    Select now ›

1. Color(8)

Start order    Add to cart    ✉

Still deciding? Get samples first!    Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Shipping fee: $10.76 From CN to US)
Enjoy **On-time Delivery Guarantee**: Receive by Feb 12 via Parcels (Standard)
Powered by **Alibaba**.com Logistics

💳 Payments
VISA · MasterCard · PayPal · ... · Apple Pay · G Pay · ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details





332 S Michigan Ave, Chicago, United States of America, Illinois, 60604 — Edit >

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

◯ Other payment methods

Processing fee: ⓘ  USD 8.80

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance          View details >

💳 **On-time Dispatch Guarantee**
Dispatched within 5 days or you are eligible for compensation

💲 **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 😊 浙公网安备 33010002000092号  浙B2-20120091-4



# Defendant No. 24
Ruika Official Store







**AliExpress**

### Shipping Address

Calfee, Halter & Griswold LLP    +1 2166228200
332 S Michigan Ave / Suite 900
Chicago, Illinois, United States, 60604

Change

### Payment Methods

Select payment method

**Ruika Store**

2023New Bob Hat Winter Women's Fashion Solid Color Rabbit Fur Hat Bucket Cap Fisherm...
Rabbit hair10F,M 56-58cm

$6.15                                                    −  1  +

Shipping: $5.59
Estimated delivery between Jan 28-Jan 29
12-day delivery

### Summary

| | |
|---|---|
| Total item costs | $6.15 |
| Promo code | Enter code here ⌄ |
| Total shipping | $5.59 |
| Tax ⓘ | $0.63 |
| **Total** | **$12.37** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and
acknowledged all terms and policies.

🛡 AliExpress

AliExpress keeps your information and payment safe

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement,
Regulated Information, Integrity Compliance

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK
FRIDAY, AliExpress Assistant

  

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Imprint  -  Transaction Services Agreement for non-EU/UK Consumers  -
Terms and Conditions for EU/EEA/UK Consumers  -  User Information Legal Enquiry Guide  ©2010-2023 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-
20120091-8  浙公网安备 33010802002248号







# AliExpress

Ruika Store ›
⭐ Style Zone

96.3% Positive Feedback | 1666 Followers

+ Follow

Store Home | Products ⌄ | Feedback

**$6.99** ~~$13.98~~ -50%

🏷 Wholesale | 2+ pieces, extra 2% off

2023New Bob Hat Winter Women's Fashion Solid Color Rabbit Fur Hat Bucket Cap Fisherman's Hat Retro Knitted Wool Basin Bucket Hat

⭐⭐⭐⭐⭐ 5.0  3 Reviews  |  27 sold

**Coupon & Discount**

| $22.00 off On orders over $328.00 | $1.00 off On orders over $20.00 |

**Color: Rabbit hair10F**

**Size: M 56-58cm**

M 56-58cm

**Product sellpoints**

- Fashion: This hat is suitable for various occasions, such as daily wear, outdoor activities, shopping, dating, etc.
- Windproof: The hat is made of high-quality acrylic fibers, which are windproof and waterproof. it can protect your head and ears from cold wind and keep you warm in winter.
- Seller recommended: If you have any questions, please feel free to contact us at any time. we will provide the best service for you!

**Ship to**

**Delivery** →
**Shipping:** $5.59
Estimated delivery betw Feb 06

**Service** →
Free returns

**Quantity**
−  1  +
2+ pieces, extra 2% off
172 Pieces available

**Buy no**

**Add to C**

⇄ Share

# Related items

korea fashion Bucket ...
28 sold
$6.58 ~~$17.82~~
Welcome deal -63%
Free shipping

Hat winter women's f...
⭐⭐⭐⭐ 6 sold
$2.5
Extra 5% off with coins

New Rabbit Fur Bucke...
3 sold
$3.41
Extra 5% off with coins

2020 Hat winter wom...
⭐⭐⭐⭐⭐ 136 sold
$2.58 ~~$11.66~~
Welcome deal -77%
Free shipping

Panama Outdoor Kan...
⭐⭐⭐⭐ 6 sold
$14.09
Free shipping

Winter Balaclava Hats...
⭐⭐⭐⭐⭐ 5,000+ sold
$6.47

📍 Description | Specifications | Customer Reviews (3) | You may also like

✏





# AliExpress

## Shipping Address

**Calfee, Halter & Griswold LLP**   +1 2166228200
332 S Michigan Ave / Suite 900
Chicago, Illinois, United States, 60604

**Change**

## Payment Methods

**Select payment method**

**Ruika Store**

2023New Bob Hat Winter Women's Fashion Solid Color Rabbit Fur Hat Bucket Cap Fisherm...
Rabbit hair10F,M 56-58cm

$6.99

–  1  +

Shipping: $5.59
Estimated delivery between **Feb 01 - 04**
Free returns

## Summary

| | |
|---|---|
| Total item costs | $6.99 |
| Promo code | Enter code here ⌄ |
| Total shipping | $5.59 |
| Tax ⓘ | $0.72 |
| **Total** | **$13.30** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies**.

### ✅ AliExpress

AliExpress keeps your information and payment safe

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2023 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

# Defendant No. 25
zhanchi Store



# AliExpress

luxury bucket hat 🔍

⊞ Download the AliExpress app

🇺🇸 Chicago/EN/ USD ⌄

👤 Hi
Ac...

🏪 zhanchi Store ›

94.3% Positive Feedback | 1292 Followers

+ Follow

Store Home  Products ⌄  Feedback



**$7.15** ~~$14.30~~ -50%

2023 Japanese Simple Washed Cotton Solid Color Beret Men's And Wemon's Newsboy Kangol Cap Eight-Blade Husband Gorras

★★★★ 4.0  1 Review · 4 sold

**Coupon & Discount**

$3.00 off
On orders over $15.00

**Color: black**

   

**Ship to** 📍 Chicago, Illin...

**Delivery** →

Shipping: $2.29

Free shipping for order via the selected shippin

Estimated delivery bet 30

Collect a $1.00 coupon

**Service** →

Free returns · On-time

**Quantity**

⊖ 1 ⊕

999 Pieces available

**Buy no**

**Add to C**

⤴ Share

## Related items

      ›

korea fashion Bucket ...
21 sold
**$5.16** ~~$17.82~~
Welcome deal · Saved $1...
Free shipping

Retro Newsboy Caps ...
★★★★½ 1,000+ sold
**$0.99** ~~$13.77~~
Welcome deal · Saved $1...
✓Choice Free shipping over $10 · 11-day delivery

2022 Women Caps Be...
★★★★ 34 sold
**$7.63**
Extra 5% off with coins
Free shipping

Octagonal Hat Wome...
★★★★★ 11 sold
**$2.02** ~~$20.95~~
Welcome deal · Saved $1...
✓Choice Free shipping over $10

Men's large round du...
★★★★½ 87 sold
**$9.18**
Extra 5% off with coins
Free shipping

Women Knitted Balacl...
★★★★½ 800+ sold
**$2.39** ~~$22.52~~
Welcome deal · Saved $2...
✓Choice Free shipping over $10 · 11-day delivery

📍 Description  Specifications  Customer Reviews (1)  You may also like

  

**ZhanChi Stroe**

## Description

Report Item / Suspicious Activity







# Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

# AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

# Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

# Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Imprint · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2023 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

2023 Japanese Simple Washed Cotton Solid Color Beret Men's And Wemon's Newsboy Kangol Cap Eight-Blade Husband Gorra...



# AliExpress

bucket hat winter

Download the AliExpress app

Chicago/EN/ USD

zhanchi Store

94.3% Positive Feedback | 1292 Followers | + Follow

Store Home  Products  Feedback



$**7.15**  $14.30  **-50%**

2023 Japanese Simple Washed Cotton Solid Color Beret Men's And Wemon's Newsboy Kangol Cap Eight-Blade Husband Gorras

★★★★  4.0  1 Review  ·  4 sold

**Coupon & Discount**

$3.00 off
On orders over $15.00

**Color: black**

   

**Ship to** ⊙ Chicago, Illin

**Delivery** →
Shipping: $2.29

Free shipping for order via the selected shippin

Estimated delivery bet
30

Collect a $1.00 coupon

**Service** →
Free returns · On-time

**Quantity**
−  1  +
999 Pieces available

**Buy no**

**Add to C**

⇗ Share

## Related items


   

| korea fashion Bucket ... | Retro Newsboy Caps ... | 2022 Women Caps Be... | Octagonal Hat Wome... | Men's large round du... | Women Knitted Balacl... |
|---|---|---|---|---|---|
| 21 sold | ★★★★ 1,000+ sold | ★★★★ 34 sold | ★★★★ 11 sold | ★★★★ 87 sold | ★★★★ 800+ sold |
| $5.16 $17.82 | $0.99 $13.77 | $7.63 | $2.02 $20.95 | $9.18 | $2.39 $22.52 |
| Welcome deal · Saved $1... | Welcome deal · Saved $1... | Extra 5% off with coins | Welcome deal · Saved $1... | Extra 5% off with coins | Welcome deal · Saved $2... |
| Free shipping | ✓Choice Free shipping over $10 · 11-day delivery | Free shipping | ✓Choice Free shipping over $10 | Free shipping | ✓Choice Free shipping over $10 · 11-day delivery |

⊙ Description  Specifications  Customer Reviews (1)  You may also like



ZhanChi Stroe

   

**Description**

Report Item / Suspicious Activity







# AliExpress

## Shipping Address

**Calfee, Halter & Griswold LLP**    +1 2166228200
332 S Michigan Ave / Suite 900
Chicago, Illinois, United States, 60604

Change

## Payment Methods

**Select payment method**

**zhanchi Store** ✎

2023 Japanese Simple Washed Cotton Solid Color Beret Men's And Wemon's Newsboy kan...
black
$7.15

⊖ 1 ⊕

Shipping: $2.29
Estimated delivery between **Jan 28 - 31**
Free returns

›

## Summary

| | |
|---|---|
| Total item costs | $7.15 |
| Promo code | Enter code here ⌄ |
| Total shipping | $2.29 |
| Tax ⍰ | $0.73 |
| **Total** | **$10.17** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and payment safe

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  🍎 App Store    AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Imprint · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2023 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 · 浙公网安备 33010802002248号