# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kangol LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 24-cv-1636 |
| | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule A | ) |
| | ) |
| Defendants. | ) |

## KANGOL'S *EX PARTE* MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND OTHER RELIEF

Plaintiff Kangol LLC moves for entry of an *ex parte* temporary restraining order under Federal Rule of Civil Procedure 65 and 15 U.S.C. § 1116 in the form submitted herewith as Exhibit A, which (1) temporarily enjoins the Defendants from unlawful use of Kangol's trademarks, (2) temporarily restrains Defendants' assets associated with their unlawful use of Kangol's trademarks, (3) allows Kangol to seek expedited discovery, and (4) allows Kangol to effectuate service by email. Kangol has submitted a Brief in Support concurrently with this Motion.

Date: February 27, 2024                    Respectfully submitted,

                                              */s/ Todd R. Tucker*
                                              Todd R. Tucker (65617)
                                              ttucker@calfee.com
                                              Yizhou Liu (93842)
                                              bliu@calfee.com
                                              Andrew W. Alexander (91167)
                                              aalexander@calfee.com
                                              Brian P. Doney (101466)
                                              bdoney@calfee.com
                                              Calfee, Halter & Griswold LLP
                                              The Calfee Building
                                              1405 East Sixth Street
                                              Cleveland, Ohio 44114
                                              (216) 622-8200 (Telephone)
                                              (216) 241-0816 (Facsimile)

                                              *Attorneys for Plaintiff Kangol LLC*