**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | ) | |
|---|---|---|
| **Kangol LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No.: 24-cv-1636 |
| | ) | |
| The Partnerships and Unincorporated | ) | |
| Associations Identified on Schedule A | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING

WHEREAS, on February 27, 2024, Plaintiff Kangol LLC ("Kangol"), by and through its counsel, inadvertently filed its original Memorandum in support of its Motion for Temporary Restraining Order (ECF No. 11) slightly in excess of the Court's fifteen (15) page limitation and filed its original Motion for Leave to File Under Seal (ECF No. 4) suggesting that it was requesting leave to file its entire Motion for Temporary Restraining Order (ECF Nos. 10-12) under seal.

PLEASE TAKE NOTICE that, on February 29, 2024, Kangol, by and through its counsel, is filing: (1) an Amended Memorandum in support of its Motion for Temporary Restraining Order, which complies with the Court's fifteen (15) page limitation, to replace ECF No. 11 and (2) an Amended Motion for Leave to File Under Seal clarifying that it is requesting leave to file the following documents under seal: (1) Schedule A to the Complaint (ECF No. 5); the Declaration of Sean McCabe (Exhibit H to the Complaint) (ECF No. 6) and Exhibits 1 and 2 thereto (ECF Nos. 6-1 and 6-2); (3) Kangol's original Memorandum of Law in Support of its Motion for Temporary Restraining Order (ECF No. 11); and (4) Kangol's Amended Memorandum of Law in Support of its Motion for Temporary Restraining Order.

1

Date: February 29, 2024

                                      Respectfully submitted,

                                      */s/ Todd R. Tucker*
                                      Todd R. Tucker (65617)
                                      ttucker@calfee.com
                                      Yizhou Liu (93842)
                                      bliu@calfee.com
                                      Andrew W. Alexander (91167)
                                      aalexander@calfee.com
                                      Brian P. Doney (101466)
                                      bdoney@calfee.com
                                      Calfee, Halter & Griswold LLP
                                      The Calfee Building
                                      1405 East Sixth Street
                                      Cleveland, Ohio 44114
                                      (216) 622-8200 (Telephone)
                                      (216) 241-0816 (Facsimile)

                                      *Attorneys for Plaintiff Kangol LLC*