**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kangol LLC | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>)<br>) Case No.: 24-cv-1636<br>) |
| The Partnerships and Unincorporated Associations Identified on Schedule A | )<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF PRESENTMENT OF
KANGOL'S AMENDED MOTION FOR LEAVE TO FILE UNDER SEAL AND
KANGOL'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Local Rule 5.3(b) and the Honorable Sharon Johnson Coleman's Procedures for Motion Practice, PLEASE TAKE NOTICE that on **MARCH 5, 2024, at 8:45am**, or as soon thereafter as counsel may be heard, Plaintiff Kangol LLC ("Plaintiff" or "Kangol"), by and through its counsel, shall appear before the Honorable Sharon Johnson Coleman and present:

(1) **Kangol's Amended Motion for Leave to File under Seal** (ECF No. 18).

(2) **Kangol's Motion for Temporary Restraining Order** (ECF No. 10).

Date: February 29, 2024

                                                                     Respectfully submitted,

                                                                     */s/ Todd R. Tucker*
                                                                     Todd R. Tucker (65617)
                                                                     ttucker@calfee.com
                                                                     Yizhou Liu (93842)
                                                                     bliu@calfee.com
                                                                     Andrew W. Alexander (91167)
                                                                     aalexander@calfee.com
                                                                     Brian P. Doney (101466)

bdoney@calfee.com
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

*Attorneys for Plaintiff Kangol LLC*