UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kangol LLC<br><br>                   Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A<br><br>                   Defendants. | Case No.: 24-cv-1636 |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION
TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiff Kangol LLC ("Plaintiff" or "Kangol") seeks to extend the Temporary Restraining Order granted and entered by the Court on March 26, 2024, (the "TRO") (ECF No. 32) for a period of fourteen (14) days until April 23, 2024.

On March 26, 2024, this Court entered the TRO against the Defendants identified on Amended Schedule A to the Complaint. (ECF No. 32). As of April 4, 2024, the third parties have not completed effectuating the TRO. Declaration of Todd R. Tucker at ¶ 2. Plaintiff plans to freeze financial accounts identified by the third parties. *Id*.

Rule 65(b)(2) states that a temporary restraining order entered without notice may be extended provided a party can show, prior to expiration of the order, good cause for such an extension. Fed. R. Civ. P. 65(b)(2). Plaintiff respectfully submits that there is good cause to extend the TRO, since there is a high probability that the Defendants will continue to harm Plaintiff without the TRO in place. Specifically, Defendants will likely attempt to move any assets from their financial accounts to offshore bank accounts. As discussed in Plaintiff's

Amended Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order (ECF No. 19), and as found by the Court in granting the TRO, this possibility of harm is significant.

      Accordingly, in the interest of justice, Plaintiff submits that extension of the TRO is necessary. In light of the above, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until April 23, 2024.

| | |
|---|---|
| Date: April 4, 2024 | Respectfully submitted,<br><br>*/s/ Todd R. Tucker*<br>Todd R. Tucker (65617)<br>ttucker@calfee.com<br>Yizhou Liu (93842)<br>bliu@calfee.com<br>Andrew W. Alexander (91167)<br>aalexander@calfee.com<br>Brian P. Doney (101466)<br>bdoney@calfee.com<br>Calfee, Halter & Griswold LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114<br>(216) 622-8200 (Telephone)<br>(216) 241-0816 (Facsimile)<br><br>*Attorneys for Plaintiff Kangol LLC* |