UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kangol LLC<br><br>Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A<br><br>Defendants. | Case No.: 24-cv-1636 |

## DECLARATION OF TODD R. TUCKER

I, Todd R. Tucker, of the City of Cleveland, in the State of Ohio, declare as follows:

1.   I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Kangol LLC. ("Plaintiff" or "Kangol"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.   As of April 4, 2024, the third parties have not completed effectuating the Temporary Restraining Order. Plaintiff plans to freeze financial accounts identified by the third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 4th day of April 2024 at Cleveland, Ohio.

                                            /s/ *Todd R. Tucker*
                                            Todd R. Tucker
                                            Attorney for Plaintiff Kangol LLC

4889-9729-1700, v.1