**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kangol LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 24-cv-1636 |
| | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule A | ) |
| | ) |
| Defendants. | ) |

**Declaration of Service**

I, Brian P. Doney, of the City of Miami, in the State of Florida, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the States of Ohio and Florida and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Kangol LLC ("Plaintiff" or "Kangol"). I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On March 26, 2024, this Court entered an Order (ECF No. 32) permitting Kangol to provide notice of the proceedings in the case to Defendants, including notice of the preliminary injunction hearings, service of process pursuant to Federal Rule of Civil Procedure 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, the Order, and other relevant documents to a website and sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties.

3. I hereby certify that on April 18, 2024, I electronically published the Complaint, the Temporary Restraining Order (ECF No. 32), Summons, Plaintiff's Motion for Entry of a Preliminary Injunction, and other relevant documents on a website.

4. I hereby certify that on April 18, 2024, I sent an e-mail to the e-mail addresses identified in Exhibit A attached hereto that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.

Executed this 18th day of April 2024, at Miami, Florida.

Date: April 18, 2024

Respectfully submitted,

*/s/ Brian P. Doney*
Brian P. Doney (101466)
bdoney@calfee.com
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

*Attorneys for Plaintiff Kangol LLC*