# Exhibit A

1

| E-Commerce Store | Email |
|---|---|
| Hangzhou Chuanyue Silk Imp And Exp Co., Ltd. | peter@danasilk.com |
| Guangzhou Unipin Sportswear Co., Ltd. | sales@super-crown.com |
| Yiwu Zhipai Trade Co., Ltd. | 18058915901@qq.com |
| Yiwu Lisa Knitting Raw Materials Firm | hhj970401@163.com |
| Yiwu Mingqi Trading Co., Ltd. | 569163243@qq.com |

1