# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kangol LLC

V.

The Partnerships and Unincorporated Associations Identified on Schedule A

CASE NUMBER: 24-cv-1636

ASSIGNED JUDGE: Sharon J. Coleman

DESIGNATED MAGISTRATE JUDGE: M. David Weisman

TO: (Name and address of Defendant)

BAR CORPORATION and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd R. Tucker, Yizhou Liu, Andrew W. Alexander, Brian P. Doney
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Jamie Sicha*

(By) DEPUTY CLERK



April 18, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: April 19, 2024 |
| NAME OF SERVER *(PRINT)*: Brian P. Doney | TITLE: Attorney of Record |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **I electronically published the Complaint, TRO, Summons and other relevant documents on a website. I sent an e-mail to the email addresses identified in Exhibit A attached hereto that includes a link to said website.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 19, 2024      /s/Brian P. Doney
             *Date*               *Signature of Server*

1405 East Sixth Street, Cleveland, Ohio 44114-1607
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kangol LLC | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 24-cv-1636 |
| | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule A | ) |
| | ) |
| Defendants. | ) |

**Declaration of Service**

I, Brian P. Doney, of the City of Miami, in the State of Florida, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the States of Ohio and Florida and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Kangol LLC ("Plaintiff" or "Kangol"). I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that on April 18, 2024, I electronically published the Complaint, the Temporary Restraining Order (ECF No. 32), Summons, Plaintiff's Motion for Entry of a Preliminary Injunction, and other relevant documents on a website.

3. I hereby certify that on April 19, 2024, I sent an e-mail to the e-mail addresses identified in Exhibit A attached hereto that includes a link to said website.

4. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the Unted States of America that the foregoing in true and correct.

Executed this 19th day of April 2024, at Miami, Florida.

1

2

Date: April 19, 2024            Respectfully submitted,

*/s/ Brian P. Doney*
Brian P. Doney (101466)
bdoney@calfee.com
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

*Attorneys for Plaintiff Kangol LLC*

4878-9825-3236, v.1

.

# Exhibit A

| E-Commerce Store | Email |
|---|---|
| Guangzhou Unipin Sportswear Co., Ltd. | kevin@unipincap.com |
| Yiwu Zhipai Trade Co., Ltd. | 448904598@qq.com 850897926@qq.com |