# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS (CHICAGO)
# EASTERN DIVISION

| | | |
|---|---|---|
| KANGOL LLC, | ) | CASE NO. 1:24-cv-01636 |
| | ) | |
| Plaintiff, | ) | Judge Sharon Johnson Coleman |
| | ) | |
| -vs- | ) | |
| | ) | |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff, Kangol LLC, by its counsel, moves this Honorable Court to enter Default and Default Judgment against the Defendants, the Partnerships and Unincorporated Associations Identified on Schedule A. In support of this Motion, Plaintiff submits the accompanying Memorandum and a further Declaration of Todd R. Tucker.

Respectfully submitted,
/s/ Todd R. Tucker
Todd R. Tucker (65617)
ttucker@calfee.com
Yizhou Liu (93842)
bliu@calfee.com
Andrew W. Alexander (91167)
aalexander@calfee.com
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

*Attorneys for Plaintiff Kangol LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A attached hereto that includes a link to said website.

Respectfully submitted,
/s/ Todd R. Tucker
Todd R. Tucker (65617)
ttucker@calfee.com
Yizhou Liu (93842)
bliu@calfee.com
Andrew W. Alexander (91167)
aalexander@calfee.com
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

*Attorneys for Plaintiff Kangol LLC*