# EXHIBIT A

*Kangol LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A*

*Case No. 24-cv-01636*

# SCHEDULE A

| Defendant No. | Seller | Seller URL | Product Listing URL(s) |
|---|---|---|---|
| 14 | Hangzhou Chuanyue Silk Imp And Exp Co., Ltd. | https://danasilk.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600242720246.html |
| 17 | Guangzhou Unipin Sportswear Co., Ltd. | https://unipincap.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600593328251.html |
| 18 | Yiwu Zhipai Trade Co., Ltd. | https://zhipai.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600713671370.html |
| 21 | Yiwu Lisa Knitting Raw Materials Firm | https://ywlisa.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600830716548.html |
| 23 | Yiwu Mingqi Trading Co., Ltd. | https://mingqitrade.en.alibaba.com/contactinfo.html | alibaba.com/product-detail/_1600914814503.html |