UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kangol LLC <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule A <br><br> Defendants. | Case No.: 24-cv-1636 |

**MOTION FOR ENTRY OF AMENDED FINAL JUDGMENT ORDER**

Plaintiff Kangol LLC moves for entry of an amended final judgment order changing Paragraph 9 of the May 22, 2024 Order on a *nunc pro tunc* basis to read "regular mail" rather than "certified mail." There is good cause for this relief because it seeks to facilitate return of the $10,000 bond paid by Plaintiff in this case. Indeed, upon request for return of the bond, counsel for Plaintiff was advised by the Court's Financial Office that it can only return checks via regular mail, and thus needed an order from the Court authorizing return of the check via regular mail.

A proposed order granting the relief sought is being submitted concurrently with this Motion.

Date: October 1, 2024

Respectfully submitted,

*/s/ Todd R. Tucker*
Todd R. Tucker (65617)
ttucker@calfee.com
Yizhou Liu (93842)
bliu@calfee.com
Andrew W. Alexander (91167)
aalexander@calfee.com
Calfee, Halter & Griswold LLP

1

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

*Attorneys for Plaintiff Kangol LLC*