Exhibit B

# EXHIBIT 2

# Defendant No. 1
BAR CORPORATION





**Defendant No. 2**
Yiwu Ai Xue Garment Co., Ltd.

Sourcing Festival    Lunar New Year stock-up: Shipping deals, retail margin    View more →

Alibaba.com

Key attributes    Samples    Customization    Ratings & Reviews    Know your supplier    Product descriptions from the supplier

Wholesale New Fashion Wool Custom Kangol Embroidered Beret Custom Peaky Blinders Hats Cap

No reviews yet · 2 buyers

Yiwu Ai Xue Garment Co., Ltd.    Verified Custom manufacturer · 6 yrs · CN



Hover to zoom in    Share



Ready to Ship · #14 Most popular in Embroidered Berets

| 10 - 99 pieces | 100 - 499 pieces |
|---|---|
| $9.50 | $8.80 |
| 500 - 999999 pieces | >= 1000000 pieces |
| $8.10 | $6.50 |

**Variations**

Total options: 6 Color.    Select now

1. Color(6)

**Membership benefits**

**Purchase details**

Protection with 🛡 Trade Assurance

🚚 Shipping fee: $23.71 From CN to US
Estimated delivery by 2/28-3/20 · Ocean +
Delivery US (Economy)
Powered by Alibaba.com Logistics

🛡 VISA · mastercard · P PayPal · afterpay · GPay · GPay · ⋯

Enjoy encrypted and secure payments View details

↩ Enjoy Easy Return: Return defective products to our local warehouse for free View details

Start order    Add to cart

Still deciding? Get samples first! Order sample

## Key attributes

**Other attributes**

| Printing Methods | Embossed, Hand Drawn, other |
|---|---|
| Technics | Maching embroidery, Hand Embroidery, 3D embroidery, Nail bead embroidery, Flocking embroidery, other |
| Fabric Type | custom |
| Applicable Scene | Casual, Outdoor, Travel, Party, Business, Daily, Traveling |
| Style | Image |
| Place of Origin | Zhejiang, China |
| Applicable Season | Winter |
| Age Group | Adults |
| Gender | Unisex |
| Material | 100% Wool |
| Brand Name | Guanlinglong |
| Model Number | AX19-047 |
| Size | M(56-58cm) |

Messenger



**Buy Now**

Shipping address: Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America
Change    Add an address

🚚 Yiwu Ai Xue Garment Co., Ltd.                    💬 Chat with the supplier

Wholesale New Fashion Wool Custom Kangol Embroidered Beret Custom Peaky Blinders Hats Cap

| Color : 🧢 Camel | USD 9.50 / Piece ⓘ | — 10 + | USD 95.00 |

Customization Service

The minimum quantity required for customization options is 300 Pieces.
You currently have 10 Pieces in your cart.

Item(s) total: **USD 95.00**

Shipping service line: Ocean + Delivery US (Economy) ⌄
**Alibaba.com** Logistics

Shipping methods: Multimodal transport

Incoterms: DAP (Delivered at Place) ❓

Delivery timeline: Guaranteed dispatch within 5 days

Payment ────────── Dispatch ──────────── Received
Lead time 5 days       CN    Shipping time 30-45 working days    US

**Alibaba.com** Logistics    cost-effective, efficient, and trackable.    Shipping fee: USD 23.71 ⌄

Sales Tax ❓    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 9.74**

Payment Method    ◉ Credit/debit card

Card number
[                                    ]

Name
[ Given names ]    [ Surname ]

Expiration Date                CVV/CVC
[ Month ⌄ ] / [ Year ⌄ ]    [ CVV/CVC          👁 ❓ ]

Billing Address

### This order is protected
with 🛡 Trade Assurance    **View details**

Item(s) total:          USD 95.00
Shipping fee:            USD 23.71

Order total:            USD 118.71
Tax:                     USD 9.74
Processing fee:          USD 3.85

Pay in  USD ⌄            **USD 132.30**

[ 🛡 Pay now ]

Payment Security:  ✓ 🔒  pci

💬 Messenger ⌃

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604     Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⓘ **USD 3.85**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance     View details ›

⊟ **On-time Dispatch Guarantee**
Dispatched within 5 days or you are eligible for compensation

Ⓢ **Easy Return**
Return locally for free within 30 days and get a full refund

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

 Sourcing Festival  **Lunar New Year stock-up:** Shipping deals, retail margin    View more →

 **Alibaba.com**    Products ▾ | kangaroo hat | 🔍 Search    Ship to: 🇺🇸 US  🌐  💬  🗐  🗖  🛒  👤  🔵

All categories    Featured selections    Trade Assurance        Buyer Central    Help Center    Get the app    Become a supplier

### Kangaroo Cold Proof And Warm Personality Trend Rabbit Hair Fisherman Hat Embroidered Winter Bucket Hat

No reviews yet

 Yiwu Ai Xue Garment Co., Ltd.    ✓Verified  Custom manufacturer · 6 yrs  🔴 CN



Hover to zoom in                    ↗ Share

#### Other recommendations for your business

      

High Quality Customized Hurley...   OEM Hot Sale High Quality Wholesale Wel...   OEM 2022 New Custom Plain Bucket Hat...   OEM Custom Wholesale Ch...

**$1.88 - $2.68**    **$1.79 - $3.78**    **$2.89 - $3.59**    **$0.75 - $2.0...**

Min. order:10.0 pieces   Min. order:1 piece   Min. order:10 pieces   Min. order:1 p...

#### Key attributes

**Other attributes**

| | |
|---|---|
| Applicable Scene | Casual, Outdoor, Travel, Party, Business, Daily, Traveling |
| Material | rabbit hair |
| Style | Character |
| Place of Origin | Zhejiang, China |
| Applicable Season | Winter |
| Age Group | Adults |
| Gender | Female |



Ready to Ship

**2% OFF**  Discount ends in  20d:10h:58m:38s

| 10 - 299 pieces | 300 - 499 pieces |
|---|---|
| **$5.57** ~~$5.68~~ | **$5.19** ~~$5.30~~ |

>= 500 pieces
**$4.50** ~~$4.59~~

**Variations**

Total options: 10 Color; 1 Size.    Select now ›

1. Color(10):  Black

2. Size(1)

56-58cm

**Start order**    **Add to cart**    ✉

Still deciding? Get samples first!  Order sample

**Membership benefits**

Quick refunds on orders under US $500  View more

**Purchase details**

Protection with 🛡 Trade Assurance

🚚 **Shipping**

Shipping fee: $24.87 From CN to US
Estimated delivery by **2/28-3/20** via Ocean + Delivery US (Economy)
Powered by **Alibaba.com** Logistics

💲 **Payments**

VISA mastercard P PayPal afterpay G Pay ···

Enjoy encrypted and secure payments  View details

↩ **Returns & Refunds**

Enjoy **Easy Return**: Return defective products to our local warehouse for free  View details

1/16/24, 11:17 Case 1:24-cv-01126 Document #: 40-2 Filed: 02/27/25 Page 11 of 139 PageID #:286 Kangol Men ...

Alibaba.com

Products ▾ | kangaroo hat | 📷

Ship to: 🇺🇸 US

Sign up

| Product name | Bucket hat |
|---|---|
| Color | 9 Colors |
| Usage | Outdoors Activities |
| Brim | 5.5cm |
| MOQ | 10pcs |
| Material | Rabbit hair |
| Logo | Kangol |
| Packing | 1pc/opp Bag |
| Payment | Trade Assurance.Western Union.MoneyGram.T.T |
| Shipping | DHL\EMS\UPS\FEDEX\by Sea\by Air |

### Packaging and delivery

| Packaging Details | 1opp/bag Kangaroo Cold Proof And Warm Personality Trend Rabbit Hair Fisherman Hat Embroidered Winter Bucket Hat |
|---|---|
| Selling Units: | Single item |
| Single package size: | 20X20X5 cm |
| Single gross weight: | 0.230 kg |

Show less ∧

### Lead time

| Quantity (pieces) | 1 - 200 | 201 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 5 | 7 | 15 | To be negotiated |

### Samples

Maximum order quantity: 2 piece

Sample price: **$40.00/piece**

Order sample

### Customization

| Customized logo | Customized packaging | Graphic customization |
|---|---|---|
| Min. order: 300 | Min. order: 300 | Min. order: 300 |

For more customization details, message supplier



Ready to Ship

**2% OFF** Discount ends in 15d:15h:42m:14s

10 - 299 pieces | 300 - 499 pieces
**$5.57** | **$5.19**
~~$5.68~~ | ~~$5.30~~

>= 500 pieces
**$4.50**
~~$4.59~~

Variations
Total options: 10 Color; 1 Size.

1. Color(10): Black

2. Size(1)
56-58cm | $5.57

Membership benefits

Purchase details
Protection with 🛡 Trade Assurance

Shipping fee: $24.79( From CN to US )
Estimated delivery by **3/4-3/25** via Ocean + Delivery
US (Economy)
Powered by Alibaba.com Logistics

Enjoy encrypted and secure payments View details

Enjoy **Easy Return**: Return defective products to our local warehouse for free View details

Still deciding? Get samples first! Order sample



1/16/24, 11:19 AM    Case: 1:24-cv-01636 Document #: 40-2 Filed: 03/27/24 Page 112 of 140 PageID #:987    Kango...    Men ...



 **Buy Now**

| | |
|---|---|
| Shipping address: | Calfee, Halter & Griswold LLP, (+1), 2166228200 |
| | 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America |
| | Change    Add an address |

🏬 Yiwu Ai Xue Garment Co., Ltd.                                    🔵 Chat with the supplier

Kangaroo Cold Proof And Warm Personality Trend Rabbit Hair Fisherman Hat Embroidered Winter Bucket Hat

**2% OFF** Discount ends in 20d : 10h : 57m : 58s

Size : 56-58cm , Color : ⚫ Black        USD 5.57 / Piece ⓘ    ➖ 100 ➕    USD 557.00
                                         ~~USD 5.68 / Piece~~

Customization Service

The minimum quantity required for customization options is 300 Pieces.
You currently have 100 Pieces in your cart.

Item(s) total: **USD 557.00**
USD 11.00 saved

| | |
|---|---|
| Shipping service line: | Ocean+Express US (Standard) ⌄ |
| | **Alibaba.com** Logistics |
| Shipping methods: | Multimodal transport |
| Incoterms: | DDP (Delivered Duty Paid) ⓘ |
| Delivery timeline: | Guaranteed dispatch within 5 days |

Payment          Dispatch              Received
●————————————————●————————————————●
     Lead time 5 days      CN    Shipping time 20-30 working days    US

**Alibaba.com** Logistics    cost-effective, efficient, and trackable.    Shipping fee: USD 72.50 ⌄

| | |
|---|---|
| Sales Tax ❓ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 57.09**

Payment Method    🔘 Credit/debit card

Card number
[                                    ]

Name
[ Given names ]              [ Surname ]

Expiration Date            CVV/CVC
[ Month ] / [ Year ]       [ CVV/CVC ] 👁 ❓

---

**This order is protected**
with 🛡 Trade Assurance    **View details**

| | |
|---|---|
| Item(s) total: | USD 557.00 |
| Shipping fee: | USD 72.50 |
| Order total: | USD 629.50 |
| Tax: | USD 57.09 |
| Processing fee: | USD 20.53 |

Pay in  USD ⌄        **USD 707.12**
You saved USD 11.00 in this order.

**🛡 Pay now**

Payment Security:  ✅  PCI

Messenger



Billing Address

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604                                    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⑦ USD 20.53

Additional notes (optional)        Please fill in

                                                                                                    0/2000

Protections on this order with 🛡 Trade Assurance                                    View details ›

🖥 **On-time Dispatch Guarantee**
Dispatched within 5 days or you are eligible for compensation

$ **Easy Return**
Return locally for free within 30 days and get a full refund

$ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号  浙B2-20120091-4

**Defendant No. 3**
Huizhou Lucky Enterprise Co., Ltd.



🎇 Sourcing Festival    **Lunar New Year stock-up: Shipping deals, retail margin**    View more →



**Alibaba.com**    Products ⌄  | bandana bucket | 📷  | 🔍 Search    Ship to: 🇺🇸 US    🌐  💬  🗂️  🛒  👤  🌐

≡ All categories    Featured selections    Trade Assurance    Buyer Central    Help Center    Get the app    Become a supplier

## Custom Logo Kangol Bucket Hat Men Black Fishing Cap Corduroy Bandana Bucket Hat Wholesale

No reviews yet

Huizhou Lucky Enterprise Co., Ltd. · 3 yrs · 🇨🇳 CN



Hover to zoom in                                          ⤴ Share

| 30 - 99 pieces | 100 - 299 pieces |
|---|---|
| **$4.56** | **$4.30** |

| 300 - 1999 pieces | >= 2000 pieces |
|---|---|
| **$4.20** | **$3.60** |

### Variations

Total options: 5 Color; 1 Size.    Select now ›

**1. Color(5):** Black

**2. Size(1)**

56-58 cm

**Start order request**    Contact supplier    💬

Still deciding? Get samples first! Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡️ Trade Assurance

🚚 Shipping
Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

💳 Payments
VISA  Mastercard  P PayPal  afterpay  Pay  G Pay  …
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details



## Key attributes

### Other attributes

| Material | Corduroy |
|---|---|
| Style | Image |
| Place of Origin | Guangdong, China |
| Applicable Season | Winter |
| Age Group | Adults |
| Gender | Male |
| Brand Name | OEM |
| Model Number | LBU2039 |
| Product name | Corduroy bucket hat |
| Logo | Custom Logo |
| Usage | Daily Life |
| Season | Spring Winter |
| Function | Multifunction Used |
| Color | Custom Color |
| MOQ | 30 pcs |

   



## Send order request

### Product details

Specify your purchase details and let the supplier know you requirements.

🏬 Huizhou Lucky Enterprise Co., Ltd.

**Custom Logo Kangol Bucket Hat Men Black Fishing Cap Corduroy Bandana Bucket Hat Wholesale**

MOQ: 30 Pieces

| | | | |
|---|---|---|---|
| Size : 56-58 cm , | | | |
| Color : Black | USD 4.56 / Piece ⓘ | − 30 + | USD 136.80 |

Enter additional customization details

⬆
**Attach supporting files**

Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**

May incur additional service fees (Est. US $118-218) ⓘ

### Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP          Change    Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date 📅

Additional notes

**Submit to supplier**

## Tax  USD 14.02

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order.  Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.  Submit now

---

## What's next for your purchase?

① **Submit order request** ── ② **Negotiate details with supplier** ── ③ **Receive sample order if necessary** ── ④ **Make payment for bulk order and wait for delivery**

---

## Protections for this order  with  **Trade Assrance**

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4



**Defendant No. 4**
Nantong Yinwode Textile Technology Co., Ltd.

Sourcing Festival **Lunar New Year stock-up: Shipping deals, retail margin** View more →

 Alibaba.com

Products ▾ | women's clothin 📷 | 🔍 Search

Ship to: 🇺🇸 US

Buyer Central | Help Center | Get the app | Become a supplier

☰ All categories | Featured selections | Trade Assurance

## HIgh quality hawaiian distressed designer flower luxury tropical green GOLF fashion kangol COTTON bucket fisherman hat CAP

No reviews yet

Nantong Yinwode Textile Technology Co., Ltd. · 2 yrs | 🔴 CN



FREE SAMPLE

🔗 Share

### Key attributes

Other attributes

| | |
|---|---|
| Applicable Scene | Beach, Casual, Outdoor, Travel, Sports, Cycling, Go shopping, Party, Business, Fishing, SKI, Home Use, Daily, Traveling |
| Material | 100% Cotton |
| Style | Fashion |
| Place of Origin | Jiangsu, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |
| Brand Name | YINWODE |
| NAME | CUSTOM PRINTED BUCKET HAT |
| SIZE | CUSTOM |
| COLOR | Custom Color |
| OEM ODM | PROVIDED |
| MOQ | 1 |
| Packing | CUSTOM |



| 2 - 49 pieces | 50 - 299 pieces |
|---|---|
| **$1.90** | **$1.80** |
| 300 - 9999 pieces | >= 10000 pieces |
| **$1.60** | **$1.35** |

### Variations

Total options: 39 Color; 2 Siz... | Select now ›

1. Color(39): 1

2. Size(2)

ADULT | KIDS

**Start order request** | Contact supplier | 💬

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

💳 Payments
VISA 🔴 P PayPal klarna. ⦿Pay G Pay ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

Messenger

   


## Tax   USD 1.95

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order.   Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.   Submit now

### What's next for your purchase?

① **Submit order request** —— ② **Negotiate details with supplier** —— ③ **Receive sample order if necessary** —— ④ **Make payment for bulk order and wait for delivery**

### Protections for this order   with  Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved.   浙公网安备 33010002000092号   浙B2-20120091-4

**Defendant No. 5**
Nanjing Xujing Industrial Inc

Sourcing Festival **Lunar New Year stock-up:** Shipping deals, retail margin View more →



**Alibaba.com**

Products ⌄ | bucket hat | 📷 🔍 Search

Ship to: 🇺🇸 US | 🌐 | 👤 | **Sign up**

☰ All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## Wholesale Bulk Custom high quality Logo Men Women 100% Cotton black Bucket Hat

No reviews yet · 2 buyers



Nanjing Xujing Industrial Inc · Verified Multispecialty supplier · 2 yrs · 🚩 CN




Hover to zoom in

↗ Share

### Other recommendations for your business

Custom Adult Cotton Printed Embroidered...
**$0.99 - $1.99**
Min. order:100 pieces

### Key attributes

#### Other attributes

| | |
|---|---|
| Applicable Scene | Beach, Outdoor, Travel, Sports, Go shopping, Party, Business, Fishing, Home Use, Daily, Traveling |
| Material | 100% Cotton |
| Style | Character |
| Place of Origin | jiangsu |
| Applicable Season | Spring And Summer |
| Age Group | Adults |

Show more ⌄



| 100 - 999 pieces | 1000 - 4999 pieces |
|---|---|
| **$1.99** | **$1.50** |
| 5000 - 49999 pieces | >= 50000 pieces |
| **$1.28** | **$0.99** |

### Variations

Total options: 1 Color; 1 Size.

1. **Color(1):** Black

[Black]

2. **Size(1)**

58CM | $1.99 | − 0 +

**Start order request** | **Contact supplier** | 💬

Still deciding? Get samples first! Order sample

### Membership benefits

Claim US $80 in coupons every month View more

### Purchase details

Protection with 🛡 Trade Assurance

📦 **Shipping**
Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

💳 **Payments**
VISA | ●● | P PayPal | ⬡ | Pay | G Pay | ••
Enjoy encrypted and secure payments View details

↩ **Returns & Refunds**
Enjoy Easy Return: Return defective products to our local warehouse for free View details

Messenger



# Alibaba.com | My Alibaba

Start selling now    My Account ⌄    Help ⌄    English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏬 Nanjing Xujing Industrial Inc



**Wholesale Bulk Custom high quality Logo Men Women 100% Cotton black Bucket Hat**

MOQ: 100 Pieces

| Size : 58CM , Color : Black | USD 1.99 / Piece ⓘ | − 100 + | USD 199.00 |

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door                                    ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP          Change   Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date                                            📅

Additional notes

**Submit to supplier**

## Tax   USD 20.40

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order.   Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.   Submit now

## What's next for your purchase?

① **Submit order request** ── ② **Negotiate details with supplier** ── ③ **Receive sample order if necessary** ── ④ **Make payment for bulk order and wait for delivery**

## Protections for this order   with 🛡 Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4


Custom White Plain Blank Bulk Adult Cotton Customized Embroidery Printed Logo Fisherman Bucket Hat,B...

🌸 Sourcing Festival  **Lunar New Year stock-up: Shipping deals, retail margin**      View more →

 Alibaba.com

Products ▾ | chapeau homme 📷 | 🔍 Search      Ship to: 🇺🇸 US  🌐  👤      **Sign up**

☰ All categories      Featured selections      Trade Assurance                Buyer Central      Help Center      Get the app      Become a supplier

## custom white Plain Blank Bulk Adult Cotton Customized Embroidery Printed Logo Fisherman Bucket Hat men

No reviews yet · 3 buyers

 Nanjing Xujing Industrial Inc · ✅ Verified Multispecialty supplier · 2 yrs · 🇨🇳 CN



   

Hover to zoom in                                                    ⤴ Share

### Other recommendations for your business

| | | | |
|---|---|---|---|
| Custom embroidery logo or silk screen 100... | Terry Cloth Fisherman Sun Hat and Terry... | High quality towel bucket hat for custom... | Custom new fashion tie dy... |
| $0.99 - $1.99 | $1.28 - $2.88 | $0.99 - $1.99 | $0.99 - $1.9 |
| Min. order:100 pieces | Min. order:500.0 pieces | Min. order:100.0 pieces | Min. order:20 |

### Key attributes

#### Other attributes

| | |
|---|---|
| Applicable Scene | Beach, Outdoor, Travel, Sports, Go shopping, Party, Business, Fishing, Home Use, Daily, Traveling |
| Material | 100% Cotton |
| Style | Character |
| Place of Origin | jiangsu |
| Applicable Season | Spring And Summer |
| Age Group | Adults |
| Gender | Unisex |



**100 – 999 pieces** | **1000 – 4999 pieces**
**$1.99** | **$1.50**
**5000 – 49999 pieces** | **>= 50000 pieces**
**$1.28** | **$0.99**

**Variations**

Total options: 1 Color; 1 Size.    Select now ›

**1. Color(1):** Black
⬛

**2. Size(1)**
58CM

**Start order request** | **Contact supplier** | 💬

Still deciding? Get samples first! Order sample

**Membership benefits**
3-day coupon giveaway: up to US $80 off Claim now

**Purchase details**
Protection with 🛡 Trade Assurance

🚚 **Shipping**
Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

💳 **Payments**
VISA Mastercard P PayPal 🟢 Pay G Pay
Enjoy encrypted and secure payments View details

↩ **Returns & Refunds**
Enjoy **Easy Return**: Return defective products to our local warehouse for free View details

Case: 1:24-cv-00158 Document #: 60-2 Filed: 02/27/25 Page 28 of 140 PageID #:3495
Custom Sunshade Bucket Hat,B...

| Brand Name | XUJING |
|---|---|
| Model Number | XUJING-126 |
| Feature | Sunshade |
| Product name | BUCKET HAT |
| Logo | Custom Logo |
| Color | Custom Color |
| Design | Custom Bucket Hat Based |
| Payment | T/T |
| Delivery time | 15-20 Days |
| Quality | High Qualtiy |
| Service | 24 Hours Online |
| MOQ | 100pcs |
| Sample time | 2-3 Days |

Packaging and delivery

| Packaging Details | 1pc/opp bag,125pc/ctns<br>carton size:48×42×42cm<br>carton weight:8/9kg |
|---|---|
| Port | shanghai |

Supply Ability

| Supply Ability | 200000 Piece/Pieces per Month |
|---|---|

Show less ⌃

## Lead time

| Quantity (pieces) | 1 - 5000 | 5001 - 50000 | > 50000 |
|---|---|---|---|
| Lead time (days) | 25 | 40 | To be negotiated |

## Samples

Maximum order quantity: 2 piece

Sample price: **$20.00/piece**

Order sample

## Customization

| Customized logo | Customized packaging | Graphic customization |
|---|---|---|
| Min. order: 100 | Min. order: 100 | Min. order: 100 |

For more customization details, message supplier



https://www.alibaba.com/product-detail/_1600536583606.html



# Alibaba.com | My Alibaba

Start selling now

My Account ⌄   Help ⌄   English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏪 Nanjing Xujing Industrial Inc

**custom white Plain Blank Bulk Adult Cotton Customized Embroidery Printed Logo Fisherman Bucket Hat men**

MOQ: 100 Pieces

| Size : 58CM , Color : Black | USD 1.99 / Piece ⓘ | − 100 + | USD 199.00 |

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door

Destination address *

| 👤 Calfee, Halter & Griswold LLP | Change   Add an address |
| 📞 2166228200 | |
| 📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America | |

Expected delivery date

Select Date 📅

Additional notes

**Submit to supplier**

## Tax USD 20.40

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

## What's next for your purchase?

① **Submit order request** ── ② **Negotiate details with supplier** ── ③ **Receive sample order if necessary** ── ④ **Make payment for bulk order and wait for delivery**

## Protections for this order with  Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

**Defendant No. 6**
Shenzhen Junyibei Trading Co., Ltd.



🎊 Sourcing Festival **Lunar New Year stock-up: Shipping deals, retail margin** View more →

**Alibaba.com**

| Products ⌄ | women hats | 🔍 Search |

Ship to: 🇺🇸 US | 🌐 | 💬 | 📋 | 🛒 | 👤 | 🔵

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

Wholesale knitted net kangaroo beret female wool autumn winter British retro hyun a black Flat Hat Female women beret hat

No reviews yet · 4 buyers

Shenzhen Junyibei Trading Co., Ltd. · 2 yrs 🇨🇳 CN



Hover to zoom in

🔗 Share

### Other recommendations for your business


wholesale Embroidered woollen cloth beret...
**$1.18 - $5.18**
Min. order:15 pieces


Wholesale Tide version men's beret solid colo...
**$0.98 - $2.86**
Min. order:25 pieces


New woolen men's hat trend reverse wear...
**$2.68 - $6.92**
Min. order:25 pieces


Women's autu... winter versio...
**$9.88 - $15**
Min. order:10

### Key attributes

#### Other attributes

| Applicable Scene | Casual, Outdoor, Travel, Sports, Go shopping, Party, Business, Fishing, Traveling |
|---|---|
| Style | Image |
| Place of Origin | Guangdong, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Female |
| Material | Cotton |

Show more ⌄



**#18** Most popular in Beret

| 15 - 199 pieces | 200 - 499 pieces |
|---|---|
| **$3.68** | **$3.30** |

| 500 - 199999999 pieces |
|---|
| **$2.88** |

| >= 200000000 pieces |
|---|
| **$0.98** |

#### Variations

Total options: 8 Color.  Select now ›

1. Color(8)

#### Start order request | Contact supplier | 💬

Still deciding? Get samples first! Order sample

#### Membership benefits

Quick refunds on orders under US $500 View more

#### Purchase details

🛡 Protection with 🟡 Trade Assurance

🚚 Shipping
Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

💳 Payments
VISA Mastercard PayPal 🟢 Pay GPay ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details



## Tax  USD 7.54

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

---

### What's next for your purchase?

① Submit order request ─── ② Negotiate details with supplier ─── ③ Receive sample order if necessary ─── ④ Make payment for bulk order and wait for delivery

---

### Protections for this order  with 🛡 Trade Assrance

🚛 **On-time shipping and logistics services**
Guaranteed dispatch and delivery times

💳 **Safe and easy payments**
20+ secure payment methods and currencies accepted

↩ **Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4

 Sourcing Festival **Lunar New Year stock-up: Shipping deals, retail margin** View more →

 Alibaba.com  Products ∨ | female beret | 🔍 Search  Ship to: 🇺🇸 US      

☰ All categories   Featured selections   Trade Assurance    Buyer Central   Help Center   Get the app   Become a supplier

**wholesale Embroidered woollen cloth beret female wool autumn winter British retro hyun black Flat Hat Painter's women beret hat**

No reviews yet

 Shenzhen Junyibei Trading Co., Ltd. · 2 yrs  🇨🇳 CN









Hover to zoom in   ⬆ Share

### Other recommendations for your business


Wholesale knitted net kangaroo beret femal...
**$0.98 - $3.68**
Min. order:15 pieces


Women's autumn and winter version of the...
**$9.88 - $15.56**
Min. order:10 pieces


wholesale Embroidered woollen cloth beret...
**$1.18 - $5.18**
Min. order:15 pieces


Wool beret w British retro a...
**$1.88 - $6.9**
Min. order:25

### Key attributes

#### Other attributes

| Applicable Scene | Casual, Outdoor, Travel, Sports, Go shopping, Party, Business, Fishing, Traveling |
|---|---|
| Style | Image |
| Place of Origin | Guangdong, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Female |
| Material | woollen cloth |

| 15 - 199 pieces | 200 - 499 pieces |
|---|---|
| **$5.18** | **$4.68** |

| 500 - 199999999 pieces | |
|---|---|
| **$4.23** | |

| >= 200000000 pieces | |
|---|---|
| **$1.18** | |

### Variations

Total options: 5 Color.   Select now ›

1. Color(5)



**Start order request**   Contact supplier

Still deciding? Get samples first! Order sample

**Membership benefits**
Quick refunds on orders under US $500 View more

**Purchase details**
Protection with 🛡 Trade Assurance

🚚 **Shipping**
Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

💳 **Payments**
VISA 💳 P PayPal afterpay ▲Pay G Pay ...
Enjoy encrypted and secure payments View details

↩ **Returns & Refunds**
Eligible for refunds within 30 days of receiving products. View details





# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

Shenzhen Junyibei Trading Co., Ltd.

**wholesale Embroidered woollen cloth beret female wool autumn winter British retro hyun black Flat Hat Painter's women beret hat**

MOQ: 15 Pieces

| Color : Camel | USD 5.18 / Piece ⓘ | − 15 + | USD 77.70 |

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door

Destination address *

👤 Calfee, Halter & Griswold LLP        Change    Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date

Additional notes

**Submit to supplier**

## Tax USD 7.96

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.   Submit now

## What's next for your purchase?

① Submit order request    ② Negotiate details with supplier    ③ Receive sample order if necessary    ④ Make payment for bulk order and wait for delivery

## Protections for this order   with  Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved.   浙公网安备 33010002000092号  浙B2-20120091-4

1/11/24, 3:28 PM Case: 1:24-cv-01231 Document #: 42-2 Filed: 02/25/25 Page 38 of 140 PageID #:2988 Black Flat Hat - ...



Sourcing Festival  Lunar New Year stock-up: Shipping deals, retail margin      View more →

 Products ▼  kangaroo hat  🔍 Search

Ship to: 🇺🇸 US        

All categories   Featured selections   Trade Assurance       Buyer Central   Help Center   Get the app   Become a supplier

### Wholesale knitted mesh premium high-quality cotton kangaroo beret female autumn and summer British retro black flat hat

No reviews yet

 Shenzhen Junyibei Trading Co., Ltd. · 2 yrs  🇨🇳 CN



Hover to zoom in                                                   Share

## Other recommendations for your business

         

| Women's autumn and winter version of the... | Wholesale knitted net black beret for man... | British retro fashion beret men's functional... | wholesale Em... woollen cloth... |
|---|---|---|---|
| $9.88 - $15.56 | $3.00 - $4.38 | $3.88 - $13.61 | $1.18 - $5.1... |
| Min. order:10 pieces | Min. order:25 pieces | Min. order:10 pieces | Min. order:15 |

## Key attributes

### Other attributes

| | |
|---|---|
| Applicable Scene | Casual, Outdoor, Travel, Sports, Go shopping, Party, Business, Fishing, Traveling |
| Style | Image |
| Place of Origin | Guangdong, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Female |
| Material | Cotton |



| 25 - 99 pieces | 100 - 299 pieces |
|---|---|
| **$8.86** | **$7.63** |
| 300 - 999 pieces | >= 1000 pieces |
| **$7.15** | **$6.28** |

### Variations

Total options: 10 Color.      Select now ›

1. Color(10)

Start order request      Contact supplier

Still deciding? Get samples first! Order sample

### Membership benefits

Quick refunds on orders under US $500  View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

💳 Payments
VISA  mastercard  P PayPal  ...  Pay  G Pay  ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details



Messenger ⌃

| Brand Name | OEM |
|---|---|
| Size | Customized |
| Product name | Kangaroo hat for women french style |
| MOQ | 25 Pcs |
| Material of betet | Cotton |
| Usage | Women's Decration |
| Quality | High Qualiy |
| Weight | 0.2kg |
| Color | Picture Shows |
| Gender | Female |
| PAYMENT | L/C/TT/Western Union/Trade Assurance |

Packaging and delivery

| Port | shenzhen |
|---|---|

Show less ⌃

## Lead time

| Quantity (pieces) | 1 – 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

## Samples

Maximum order quantity: 1 piece

Sample price: **$7.88/piece**

Order sample

## Performance analysis

| Store's inquiry volume | Store's inquiries (90 days) | Store's inquiry trend | Store's inquiry trends (90 days) |
|---|---|---|---|
| **210+** | **100+** | | |

View more data ›

## Customization

Customized packaging

Min. order: 1000

For more customization details, message supplier

## Ratings & Reviews

Product reviews     Store reviews

https://www.alibaba.com/product-detail/_1600835799556.html



 **Alibaba.com** | My Alibaba

 Start selling now

 My Account ⌄   Help ⌄   English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏬 Shenzhen Junyibei Trading Co., Ltd.

**Wholesale knitted mesh premium high-quality cotton kangaroo beret female autumn and summer British retro black flat hat**

MOQ: 25 Pieces

| Color : 🧢 Black | USD 8.86 / Piece ⓘ | ⊖ 25 ⊕ | USD 221.50 |

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP        Change   Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date 📅

Additional notes

**Submit to supplier**

## Tax  USD 22.70

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

### What's next for your purchase?

① Submit order request ──── ② Negotiate details with supplier ──── ③ Receive sample order if necessary ──── ④ Make payment for bulk order and wait for delivery

### Protections for this order with  Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4

**Defendant No. 7**
Guangzhou Czelrine Import-exporting
Trading Co.,Ltd

🎊 Sourcing Festival **Lunar New Year stock-up:** Shipping deals, retail margin View more →

 Products ⌄ | men hats | 📷 | 🔍 Search | Ship to: 🇺🇸 US 🌐 👤 | Sign up

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## Hats Manufacturer Wholesale Men Women Flury Knitted Fleece Kangol Buckets Hats Winter Faux Fur Maroon Fisherman Caps

No reviews yet

Guangzhou Czelrine Import-exporting Trading Co.,Ltd. ✓ Verified 4 yrs 🇨🇳 CN









Hover to zoom in

Share

### Other recommendations for your business

   

| Custom Ripped Distressed Bucket Hat... | Wholesale Reversible Letter Print Bucket Ha... | Wholesale Custom Unisex Vintage Plain... | Wholesale Cu Washed Cott |
|---|---|---|---|
| **$1.90 - $3.90** | **$1.80 - $3.50** | **$2.60 - $4.50** | **$2.50 - $4.** |
| Min. order:50 pieces | Min. order:50.0 pieces | Min. order:50 pieces | Min. order:50 |

### Key attributes

#### Other attributes

| Applicable Scene | Beach, Casual, Outdoor, Travel, Sports, Cycling, Go shopping, Fishing, Home Use, Daily, Traveling |
|---|---|
| Material | Sherpa |
| Style | Casual |
| Place of Origin | Guangdong, China |
| Applicable Season | Winter |
| Age Group | Adults |

Show more ⌄

| 100 - 2000 pieces | 2001 - 5000 pieces |
|---|---|
| **$3.80** | **$3.40** |
| **5001 - 10000 pieces** | **>= 10001 pieces** |
| **$3.00** | **$2.60** |

### Variations

Total options: 10 Color; 1 Size.

**1. Color(10):** Black

**2. Size(1)**

58-60CM | $3.80 | − 0 +

**Start order request** | Contact supplier

Still deciding? Get samples first! Order sample

### Membership benefits

Six US $500 coupons View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 **Shipping**
Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

💳 **Payments**
VISA Mastercard P PayPal 🏧 Pay GPay ...
Enjoy encrypted and secure payments View details

↩ **Returns & Refunds**
Eligible for refunds within 30 days of receiving products. View details





Alibaba.com

Products ▾ | men hats 📷 Ship to: 🇺🇸 US

Key attributes | Samples | Customization | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

| Feature | Breathable, Sun Protection |
|---|---|
| Product name | Wholesale Men Women Flury Knitted Fleece Kangol Buckets Hats |
| MOQ | 50pcs |
| Season | Winter |
| Design | Accept Customer Requirement |
| Service | OEM ODM Custom |
| Sample time | 7-10 Days |
| Feature | Adjustable, Casual wear, Sun Proof |
| Packing | 200 Pcs/ctn. Ctn Size:size 60×42×36cm, weight: 12kg/ctn |
| Keywords | knitted bucket hat men |
| Usage | Daily Life |

## Packaging and delivery

| Packaging Details | 25pc/poly, 200pcs/ctn, carton size 60×42×36cm |
|---|---|
| Port | GuangZhou |

## Supply Ability

| Supply Ability | 100000 Piece/Pieces per Month |
|---|---|

Show less ⌃

## Lead time

| Quantity (pieces) | 1 - 200 | 201 - 500 | > 500 |
|---|---|---|---|
| Lead time (days) | 10 | 15 | To be negotiated |

## Samples

Maximum order quantity: 3 piece

Sample price: **$30.00/piece**

Order sample

## Customization

### Online customization

Alibaba.com built-in online customization  Customize now

### Other customization options

Customized packaging | Graphic customization | Customized logo

| 100 - 2000 pieces | 2001 - 5000 pieces |
|---|---|
| **$3.80** | **$3.40** |
| 5001 - 10000 pieces | >= 10001 pieces |
| **$3.00** | **$2.60** |

**Variations**

Total options: 10 Color; 1 Size.  **Select now**

1. Color(10): Black

2. Size(1)

58-60CM

**Membership benefits**

**Purchase details**

Protection with 🛡 Trade Assurance

🗨 Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

🛡 VISA 🔴 P PayPal 🟢 Pay G Pay ...

Enjoy encrypted and secure payments View details

↩ Enjoy **Easy Return**: Return defective products to our local warehouse for free View details

Still deciding? Get samples first! Order sample

Case 1:24-cv-00663-DCN Document #: 60-2 Filed: 08/27/25 Page 45 of 140 PageID #:8000



**Alibaba.com** | My Alibaba

Start selling now

My Account ⌄  Help ⌄  English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏬 Guangzhou Czelrine Import-exporting Trading Co.,Ltd



Hats Manufacturer Wholesale Men Women Flury Knitted Fleece Kangol Buckets Hats Winter Faux Fur Maroon Fisherman Caps

MOQ: 100 Pieces

| | | | |
|---|---|---|---|
| Size : 58-60CM , | USD 3.80 / Piece ⓘ | − 100 + | USD 380.00 |
| Color : 🎩 Black | | | |

Enter additional customization details

⬆️
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP        Change   Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

📅 Select Date

**Submit to supplier**

## Tax  USD 38.95

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

## What's next for your purchase?

① Submit order request

② Negotiate details with supplier

③ Receive sample order if necessary

④ Make payment for bulk order and wait for delivery

## Protections for this order  with 🛡️ Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

**Defendant No. 8**
Anhui Jinghan Import And Export Co., Ltd.


🎉 Sourcing Festival  **Lunar New Year stock-up:** Shipping deals, retail margin   View more →

**Alibaba.com**

| Products ⌄ | women cap | 📷 | 🔍 Search |

Ship to: 🇺🇸 US   🌐 💬 📋 🛒 👤 🔵

All categories   Featured selections   Trade Assurance       Buyer Central   Help Center   Get the app   Become a supplier

### wholesale Solid Color Women Cap French Classic Beanie Hat Wool Beret

No reviews yet

🏭 Anhui Jinghan Import And Export Co., Ltd. · 3 yrs  CN



Hover to zoom in                                    ⬆ Share

#### Other recommendations for your business

|  |  |  |  |
|---|---|---|---|
| wholesale Unisex Flat Ivy Gatsby Newsboy... | Wholesale Vintage Men Women 100% Australi... | Manufacturer Customized Logo Sm... | Newsboy Hat Cotton Adjust... |
| $2.50 - $2.90 | $9.50 - $11.50 | $1.20 - $4.60 | $1.98 - $2.5 |
| Min. order:20 pieces | Min. order:20 pieces | Min. order:20 pieces | Min. order:20 |

#### Key attributes

Other attributes

| Applicable Scene | Beach, Casual, Outdoor, Travel, Go shopping, Party, Daily, Traveling |
|---|---|
| Style | Casual |
| Place of Origin | Zhejiang, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |
| Material | flax |
| Size | Custom Size Accepted |



Case 1:24-cv-00600-DB Document #60-2 Filed 02/27/25 Page 49 of 140 PageID #:1004



332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

◯ Other payment methods

Processing fee: ⊙   **USD 2.77**

Additional notes (optional)    Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance    View details ›

📩 **On-time Dispatch Guarantee**
Dispatched within 7 days or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

🌐 © 1999-2023 Alibaba.com. All rights reserved. 😀 浙公网安备 33010002000092号 浙B2-20120091-4

**Defendant No. 9**
Guangzhou Panchi Trading Co., Ltd.

Case 1:24-cv-00636-CM Document 50-4 Filed 02/25/25 Page 52 of 140 PageID #: 1007



Sourcing Festival   **Lunar New Year stock-up:** Shipping deals, retail margin    View more ➔

**Alibaba.com**   | Products ˅ | women's clothin | 📷 | 🔍 Search |    Ship to: 🇺🇸 US   🌐 💬 🏷️ 🛒 👤 🔵

☰ All categories    Featured selections    Trade Assurance    Buyer Central   Help Center   Get the app   Become a supplier

## Men Women Flury Knitted Fleece Kangol Buckets Hats Winter Faux Fur Maroon Fisherman Caps

No reviews yet

🅟 Guangzhou Panchi Trading Co., Ltd.   · 3 yrs ·   🇨🇳 CN



Hover to zoom in                                          📤 Share



Ready to Ship

| 1 - 14 pieces | 15 - 99 pieces |
|---|---|
| **$1.69** | **$1.59** |

| 100 - 799 pieces | >= 800 pieces |
|---|---|
| **$1.49** | **$1.39** |

### Variations

Total options: 4 Color.     Select now ❯

1. Color(4)

[🧢] [🧢] [🧢] [🧢]

**Start order**   Add to cart   ✉️

**Membership benefits**
Quick refunds on orders under US $500 View more

**Purchase details**
Protection with 🛡️ Trade Assurance

🚚 Shipping
Shipping fee: $21.46 From CN to US
Enjoy **On-time Delivery Guarantee**: Receive by Feb 13 via Parcels (Economy)
Powered by Alibaba.com Logistics

💳 Payments
VISA 🔴 PayPal 💳 GPay ···
Enjoy encrypted and secure payments View details

↩️ Returns & Refunds
Enjoy **Easy Return**: Return defective products to our local warehouse for free View details

## Key attributes

### Other attributes

| | |
|---|---|
| Applicable Scene | Beach, Go shopping, Daily |
| Material | 100% Wool |
| Style | Image |
| Place of Origin | Guangdong, China |
| Applicable Season | Winter |
| Age Group | Children |
| Gender | Unisex |
| Brand Name | Punctual |
| Model Number | SKU46042 |
| Logo | Accept Customized Logo |
| Product name | Bucked Hats |
| Color | White |
| Design | Custom Bucket Hat Based |

## Packaging and delivery

Case 1:24-cv-00636-DD Document #: 60-2 Filed: 02/27/25 Page 53 of 140 PageID #:1703



332 S Michigan Ave, Chicago, United States of America, Illinois, 60604          Edit >

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

⦿ Other payment methods

Processing fee: ⓘ **USD 2.33**

Additional notes (optional)     | Please fill in                                 |
                                |                                         0/2000 |

**Protections on this order** with 🛡 Trade Assurance          View details  >

🖥 **On-time Dispatch Guarantee**
   Dispatched within 15 days or you are eligible for compensation

$ **Easy Return**
   Return locally for free within 30 days and get a full refund

$ **Refund policy**
   Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 😊 浙公网安备 33010002000092号 浙B2-20120091-4

# Defendant No. 10
Yiwu Xuancui Hat Co., Ltd.

1/11/24, 3:27 PM Case 1:24-cv-01068-RGA Document #60-2 Filed 02/25/25 Page 56 of 140 PageID #: 1331 Hat,Printed ...


🎊 Sourcing Festival    **Lunar New Year stock-up: Shipping deals, retail margin**    View more →

ERP Alibaba.com

Key attributes | Samples | Customization | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

### wholesale summer beach outdoor fishing woman man reversible printed **kangol** bucket hat

No reviews yet

Yiwu Xuancui Hat Co., Ltd. · 8 yrs    🇨🇳 CN



Hover to zoom in    ⤴ Share

#### Other recommendations for your business






Summer outdoor hunting hiking travelli...
**$2.12 - $3.15**
Min. order:10 pieces

Summer Sun Protection Toddler Kids Baby Bo...
**$2.12 - $3.15**
Min. order:1 piece

Stock Design High Quality Cotton Summ...
**$2.12 - $3.15**
Min. order:1 piece

2023 Cute Pi Fisherman Ha...
**$1.66 - $2.6**
Min. order:1 p

### Key attributes

#### Other attributes

| | |
|---|---|
| Applicable Scene | Casual, Outdoor, Fishing, Traveling |
| Material | 100% Cotton |
| Style | Character |
| Place of Origin | Zhejiang, China |
| Applicable Season | Spring And Summer |
| Age Group | Adults |
| Gender | Unisex |
| Brand Name | xuancui |



Ready to Ship

| 1 - 99 pieces | 100 - 499 pieces |
|---|---|
| **$2.66** | **$2.38** |

| 500 - 19999 pieces | >= 20000 pieces |
|---|---|
| **$2.20** | **$1.66** |

**Variations**

Total options: 99 Color; 1 Size.    Select now

1. Color(99):  color 101

2. Size(1)

Adults

**Membership benefits**

**Purchase details**

Protection with 🛡 Trade Assurance

📦 Shipping fee: $8.47 From CN to US
Enjoy **On-time Delivery Guarantee**: Receive by Feb 21 via Parcels (Economy)
Powered by Alibaba.com Logistics

VISA  mastercard  PayPal  📱  🍎Pay  GPay

Enjoy encrypted and secure payments  View details

↻ Eligible for refunds within 30 days of receiving products. View details

**Start order**    **Add to cart**    ⚪

Still deciding? Get samples first! Order sample

Messenger ⌃

Case 1:24-cv-00360-DCN Document #: 60-2 Filed: 03/25/25 Page 57 of 140 PageID #:1842



Case 1:24-cv-00663-DB Document #: 60-2 Filed: 02/25/25 Page 57 of 139 PageID #:853

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

◯ Other payment methods

Processing fee: ⊘ USD 1.73

Additional notes (optional)    Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance    View details ›

🖶 **On-time Dispatch Guarantee**
Dispatched within 14 days or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

**Defendant No. 11**
Anhui Qiyu Trading Co., Ltd.

1/11/24, 3:31 PM — Wholesale Autumn and Winter Warm Knit Hat Solid Color Woolen Hat Designer Scarf... Warm Ha...



Sourcing Festival **Lunar New Year stock-up:** Shipping deals, retail margin — View more →

 Alibaba.com

Products ▾ | knitted hat | 🔍 Search

Ship to: 🇺🇸 US

Buyer Central | Help Center | Get the app | Become a supplier

☰ All categories | Featured selections | Trade Assurance

## Wholesale Autumn and Winter Warm Knit Hat Solid Color Woolen Hat Designer Scarf

No reviews yet · 1 buyer

Anhui Qiyu Trading Co., Ltd. · 2 yrs 🔴 CN









Hover to zoom in  ⬈ Share

### Other recommendations for your business


Wholesale Autumn and Winter Alphabet...
**$1.20 - $1.42**
Min. order:10 pieces


Factory Wholesale Autumn and Winter...
**$1.90 - $2.19**
Min. order:10 pieces


Factory Wholesale Autumn and Winter...
**$4.50 - $4.70**
Min. order:10 pieces


New Plush Fis Hat Winter Ca...
**$2.39 - $2.0**
Min. order:10

## Key attributes

### Other attributes

| | |
|---|---|
| Applicable Scene | Casual, Outdoor, Travel, Go shopping, Party, Daily, Traveling |
| Material | Polyester |
| Style | Fashion |
| Place of Origin | Zhejiang, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |

### Ready to Ship

| 10 - 49 pieces | 50 - 499 pieces |
|---|---|
| **$1.80** | **$1.70** |

| >= 500 pieces |
|---|
| **$1.60** |

### Variations

Total options: 5 Color; 1 Size.  **Select now ›**

1. Color(5): 1

2. Size(1)

56-58cm

**Start order** | Add to cart | ✉

Still deciding? Get samples first! Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping

Shipping fee: $27.08 (from CN to US)
Estimated delivery by **2/27-3/19** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

💳 Payments

VISA ● PayPal 🅐 Pay G Pay ...

Enjoy encrypted and secure payments View details

↩ Returns & Refunds

Enjoy Easy Return: Return defective products to our local warehouse for free View details

Messenger

Case 1:24-cv-06609-DEH Document #:60-2 Filed 03/27/25 Page 61 of 140 PageID #:1886



## Alibaba.com
Global trade starts here.

Buy Now

**Shipping address:** Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Change    Add an address

Anhui Qiyu Trading Co., Ltd.                                    Chat with the supplier

Wholesale Autumn and Winter Warm Knit Hat Solid Color Woolen Hat Designer Scarf

Size : 56-58cm , Color : 2          USD 1.80 / Piece ⓘ   — 10 +     USD 18.00

Customization Service

The minimum quantity required for customization options is 300 Pieces.
You currently have 10 Pieces in your cart.

Item(s) total:  **USD 18.00**

**Shipping service line:**  Ocean + Delivery US (Economy) ∨
Alibaba.com Logistics

**Shipping methods:**  Multimodal transport

**Incoterms:**  DAP (Delivered at Place) ⓘ

**Delivery timeline:**  Guaranteed dispatch within 3 days

Payment                    Dispatch              Received
●————————————●———————————————————●
            Lead time 3 days    CN   Shipping time 30-45 working days   US

Alibaba.com Logistics   cost-effective, efficient, and trackable.        Shipping fee: **USD 27.08** ∨

**Sales Tax** ⓘ   According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
when you place an order. Learn more

ⓘ  If you are purchasing products for resale or production, submit tax information to
be verified for tax exemption. Submit now

Tax  **USD 1.86**

**Payment Method**   ● Credit/debit card

Card number
[                                                    ]

Name
[ Given names            ]   [ Surname               ]

Expiration Date                  CVV/CVC
[ Month ∨ ] / [ Year ∨ ]   [ CVV/CVC            ] 👁 ⓘ

Billing Address

---

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:                  USD 18.00
Shipping fee:                   USD 27.08

Order total:                    USD 45.08
Tax:                            USD 1.86
Processing fee:                 USD 1.41

Pay in  **USD** ∨               **USD 48.35**

[ 🛡 Pay now ]

Payment Security:   ✓ 🔒 pci

---

Messenger

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604        Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⓘ  USD 1.41

Additional notes (optional)        Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance                    View details ›

🖥 **On-time Dispatch Guarantee**
Dispatched within 3 days or you are eligible for compensation

Ⓢ **Easy Return**
Return locally for free within 30 days and get a full refund

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

# Defendant No. 12
Dongguan Sweet Ocean Caps Co., Ltd.



Lunar New Year stock-up: Shipping deals, retail margin · Sourcing Festival · View more →

Alibaba.com

Key attributes | Samples | Customization | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

## wholesale bucket fabric fluffy bucket hat using four season hot sales in American Europe

No reviews yet

Dongguan Sweet Ocean Caps Co., Ltd. · 14 yrs 🚩 CN



Hover to zoom in

⤴ Share

| | 25 - 499 pieces | 500 - 999 pieces |
|---|---|---|
| | **$4.98** | **$3.98** |
| | 1000 - 9999 pieces | >= 10000 pieces |
| | **$2.98** | **$1.98** |

### Variations
Total options: 1 Color; 1 Size. **Select now**

1. Color(1): Sky Blue

2. Size(1): 58cm

### Membership benefits

### Purchase details
Protection with 🛡 Trade Assurance

↪ **Contact supplier** to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

🔒 Enjoy encrypted and secure payments VISA 💳 P PayPal afterpay ▪Pay GPay ▪

↩ Enjoy **Easy Return**: Return defective products to our local warehouse for free **View details**

**Start order request** | **Contact supplier**

Still deciding? Get samples first! **Order sample**

## Other recommendations for your business

   

Newly Cotton Custom Logo Bucket Hat with... **$1.49 - $5.99** Min. order:50 pieces

Designer Cotton Bucket Hat with Pocket Canv... **$2.39 - $5.99** Min. order:50 pieces

Outdoor Fisherman Hat Eco-friendly Hemp... **$1.68 - $5.99** Min. order:50 pieces

Manufacturer Quality Unise... **$1.49 - $5.9** Min. order:50

## Key attributes

### Other attributes

| Printing Methods | Sublimation transfer print, Glitter Print |
|---|---|
| Technics | Silk screen printing, Heat-transfer Printing, 3D embroidery, Nail bead embroidery |
| Applicable Scene | Beach, Casual, Outdoor, Travel, Sports, Go shopping, Party, Fishing, SKI, Traveling |
| Material | Cotton |
| Style | European and American Style |
| Place of Origin | Guangdong |
| Applicable Season | Four Seasons |

  

| Products ⌄ | fluffy bucket hat 📷 | | Ship to: 🇺🇸 US |

Key attributes     Samples     Customization     Ratings & Reviews     Know your supplier     Product descriptions from the supplier

| | |
|---|---|
| Feature | Sunshade |
| Pattern | Embroidered |
| Logo | Custom Logo |
| Product name | Bucked Hats |
| MOQ | 25 Pcs |
| Design | Custom Bucket Hat Based |
| Color | Custom Color |
| Keyword | Sun Protection Fishing Cap |
| Usage | Camping Fishing Hiking Jungle Casual |
| Season | Spring Summer Autumn |
| Fabric | 100%cotton |

**Packaging and delivery**

| | |
|---|---|
| Packaging Details | Package:<br>1.25pcs/polybag,50pcs/carton,100pcs/carton,200pcs/ctn<br>2.200pcs/ctn- 55Lx40Wx55Hcm,G.W.:19Kg/ctn<br>3.300pcs/ctn- 65Lx40Wx50Hcm,G.W.: 23Kg/ctn<br>4.500pcs/ctn- 70Lx40Wx70Hcm,G.W.:42.4Kg/ctn<br>5.Of course, it's no problem to be packed as your requests! |
| Port | SHENZHEN |

**Supply Ability**

| | |
|---|---|
| Supply Ability | 100000 Piece/Pieces per Month |

Show less ⌃

**Lead time**

| Quantity (pieces) | 1 - 10000 | 10001 - 30000 | 30001 - 100004 | > 100004 |
|---|---|---|---|---|
| Lead time (days) | 30 | 40 | 60 | To be negotiated |

**Samples**

Maximum order quantity: 2 piece

Sample price: **$25.00/piece**

[ Order sample ]

**Customization**

| Customized logo | Customized packaging | Graphic customization |
|---|---|---|
| Min. order: 100 | Min. order: 100 | Min. order: 100 |

---

| 25 - 499 pieces | 500 - 999 pieces |
|---|---|
| **$4.98** | **$3.98** |

| 1000 - 9999 pieces | >= 10000 pieces |
|---|---|
| **$2.98** | **$1.98** |

**Variations**

Total options: 1 Color; 1 Size.    **Select now**

1. Color(1): Sky Blue

2. Size(1)

[ 58cm ]

**Membership benefits**

**Purchase details**

Protection with 🛡️ **Trade Assurance**

⇄ Contact supplier to negotiate shipping details
   Enjoy **On-time Dispatch Guarantee** ⓘ

🛡 VISA 💳 PayPal *klarna.* ⬤Pay G Pay ...

Enjoy encrypted and secure payments View details

↩ Enjoy **Easy Return:** Return defective products to our local warehouse for free View details



Still deciding? Get samples first! Order sample

Case 1:24-cv-06003-DEH Document #: 60-2 Filed: 03/27/25 Page 66 of 140 PageID #:3021

 **Alibaba.com** | My Alibaba

Start selling now My Account ⌄  Help ⌄  English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏪 Dongguan Sweet Ocean Caps Co., Ltd.



**wholesale bucket fabric fluffy bucket hat using four season hot sales in American Europe**

MOQ: 25 Pieces

Size : 58cm , Color : Sky Blue     USD 4.98 / Piece ⓘ      − 25 +      USD 124.50

Enter additional customization details

⬆️
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door                                                                    ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP                    Change    Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date                                                                           📅

Additional notes

**Submit to supplier**

**Tax**    USD 12.76

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.   Submit now

## What's next for your purchase?

① Submit order request   — ② Negotiate details with supplier   — ③ Receive sample order if necessary   — ④ Make payment for bulk order and wait for delivery

## Protections for this order   with 🛡 Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved.   浙公网安备 33010002000092号   浙B2-20120091-4

**Defendant No. 13**
Hebei Dishixiao Gloves Manufacture Co., Ltd.

1/11/24, 3:52 PM Case 1:24-cv-00663-DD Document #60-2 Filed 02/25/25 Page 69 of 140 PageID #1024 ... Cap Hat - ...



Sourcing Festival **Lunar New Year stock-up: Shipping deals, retail margin**    View more →

 

Products ▾ | 100% cotton hat | Search

Ship to: 🇺🇸 US    US | Buyer Central | Help Center | Get the app | Become a supplier

All categories | Featured selections | Trade Assurance

# Custom Bucket Hat 100% Cotton Fisherman Hats Wholesale Fishing Caps with Embroidery Logo Unisex Bucket Basin Cap Hat

No reviews yet · 1 buyer

Hebei Dishixiao Gloves Manufacture Co., Ltd. · 12 yrs · CN








Hover to zoom in

Share

## Other recommendations for your business


Custom Bucket Hat Custom Reversible...
**$0.90 - $2.00**
Min. order:100 pieces


Custom Bucket Hat Cotton Bucket Hats...
**$0.90 - $2.00**
Min. order:100 pieces


Wholesale Outdoor Bucket Hat Mushroom...
**$1.10 - $2.30**
Min. order:100 pieces


Custom Buck Custom Cotto...
**$0.90 - $2...**
Min. order:10

## Key attributes

### Other attributes

| | |
|---|---|
| Printing Methods | None |
| Technics | Silk screen printing, Heat-transfer Printing, Maching embroidery, 3D embroidery |
| Pattern Type | Animal |
| Fabric Type | Cotton |
| Applicable Scene | Beach, Casual, Outdoor, Travel, Fishing, Daily, Traveling |
| Material | 100% Cotton |
| Style | Image |



Ready to Ship

| 100 - 499 pieces | 500 - 4999 pieces |
|---|---|
| **$2.20** | **$2.10** |

| 5000 - 9999 pieces | >= 10000 pieces |
|---|---|
| **$1.60** | **$1.50** |

### Variations

Total options: 4 Color; 1 Size.    Select now ›

1. Color(4):  Black

2. Size(1)

58CM

Start order | Add to cart

Still deciding? Get samples first! Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping

Shipping fee: $50.00 From CN to US
Estimated delivery by **2/13-3/5** via Seller's Shipping Method 1 (Ocean)

💳 Payments

VISA  🔵  P PayPal  afterpay  🍎 Pay  G Pay  ...

Enjoy encrypted and secure payments View details

↩ Returns & Refunds

Eligible for refunds within 30 days of receiving products. View details

Messenger

https://www.alibaba.com/product-detail/_1600952686534.html

1/16

| Place of Origin | Hebei, China |
| --- | --- |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |
| Brand Name | DSX |
| Model Number | DSX-BH2423 |
| Feature | headwear |
| Product name | Custom Bucked Hats |
| Logo | Customized Logo Accept |
| Color | Customized Colors |
| Fabric | 100%cotton |
| Size | 58cm |
| Brim | Wide Brim |
| MOQ | 100pcs |
| Season | 4 Season |
| Sample time | 5-7 Days |
| Keyword | Bucket Hat,Bucket Caps,Fisherman hat,Basin hat |

**Packaging and delivery**

| Packaging Details | 50 pcs for one poly bag , 200 pcs for one carton , carton size 60*45*48cm |
| --- | --- |
| Selling Units: | Single item |
| Single package size: | 35X20X10 cm |
| Single gross weight: | 0.100 kg |

Show less ∧

**Lead time**

| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
| --- | --- | --- | --- | --- |
| Lead time (days) | 3 | 7 | 15 | To be negotiated |

**Samples**

Maximum order quantity: 2 piece

Sample price: **$10.00/piece**

Order sample

**Customization**




https://www.alibaba.com/product-detail/_1600952686534.html

1/11/24, 3:52 PM Case 1:24-cv-00636-DD Document #: 60-2 Filed: 02/27/24 Page 70 of 140 PageID #:1086 .com



Case 1:24-cv-00688DB Document #: 60-2 Filed: 02/27/25 Page 72 of 140 PageID #:1027

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

◯ Other payment methods

Processing fee: ⑦ **USD 8.75**

Additional notes (optional)  | Please fill in |
|---|
| 0/2000 |

**Protections on this order** with 🛡 Trade Assurance          View details ›

🖥 **On-time Dispatch Guarantee**
Dispatched within 3 days or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4



🎊 Sourcing Festival | **Lunar New Year stock-up:** Shipping deals, retail margin | View more →

**Alibaba.com** | Products ▾ | women's clothing 📷 | 🔍 Search | Ship to: 🇺🇸 US | 🌐 💬 📋 🛒 👤

☰ All categories | Featured selections | Trade Assurance | | Buyer Central | Help Center | Get the app | Become a supplier

Unisex Custom Bucket Hat Cotton Fishing Fisherman Hats Summer Outdoor Flat Top Basin Hat Custom Embroidered Animal Logo

No reviews yet

🧢 Hebei Dishixiao Gloves Manufacture Co., Ltd. · 12 yrs · 🟥 CN



Hover to zoom in

☐ Share

## Other recommendations for your business

  

| Custom Bucket Hat 100% Cotton Fisherm... | Outdoor Plain Custom Cotton Bucket Hat... | Custom Bucket Hat Cotton Bucket Hats... | Rope Bucket Custom Buck |
|---|---|---|---|
| $1.50 - $2.20 | $1.90 - $2.10 | $0.90 - $2.00 | $0.90 - $2. |
| Min. order:100 pieces | Min. order:100 pieces | Min. order:100 pieces | Min. order:10 |

## Key attributes

### Other attributes

| Printing Methods | None |
|---|---|
| Technics | Silk screen printing, Heat-transfer Printing, Maching embroidery, 3D embroidery |
| Pattern Type | Animal |
| Fabric Type | Cotton |
| Applicable Scene | Beach, Casual, Outdoor, Travel, Go shopping, Fishing, Daily, Traveling |
| Material | 100% Cotton |

Show more ⌄



Ready to Ship

| 100 - 499 pieces | 500 - 1999 pieces |
|---|---|
| **$2.10** | **$2.00** |

>= 2000 pieces
**$1.90**

### Variations

Total options: 4 Color; 1 Size.    **Select now** ›

1. Color(4): Black

⬛ ⬜ 🟦 🟥

2. Size(1)

58cm

**Start order** | Add to cart | ✉

Still deciding? Get samples first! Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Shipping fee: $50.00 From CN to US
Estimated delivery by **2/14-3/7** via Seller's Shipping Method 1 (Ocean)

💳 Payments
VISA ● PayPal afterpay ● Pay G Pay ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

🙂 Messenger

Case 1:24-cv-00864-Document #: 60-2 Filed: 02/27/25 Page 73 of 140 PageID #:1020



**Buy Now**

Shipping address: Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Change    Add an address

🏪 Hebei Dishixiao Gloves Manufacture Co., Ltd.    💬 Chat with the supplier

Unisex Custom Bucket Hat Cotton Fishing Fisherman Hats Summer Outdoor Flat Top Basin Hat Custom Embroidered Animal Logo

Size : 58cm , Color : ⚫ Black        USD 2.10 / Piece ⓘ    −  100  +        USD 210.00

Customization Service

The minimum quantity required for customization options is 100 Pieces.
You currently have 100 Pieces in your cart.

Item(s) total:  **USD 210.00**

Shipping service line:  Seller's Shipping Method 1 (Ocean) ⌄
Shipping methods:  Multimodal transport
Incoterms:  DAP (Delivered at Place) ⓘ
Delivery timeline:  Guaranteed dispatch within 5 days

Payment ———— Dispatch ———— Received
Lead time 5 days    CN    Shipping time 20-35 working days    US

Shipping fee:  USD 50.00 ⌄

Sales Tax ⓘ    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  USD 21.54

Payment Method    ● Credit/debit card

Card number
[                    ]

Name
[ Given names ]  [ Surname ]

Expiration Date        CVV/CVC
[ Month ] / [ Year ]    [ CVV/CVC ]  👁 ⓘ

Billing Address
332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit >

---

**This order is protected**
with 🛡 Trade Assurance    View details

Item(s) total:  USD 210.00
Shipping fee:  USD 50.00

Order total:  USD 260.00
Tax:  USD 21.54
Processing fee:  USD 8.42

Pay in  USD ⌄    **USD 289.96**

🛡 Pay now

Payment Security:  ✓ ⊘ PCI

---

Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⑦ **USD 8.42**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance

View details ›

⚏ **On-time Dispatch Guarantee**
Dispatched within 5 days or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

**Defendant No. 14**
Hangzhou Chuanyue Silk Imp
And Exp Co., Ltd.

Sourcing Festival **Lunar New Year stock-up: Shipping deals, retail margin**    View more →



**Alibaba.com**    Products ▾   women's clothin 🔍   **Search**    Ship to: 🇺🇸 US

All categories   Featured selections   Trade Assurance     Buyer Center   Help Center   Get the app   Become a supplier

### 2023 in stock ny bandan kangol white Katrina men women denim jean bucket hats set caps

No reviews yet


DX Hangzhou Chuanyue Silk Imp And Exp Co., Ltd. · Verified Multispecialty supplier · 5 yrs   🟥 CN



Hover to zoom in      🔗 Share



Ready to Ship

| 2 - 49 pieces | 50 - 499 pieces |
|---|---|
| **$3.99** | **$3.95** |

| 500 - 999 pieces | >= 1000 pieces |
|---|---|
| **$3.85** | **$3.65** |

**Variations**

Total options: 7 Color; 1 Size.   Select now ›

1. Color(7): 1

2. Size(1)   58-60

**Start order**   Add to cart   ✉

Enjoy extra $10.00 OFF . Get coupon ⌄

**Membership benefits**

Quick refunds on orders under US $500 View more

**Purchase details**

Protection with 🛡 Trade Assurance

🚚 Shipping

Shipping fee: $8.81 From CN to US
Enjoy On-time Delivery Guarantee: Receive by Feb 13 via Parcels (Economy)
Powered by Alibaba.com Logistics

💳 Payments

VISA ● PayPal ● ● Pay G Pay

Enjoy encrypted and secure payments View details

↩ Returns & Refunds

Eligible for refunds within 30 days of receiving products. View details

## Key attributes

### Other attributes

| | |
|---|---|
| Applicable Scene | Outdoor |
| Material | 100% Cotton |
| Style | Character |
| Place of Origin | Zhejiang, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |
| Brand Name | DX BUCKET HAT |
| Model Number | DX BUCKET HAT 28 |
| Logo | Custom Logo |
| Color | 7 Colors |
| Usage | Outdoors Activities |
| Design | Custom Bucket Hat Based |
| Season | Spring Summer Autumn |
| Fabric | 100%cotton |

Case 1:24-cv-00663-DDD Document #:60-2 Filed: 03/25/25 Page: 78 of 140 PageID #:1953



332 S Michigan Ave, Chicago, United States of America, Illinois, 60604        Edit >

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⑦ USD 1.98

Additional notes (optional)        Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance        View details >

🖶 **On-time Dispatch Guarantee**
Dispatched within 12 days or you are eligible for compensation

ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

🌈 © 1999-2023 Alibaba.com. All rights reserved. 👹 浙公网安备 33010002000092号 浙B2-20120091-4



**Defendant No. 15**
Suzhou Amy Hat Co., Ltd.

Case 1:24-cv-06848 Document #60-2 Filed: 02/25/25 Page 81 of 140 PageID #:2997

1/11/24, 3:55 PM

Kangol kangaroo hat fisherman's hat men's and women's classic sunshade bucket hat,Bucket H...

 Alibaba.com

Products ▼ | bucket hat | 🔍 Search

Ship to: 🇺🇸 US

Buyer Central | Help Center | Get the app | Become a supplier

☰ All categories | Featured selections | Trade Assurance

## Kangol kangaroo hat fisherman's hat men's and women's classic sunshade bucket hat

No reviews yet

Suzhou Amy Hat Co., Ltd. · 4 yrs  CN









Hover to zoom in

⬚ Share

### Other recommendations for your business


Customizable Spot Fashionable Polyester...
**$3.67**
Min. order:2 pieces


Washed Denim Bucket Hats Men's And...
**$3.73**
Min. order:1 piece


Women Fashionable Winter Versatile Short...
**$2.96 - $3.10**
Min. order:3 pieces


Customizable Quality Cotto...
**$2.52**
Min. order:5 p

### Key attributes

#### Other attributes

| | |
|---|---|
| Applicable Scene | Beach, Go shopping, Party |
| Material | Polyester/cotton |
| Style | Image |
| Place of Origin | Jiangsu, China |
| Applicable Season | Spring And Summer |
| Age Group | Adults |
| Gender | Unisex |
| Brand Name | Ammhat |



Ready to Ship

Minimum order quantity: 100 pieces

**$3.50**

#### Variations

Total options: 3 Color; 1 Size. Select now ›

1. Color(3): Black

2. Size(1)

56-58cm

**Start order** | Add to cart | ✉

Still deciding? Get samples first! Order sample

#### Membership benefits

Quick refunds on orders under US $500 View more

#### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping

Shipping fee: $127.32 From CN to US)
Estimated delivery by 2/15-3/4
via Ocean·Express US (Standard)
Powered by Alibaba.com Logistics

💳 Payments

VISA 🔵 P PayPal afterpay ⬤Pay G Pay ⋯

Enjoy encrypted and secure payments View details

↩ Returns & Refunds

Eligible for refunds within 30 days of receiving products. View details



![Alibaba.com Global trade starts here.] Buy Now

**Shipping address:**
Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America
Change   Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:            USD 350.00
Shipping fee:             USD 137.47

Order total:              USD 487.47
Tax:                       USD 35.89
Processing fee:           USD 15.65

Pay in  USD ⌄            USD 539.01

[ 🛡 Pay now ]

Payment Security:

🏪 Suzhou Amy Hat Co., Ltd.                          💬 Chat with the supplier

Kangol kangaroo hat fisherman's hat men's and women's classic sunshade bucket hat

Size : 56-58cm , Color : 🧢 Black        USD 3.50 / Piece     −  100  +      USD 350.00

Customization Service

The minimum quantity required for customization options is **50** Pieces.
You currently have **100** Pieces in your cart.

Item(s) total:  **USD 350.00**

**Shipping service line:**   Ocean+Express US Spot Rate (Economy) ⌄
                             Alibaba.com Logistics

**Shipping methods:**        Multimodal transport

**Incoterms:**               DDP (Delivered Duty Paid) ❓

**Delivery timeline:**       Guaranteed dispatch within 7 days

                             Payment           Dispatch            Received
                             ●─────────────────●──────────────────────●
                             Lead time 7 days   CN   Shipping time 25-35 working days   US

Alibaba.com Logistics   cost-effective, efficient, and trackable.      Shipping fee:  USD 137.47 ⌄

**Sales Tax** ❓   According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
                   when you place an order. Learn more

                   ⓘ If you are purchasing products for resale or production, submit tax information to
                      be verified for tax exemption. Submit now

                                                                        Tax  **USD 35.89**

**Payment Method**   🔘 Credit/debit card

                     Card number
                     [                                                        ]

                     Name
                     [ Given names              ]  [ Surname                 ]

                     Expiration Date                CVV/CVC
                     [ Month ⌄ ] / [ Year ⌄ ]       [ CVV/CVC            👁 ❓ ]

                     Billing Address

Case 1:24-cv-06666-DG-RML Document #: 60-2 Filed: 02/25/25 Page 83 of 138 PageID #:1039

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604          Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⊙ USD 15.65

Additional notes (optional)          Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance          View details ›

🔁 **On-time Dispatch Guarantee**
Dispatched within 7 days or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号  浙B2-20120091-4



Sourcing Festival · Lunar New Year stock-up: Shipping deals, retail margin · View more →

**Washed Denim Bucket Hats Men's And Women's Summer Visor Outdoor Hats With Large Brim Retro Style Blue Jeans Bucket Hat**

No reviews yet

Suzhou Amy Hat Co., Ltd. · 4 yrs · CN



Hover to zoom in

Share

Ready to Ship

Minimum order quantity: 1 piece
**$3.73**

### Variations

Total options: 1 Color; 2 Size.    Select now ›

**1. Color(1):** Blue

**2. Size(2)**

56-58(adjustable)    59-60(adjustable)

Start order    Add to cart

Still deciding? Get samples first! Order sample

**Membership benefits**

Quick refunds on orders under US $500 View more

**Purchase details**
Protection with 🛡 Trade Assurance

**Shipping**
Shipping fee: $6.95 from CN to US
Enjoy **On-time Delivery Guarantee**: Receive by Feb 8 via Parcels (Economy)
Powered by Alibaba.com Logistics

**Payments**
VISA  Mastercard  PayPal  afterpay  Apple Pay  G Pay  ···
Enjoy encrypted and secure payments View details

**Returns & Refunds**
Eligible for refunds within 30 days of receiving products. View details

### Other recommendations for your business



Customizable Spot High Quality Cotton Cowbo...
**$2.52**
Min. order:5 pieces

Customizable Spot Fashionable Polyester...
**$3.67**
Min. order:2 pieces

Women Fashionable Winter Versatile Short...
**$2.96 - $3.10**
Min. order:3 pieces

Kangol kanga fisherman's h
**$3.50**
Min. order:10

### Key attributes

#### Other attributes

| | |
|---|---|
| Applicable Scene | Beach, Casual, Outdoor, Travel, Sports, Cycling, Go shopping, Party, Business, Fishing, Home Use, Daily, Traveling |
| Material | 100% Cotton |
| Style | Image |
| Place of Origin | Jiangsu, China |
| Applicable Season | Spring And Summer |
| Age Group | Adults |
| Gender | Female |

Case 1:24-cv-00626-DB Document #: 60-2 Filed: 02/27/25 Page 85 of 138 PageID #: 1021

# Alibaba.com Buy Now

**Shipping address:**

Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Change    Add an address

---

Suzhou Amy Hat Co., Ltd.                                             Chat with the supplier

Washed Denim Bucket Hats Men's And Women's Summer Visor Outdoor Hats With Large Brim Retro Style Blue Jeans Bucket Hat

| Size : 56-58(adjustable) , Color : Blue | USD 3.73 / Piece | − 100 + | USD 373.00 |

Customization Service

The minimum quantity required for customization options is 50 Pieces.
You currently have 100 Pieces in your cart.

Item(s) total: **USD 373.00**

---

**Shipping service line:**    Ocean+Express US Spot Rate (Economy) ⌄
                              Alibaba.com Logistics

**Shipping methods:**    Multimodal transport

**Incoterms:**    DDP (Delivered Duty Paid) ⓘ

**Delivery timeline:**    Guaranteed dispatch within 7 days

| Payment | Dispatch | Received |
|---|---|---|
| Lead time 7 days | CN Shipping time 25-35 working days | US |

Alibaba.com Logistics  cost-effective, efficient, and trackable.    Shipping fee: USD 59.16 ⌄

---

**Sales Tax** ⓘ    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 38.23**

---

**Payment Method**    ● Credit/debit card

Card number
[                              ]

Name
[ Given names ]  [ Surname ]

Expiration Date          CVV/CVC
[ Month ] / [ Year ]    [ CVV/CVC ]

Billing Address

---

**This order is protected**
with 🛡 Trade Assurance    View details

Item(s) total:    USD 373.00
Shipping fee:    USD 59.16

Order total:    USD 432.16
Tax:    USD 38.23
Processing fee:    USD 14.07

Pay in USD ⌄    **USD 484.46**

🛡 **Pay now**

Payment Security:

Messenger

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⓘ USD 14.07

Additional notes (optional)    Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance    View details ›

🖥 **On-time Dispatch Guarantee**
Dispatched within 7 days or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号  浙B2-20120091-4

**Defendant No. 16**
Ningbo Jiaqi Import And
Export Trading Co., Ltd.

1/11/24, 3:58 PM 2022Summer Bucket Hats Women Men's Panama Hat Double-sided Wear Fishing Hat Fisherman hat for Boys/Girls Bob Femme ...

🎊 Sourcing Festival  **Lunar New Year stock-up: Shipping deals, retail margin**  View more ➤

Alibaba.com

Key attributes | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

## 2022Summer Bucket Hats Women Men's Panama Hat Double-sided Wear Fishing Hat Fisherman hat for Boys/Girls Bob Femme Gorro

No reviews yet

Ningbo Jiaqi Import And Export Trading Co., Ltd. · **Verified** Multispecialty supplier · 16 yrs · `CN`



Hover to zoom in                                     Share

| | 200 – 1999 pieces | >= 2000 pieces |
|---|---|---|
| | **$2.38** | **$2.22** |



### Variations
Total options: 5 Color.                    Select now

1. Color(5)

### Membership benefits

### Purchase details
Protection with 🛡 Trade Assurance

Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

VISA · Mastercard · PayPal · ... · ApplePay · GPay · ...
Enjoy encrypted and secure payments View details

↩ Enjoy Easy Return: Return defective products to our
local warehouse for free View details

**Start order request**      Contact supplier      ◯

## Key attributes

Other attributes

| | |
|---|---|
| Applicable Scene | Beach, Outdoor, Travel, Go shopping, Fishing, Traveling |
| Material | 100% Cotton |
| Style | Party |
| Place of Origin | Guangdong, China |
| Applicable Season | Spring And Summer |
| Age Group | Adults |
| Gender | Unisex |
| Model Number | LH-20220311 |
| Type | Bucket Hat |
| Logo | Accept Customized Logo |
| Product name | Bucket Fisherman Hat |
| Color | Customized Colors |
| Feature | Fashion\comfortable\durable |
| Usage | Outdoors Activities |

Messenger

1/11/24, 3:58 PM Case 1:24-cv-04689Documents#68-2 Filed 01/25/28 Page 90 of 140 PageID #:1075 Bob Femme ...

Products ⌄ | women's clothin 📷          Ship to: 🇺🇸 US          ✈️

Key attributes     Ratings & Reviews     Know your supplier     Product descriptions from the supplier

## Packaging and delivery

| Packaging Details | color box |
|---|---|
| Port | ningbo |

## Supply Ability

| Supply Ability | 10000 Piece/Pieces per Month |
|---|---|

Show less ⌃

## Lead time

| Quantity (pieces) | 1 - 3000 | > 3000 |
|---|---|---|
| Lead time (days) | 20 | To be negotiated |

## Performance analysis

| Store's order volume | Store's sales amount | Store's sales trend | Store's order trend |
|---|---|---|---|
| **120+** | **$80,000+** | | |

View more data ›

## Ratings & Reviews

Product reviews     **Store reviews**

**4.4** /5 Very satisfied

| Supplier service | | 4.4 |
|---|---|---|
| On-time shipment | | 4.5 |
| Product quality | | 4.4 |

( All )  ( With photos/videos (15) )  ( 5 stars (123) )  ( 4 stars (17) )  ( 3 stars (4) )

( 2 stars (5) )  ( 1 star (8) )

---

**S** s***m 🟢 💎 Platinum
Jan 11, 2024

لست راضي عن جودة العينات كان بالإمكان ان تكون أجود من ذلك

★★★☆☆

الجودة ليست كما المتوقع

Euro Style Commercial Mop System Professional Industrial Cotton Dust Mop Unique Design Professional Floor Cleaning Mop

---

**V** V***y 🇰🇭
Nov 21, 2023

★★★★☆

Good, but the L size is too big for the 3 year-old child.

---

### Right panel

| 200 - 1999 pieces | >= 2000 pieces |
|---|---|
| **$2.38** | **$2.22** |

**Variations**

Total options: 5 Color.          Select now

1. Color(5)

⬛ 🟨 🟫 🟤 🟦

**Membership benefits**

**Purchase details**

Protection with 🛡️ Trade Assurance

↩ Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

🛡️ VISA 💳 PayPal 🟩 Pay GPay ⚫

Enjoy encrypted and secure payments View details

↩ Enjoy **Easy Return:** Return defective products to our local warehouse for free View details





# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

Ningbo Jiaqi Import And Export Trading Co., Ltd.

**2022Summer Bucket Hats Women Men's Panama Hat Double-sided Wear Fishing Hat Fisherman hat for Boys/Girls Bob Femme Gorro**

MOQ: 200 Pieces

Color : Navy Blue  USD 2.38 / Piece  200  USD 476.00

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door

Destination address *

👤 Calfee, Halter & Griswold LLP    Change   Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date

Additional notes

**Submit to supplier**

## Tax USD 48.79

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

### What's next for your purchase?

① Submit order request ── ② Negotiate details with supplier ── ③ Receive sample order if necessary ── ④ Make payment for bulk order and wait for delivery

### Protections for this order with  Trade Assrance

🚚 **On-time shipping and logistics services**
Guaranteed dispatch and delivery times

💳 **Safe and easy payments**
20+ secure payment methods and currencies accepted

↩ **Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

**Defendant No. 17**
Guangzhou Unipin Sportswear Co., Ltd.

Case 1:24-cv-06386 Document #: 60-2 Filed: 02/25/25 Page 93 of 130 PageID #:1919




Lunar New Year stock-up: Shipping deals, retail margin | View more →



Products ⌄ | women's clothing | Search

Ship to: 🇺🇸 US

All categories | Featured selections | Trade Assurance

Buyer Central | Help Center | Get the app | Become a supplier

## INS Japanese Women Chapeau De Pecheur Luxe Fisherman Bucket Boonie Fishing Kangol Hats For Men Sun Caps

No reviews yet

Guangzhou Unipin Sportswear Co., Ltd. · 7 yrs  CN



   

Hover to zoom in

Share

### Other recommendations for your business

Put Your Own Logo Custom Wholesale...
**$1.98 - $4.80**
Min. order:100 pieces

Foldable Denim Bucket Hat Cotton Washed...
**$4.30 - $6.90**
Min. order:50 pieces

Black nylon waterproof soft bucket hat
**$3.30 - $6.50**
Min. order:50 pieces

PU Casual Be Men Women V...
**$4.30 - $6.**
Min. order:50

### Key attributes

#### Other attributes

| | |
|---|---|
| Applicable Scene | Beach, Casual, Outdoor, Travel, Sports, Cycling, Go shopping, Party, Business, Fishing, SKI, Home Use, Daily, Traveling |
| Material | 100% Cotton |
| Style | Character |
| Place of Origin | Guangdong, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |



| 50 - 99 pieces | 100 - 299 pieces |
|---|---|
| **$6.90** | **$4.90** |
| 300 - 499 pieces | >= 500 pieces |
| **$4.60** | **$4.30** |

**Variations**

Total options: 6 Color; 1 Size.    Select now ›

**1. Color(6):** Black

**2. Size(1):** 58 cm

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

**Membership benefits**

Quick refunds on orders under US $500 View more

**Purchase details**

Protection with 🛡️ Trade Assurance

🚚 Shipping    Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

💳 Payments    VISA  Mastercard  PayPal  ...  Apple Pay  G Pay

Enjoy encrypted and secure payments View details

↩️ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

Case 1:24-cv-00160-DCN Document #: 60-2 Filed: 08/27/25 Page 95 of 140 PageID #:4030

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏬 Guangzhou Unipin Sportswear Co., Ltd.

**INS Japanese Women Chapeau De Pecheur Luxe Fisherman Bucket Boonie Fishing Kangol Hats For Men Sun Caps**

MOQ: 50 Pieces

| Size : 58 cm , | | | |
|---|---|---|---|
| Color : 🎩 Black | USD 6.90 / Piece ⓘ | ⊖ 50 ⊕ | USD 345.00 |

Enter additional customization details

⬆️
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

👤 Calfee, Halter & Griswold LLP       Change   Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date 📅

**Submit to supplier**

**Tax**  USD 35.36

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order.  Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.  Submit now

**What's next for your purchase?**

① Submit order request  ── ② Negotiate details with supplier  ── ③ Receive sample order if necessary  ── ④ Make payment for bulk order and wait for delivery

**Protections for this order**   with 🛡️ Trade Assrance

🚚 **On-time shipping and logistics services**
Guaranteed dispatch and delivery times

💳 **Safe and easy payments**
20+ secure payment methods and currencies accepted

↩️ **Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved.  🐷  浙公网安备 33010002000092号  浙B2-20120091-4



**Defendant No. 18**
Yiwu Zhipai Trade Co., Ltd.

Case 1:24-cv-06603 Document #: 60-2 Filed: 02/07/25 Page 99 of 140 PageID #:4054





🎉 Sourcing Festival **Lunar New Year stock-up: Shipping deals, retail margin** View more →

**Alibaba.com** | Products ⌄ | women cap 📷 | 🔍 Search | Ship to: 🇺🇸 US | 🌐  💬 📋 🛒 👤

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

Winter Wool Knit Fashion Golden Chunky Felt Custom Women Kangol Female Decorate French Black Shiny Beret Girls Hat Cap

No reviews yet

Yiwu Zhibai Trade Co., Ltd. · Verified Multispecialty supplier · 3 yrs · 🟥 CN









Hover to zoom in    🔗 Share

### Other recommendations for your business






| | | | |
|---|---|---|---|
| Warm Wholesale Design Thin British High Quali... | Korean Style Pearled Rhinestone Beret Hat... | High Quality Thick Wholesale Angora... | Fashion Warm Artist Painter... |
| **$0.60 - $2.30** | **$2.21 - $2.69** | **$1.50 - $2.20** | **$1.20 - $1.9** |
| Min. order:1 piece | Min. order:2 piece | Min. order:1 piece | Min. order:1 p |

### Key attributes

#### Other attributes

| Applicable Scene | Casual, Outdoor, Travel, Go shopping, Party, Business, Daily, Traveling |
|---|---|
| Style | Image |
| Place of Origin | yiwu |
| Applicable Season | Spring and Autumn |
| Age Group | Adults |
| Gender | Female |
| Material | 100% Wool |



Ready to Ship

3 - 23 pieces    24 - 9997 pieces
**$2.90**     **$2.70**

9998 - 9998 pieces    >= 9999 pieces
**$2.50**     **$2.20**

**Variations**

Total options: 9 Color.    Select now ›

1. Color(9)

...

**Start order**    Add to cart   ✉

Still deciding? Get samples first! Order sample

**Membership benefits**
3-day coupon giveaway: up to US $80 off View more

**Purchase details**
Protection with 🛡 Trade Assurance

🚚 Shipping
Shipping fee: $17.92 From CN to US!
Enjoy **On-time Delivery Guarantee**: Receive by Feb 22 via Parcels (Economy)
Powered by **Alibaba.com** Logistics

💳 Payments
VISA 💳 P PayPal 💳 Pay GPay ...
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details



Buy Now



**Shipping address:** Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Change   Add an address

🏬 Yiwu Zhipai Trade Co., Ltd.                                          💬 Chat with the supplier

Winter Wool Knit Fashion Golden Chunky Felt Custom Women Kangol Female Decorate French Black Shiny Beret Girls Hat Cap

Color : ⚫ Black                        USD 2.70 / Piece ⓘ   −  25  +        USD 67.50

Item(s) total:  **USD 67.50**

**Shipping service line:**   Express EU & US (Standard) ⌄
**Alibaba.com** Logistics

**Shipping methods:**   ⥂ Express

**Incoterms:**   DAP (Delivered at Place) ⓘ

**Delivery timeline:**   Guaranteed delivery by Feb 16

| Payment | Dispatch | Received |
|---|---|---|
| Lead time 15 days | CN    Shipping time 6-10 working days | US |

**Alibaba.com** Logistics   cost-effective, efficient, and trackable.        Shipping fee: **USD 96.37** ⌄

**Sales Tax** ⓘ   According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ  If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 6.92**

**Payment Method**   ⦿ Credit/debit card

Card number

Name
Given names        Surname

Expiration Date              CVV/CVC
Month ⌄ / Year ⌄        CVV/CVC   👁 ⓘ

Billing Address
332 S Michigan Ave, Chicago, United States of America, Illinois, 60604        Edit ⟩

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

---

**This order is protected**
with 🛡 Trade Assurance   **View details**

Item(s) total:                 USD 67.50
Shipping fee:                  USD 96.37

Order total:                   USD 163.87
Tax:                           USD 6.92
Processing fee:                USD 5.11

Pay in  **USD** ⌄              **USD 175.90**

**Pay now**

Payment Security:   ✔ 🔒 PCI

💬 Messenger ⌃

○ Other payment methods

Processing fee: ⓘ USD 5.11

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance

View details ›

🚚 **On-time Delivery Guarantee**
Delivered by Feb 16 or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 🐵 浙公网安备 33010002000092号 浙B2-20120091-4



# Defendant No. 19
Dongguan Jiahe Hat Co., Ltd.



Sourcing Festival | **Lunar New Year stock-up:** Shipping deals, retail margin | View more →

Alibaba.com

Products ⌄ | nylon bucket hat | 🔍 Search | Ship to: 🇺🇸 US

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

### custom make cotton twill fishing hat bucket hat sun hat

No reviews yet · 1 buyer

Dongguan Jiahe Hat Co., Ltd. · 1 yr · 🇨🇳 CN



Hover to zoom in

🔗 Share

#### Other recommendations for your business



distressed washed denim sun hat

$3.20
Min. order:100 pieces



washed denim bucket hat sun hat

$2.60
Min. order:100 pieces

#### Key attributes

##### Other attributes

| | |
|---|---|
| Printing Methods | Sublimation transfer print |
| Technics | Maching embroidery |
| Pattern Type | Animal |
| Fabric Type | Canvas |
| Applicable Scene | Beach, Casual, Travel, Fishing, Traveling |
| Material | 100% Cotton |
| Style | Fashion |
| Place of Origin | Guangdong, China |



>= 100 pieces

## $2.60

### Variations

Total options: 1 Color; 1 Size. | Select now ›

1. Color(1): Yellow

2. Size(1)

57cm

**Start order** | Add to cart | ✉

Still deciding? Get samples first! **Order sample**

#### Membership benefits

Quick refunds on orders under US $500 View more

#### Purchase details

Protection with 🛡 Trade Assurance

🚚 **Shipping**

Shipping fee: $304.81 From CN to US)
Estimated delivery by **2/26-3/11**
via Ocean+Express US (Standard)
Powered by Alibaba.com Logistics

💳 **Payments**

VISA | mastercard | P PayPal | afterpay | P Pay | G Pay

Enjoy encrypted and secure payments View details

↩ **Returns & Refunds**

Enjoy **Easy Return:** Return defective products to our local warehouse for free View details



💬 Messenger ⌃



332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit ›

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⊘ **USD 19.13**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance    View details ›

⊟ **On-time Dispatch Guarantee**
Dispatched within 15 days or you are eligible for compensation

$ **Easy Return**
Return locally for free within 30 days and get a full refund

$ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

**Defendant No. 20**
Fuzhou Bingo Trading Co., Ltd.

Case 1:24-cv-00636-Bowen Ferit 6.2 Filed 02/27/25 Page 107 of 140 PageID #:1053


Sourcing Festival **Lunar New Year stock-up:** Shipping deals, retail margin   View more →

 Alibaba.com

| Products ▾ | flower bucket hat | 📷 | 🔍 Search |

Ship to: 🇺🇸 US   🌐   💬   📋   🛒   👤

All categories    Featured selections    Trade Assurance          Buyer Central    Help Center    Get the app    Become a supplier

## Custom Summer Outdoor Yellow Kangol Style Men Women Washed Flower Fisherman Bucket Hat

No reviews yet

 🅑 Fuzhou Bingo Trading Co., Ltd. · ✔Verified Multispecialty supplier · 12 yrs 🇨🇳 CN

   



Hover to zoom in                                    ⤴ Share

### Other recommendations for your business

| Designer Children Vintage Bucket Hats... | Wholesale Custom White Adjustable Adul... | Wholesale Custom Full Silk Printing Fisherma... | Brand Rave M Mouse Light W... |
|---|---|---|---|
| **$3.69 - $4.99** | **$3.69 - $4.99** | **$2.69 - $3.99** | **$2.69 - $3.!** |
| Min. order:50 pieces | Min. order:50 pieces | Min. order:50 pieces | Min. order:50 |

## Key attributes

### Other attributes

| | |
|---|---|
| Applicable Scene | Casual, Outdoor, Travel, Go shopping, Fishing, Daily, Traveling |
| Material | Polyester/cotton |
| Style | Character |
| Place of Origin | Fujian, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Female |



50 - 499 pieces    500 - 999 pieces
**$5.99**          **$4.99**

>= 1000 pieces
**$3.99**

### Variations

Total options: 4 Color; 1 Size.    Select now ›

1. Color(4): 1

2. Size(1)

58cm or ccustomized

**Start order request**    Contact supplier    💬

Still deciding? Get samples first!  Order sample

### Membership benefits

3-day coupon giveaway: up to US $80 off  View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Contact supplier to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

💳 Payments
VISA  Mastercard  P PayPal  klarna  ᗴPay  GPay  ···

Enjoy encrypted and secure payments  View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

Messenger

| Brand Name | custom your brand |
|---|---|
| Model Number | YFM-114 |
| Product Name | Wide Brim Camouflage Bucket Caps Embroidery Mens Outdoor Fishing Hat |
| Sample time | 3-5days after order confirmed |
| MOQ | 50pcs |
| Logo | Custom Logo |
| Design | ODM Designs |
| Service | OEM Service |
| Color | customized |
| Season | Spring Summer Autumn |
| Material | Polyester/Cotton |
| Brim | Round Brim |

Packaging and delivery

| Packaging Details | 25pcs per polybag, 1 polybag per inner box, 4 inner boxes (total 100Pcs ) per carton.(Package can be made according to your demand) Delivery details vary from the quantity of the order |
|---|---|
| Port | Fuzhou |

Supply Ability

| Supply Ability | 100000 Piece/Pieces per Month |
|---|---|

Show less ∧

## Lead time

| Quantity (pieces) | 1 - 1 | 2 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 10 | 15 | To be negotiated |

## Samples

Maximum order quantity: 1 piece

Sample price: **$50.00/piece**

Order sample

## Customization

### Online customization

Alibaba.com built-in online customization    Customize now

### Other customization options

Customized logo          Customized packaging          Graphic customization





Case 1:24-cv-01068-CCO Document #: 60-2 Filed: 02/05/25 Page 100 of 140 PageID #:1255

**Alibaba.com** | My Alibaba

Start selling now

My Account ∨   Help ∨   English ∨

# Send order request



## Product details
Specify your purchase details and let the supplier know you requirements.

🏪 Fuzhou Bingo Trading Co., Ltd.

**Custom Summer Outdoor Yellow Kangol Style Men Women Washed Flower Fisherman Bucket Hat**

MOQ: 50 Pieces

| | | | |
|---|---|---|---|
| Size : 58cm or ccustomized ,  Color : 1 | USD 5.99 / Piece ⓘ | ⊖ 50 ⊕ | USD 299.50 |

Enter additional customization details

⬆
Attach supporting files
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door

Destination address *

👤 Calfee, Halter & Griswold LLP        Change   Add an address
📞 2166228200
📍 332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Expected delivery date

Select Date 📅

Additional notes

**Submit to supplier**

## Tax  USD 30.70

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.  Submit now

## What's next for your purchase?

① Submit order request —— ② Negotiate details with supplier —— ③ Receive sample order if necessary —— ④ Make payment for bulk order and wait for delivery

## Protections for this order  with 🛡 Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

 © 1999-2023 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4

**Defendant No. 21**
Yiwu Lisa Knitting Raw Materials Firm

Case 1:24-cv-06563-MCC Document #: 60-2 Filed: 02/25/25 Page 113 of 140 PageID #:1008





# Bucket Hat for Unisex 2023 Dome Breathable Mesh Lightweight Comfortable Sun Proof Cool Caps

No reviews yet

Yiwu Lisa Knitting Raw Materials Firm · 3 yrs CN



Hover to zoom in

Share

## Other recommendations for your business



Bucket Cap For Unisex 2023 Contrasting...
$3.73 - $4.37
Min. order:3 pieces



Fisherman's Hat Sun Bucket Hat Unisex...
$2.70 - $3.50
Min. order:3 pieces



Bucket Cap For Woman 2023 Vintage Alphabe...
$4.44 - $5.08
Min. order:3 pieces



Bucket Cap F...
2023 Two Sic...
$3.62 - $4.
Min. order:3 p

## Key attributes

### Other attributes

| Applicable Scene | Beach, Casual, Outdoor, Travel, Go shopping, Party, Fishing, Home Use, Daily, Traveling |
| --- | --- |
| Material | 100% Cotton |
| Style | Image |
| Place of Origin | Zhejiang, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |



Ready to Ship

1 batch = 3 pieces

3 - 149 pieces    150 - 599 pieces
**$5.00**          **$4.68**

>= 600 pieces
**$4.37**

### Variations

Total options: 11 Color; 1 Size.    Select now >

1. Color(11): 1

2. Size(1)

40*45cm

**Start order**    Add to cart

Still deciding? Get samples first! Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 Shipping
Shipping fee: $39.34 From CN to US)
Estimated delivery by 3/11-4/1 via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

💳 Payments
VISA  ⬤ PayPal  🟧  Pay G Pay ...

Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Eligible for refunds within 30 days of receiving products. View details

Case 1:24-cv-01066 Document #60-2 Filed 02/27/05 Page 118 of 130 PageID #1069



332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit >

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⊘ USD 15.65

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance    View details >

💳 **On-time Dispatch Guarantee**
Dispatched within 15 days or you are eligible for compensation

Ⓢ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4



**Defendant No. 22**
Hangzhou Yuntuofu Textile Products Co., Ltd.


🌸 Sourcing Festival **Lunar New Year stock-up: Shipping deals, retail margin** | View more →



Products ⌄ | women beret | 📷 | 🔍 Search

Ship to: 🇺🇸 US | 🌐 | 💬 | 📋 | 🛒 | 👤

All categories | Featured selections | Trade Assurance

Buyer Central | Help Center | Get the app | Become a supplier

### Autumn And Winter Keep Warm Wool Beret Versatile Reverse Wearing Women Polyester Beret Hat

No reviews yet

Hangzhou Yuntuofu Textile Products Co., Ltd. · **Verified** Multispecialty supplier · 3 yrs · 🔲 CN



Hover to zoom in | ⬆ Share

| | 2 - 19 pieces | 20 - 99 pieces |
| --- | --- | --- |
| | **$5.83** | **$5.63** |
| | 100 - 999 pieces | >= 1000 pieces |
| | **$5.44** | **$4.86** |

#### Variations

Total options: 8 Color. | Select now ›

1. Color(8)

#### Start order request | Contact supplier | 💬

Still deciding? Get samples first! Order sample

#### Membership benefits

3-day coupon giveaway: up to US $80 off View more

#### Purchase details

Protection with 🛡 Trade Assurance

📦 Shipping
<u>Contact supplier</u> to negotiate shipping details
Enjoy **On-time Dispatch Guarantee** ⓘ

💳 Payments
VISA 🔴 P PayPal ◼ Pay G Pay ⋯
Enjoy encrypted and secure payments View details

↩ Returns & Refunds
Enjoy **Easy Return**: Return defective products to our local warehouse for free View details

### Other recommendations for your business



New Versatile Custom Beret Autumn And...
**$5.54 - $6.65**
Min. order:2 pieces



USB Charging With Fan Visors Hats Summer U...
**$4.69 - $5.25**
Min. order:100 pieces



Adjustable Strap Wide Brim Straw Visor Roll...
**$3.61 - $4.04**
Min. order:2 pieces



Outdoor Hiking Sports UV Su...
**$4.96 - $5.**
Min. order:10

### Key attributes

#### Other attributes

| | |
| --- | --- |
| Printing Methods | printing |
| Technics | Silk screen printing, Heat-transfer Printing, Maching embroidery, Hand Embroidery, Affixed cloth embroidery, sequin embroidery, 3D embroidery, Nail bead embroidery, Flocking embroidery |
| Applicable Season | Four Seasons |
| Applicable Scene | Beach, Outdoor, Travel, Sports, Cycling, Fishing, Traveling |
| Place of Origin | Zhejiang, China |







## Tax   USD 28.85

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order.   Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption.   Submit now

---

### What's next for your purchase?

① **Submit order request** ── ② **Negotiate details with supplier** ── ③ **Receive sample order if necessary** ── ④ **Make payment for bulk order and wait for delivery**

---

### Protections for this order   with  Trade Assrance

**On-time shipping and logistics services**
Guaranteed dispatch and delivery times

**Safe and easy payments**
20+ secure payment methods and currencies accepted

**Money-back policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved.   浙公网安备 33010002000092号  浙B2-20120091-4

**Defendant No. 23**
Yiwu Mingqi Trading Co., Ltd.

Case 1:24-cv-08660 Document #: 60-2 Filed: 02/25/25 Page 122 of 140 PageID #:4057
... Kangaroo Knitted Hat Plush Warm Casual Bag Hat Trendy All-Matching Sport Autumn And Winter ... Beanie ...



Sourcing Festival    **Lunar New Year stock-up:** Shipping deals, retail margin                View more →

 Alibaba.com

| Products ⌄ | kangaroo hat | 🔍 Search |

Ship to:  US     

☰ All categories    Featured selections    Trade Assurance

Buyer Central    Help Center    Get the app    Become a supplier

## Kangaroo Knitted Hat Plush Warm Casual Bag Hat Trendy All-Matching Sport Autumn And Winter Outdoor New Woolen Beanie Hat

No reviews yet

Yiwu Mingqi Trading Co., Ltd. · 1 yr · 🇨🇳 CN










Hover to zoom in    ⬆ Share

### Other recommendations for your business

            

2023 New Badge Knitted Hat Autumn...
**$3.80 - $4.30**
Min. order:2 pieces

South Korea's new rhinestone knitted hat...
**$5.50 - $6.50**
Min. order:2 pieces

Winter Women's Real Plush Pom Hat Knitted...
**$4.00 - $4.60**
Min. order:2 pieces

Autumn and plush long rab...
**$4.00 - $4...**
Min. order:2 p...

### Key attributes

#### Other attributes

| Place of Origin | Zhejiang, China |
|---|---|
| Printing Methods | Digital printing, Embossed |
| Technics | Heat-transfer Printing, Maching embroidery |
| Applicable Scene | SKI, Travel, Outdoor, Daily, Casual |
| Brand Name | MC |
| Model Number | MC-MZ056 |
| Fabric Feature | COMMON |
| Size | 54-58 |

**Ready to Ship**

| 2 - 99 pieces | 100 - 499 pieces |
|---|---|
| **$4.50** | **$4.00** |

>= 500 pieces
**$3.50**

### Variations

Total options: 8 Color.    Select now ❯

1. Color(8)

      


Start order    Add to cart    ✉

Still deciding? Get samples first! Order sample

### Membership benefits

Quick refunds on orders under US $500 View more

### Purchase details

Protection with 🛡 Trade Assurance

🚚 **Shipping**

Shipping fee: $10.76 From CN to US
Enjoy **On-time Delivery Guarantee:** Receive by Feb 12 via Parcels (Standard)
Powered by **Alibaba.com** Logistics

💳 **Payments**

VISA ● PayPal 🅿 ● Pay GPay ...

Enjoy encrypted and secure payments View details

↩ **Returns & Refunds**

Eligible for refunds within 30 days of receiving products. View details

Buy Now

**Alibaba.com**
Global trade starts here.

Buy Now

Shipping address:    Calfee, Halter & Griswold LLP, (+1), 2166228200
332 S Michigan Ave, Suite 900, Chicago, Illinois, 60604, United States of America

Change    Add an address

🏬 Yiwu Mingqi Trading Co., Ltd.      💬 Chat with the supplier

Kangaroo Knitted Hat Plush Warm Casual Bag Hat Trendy All-Matching Sport Autumn And Winter Outdoor New Woolen Beanie Hat

| Color : ⬛ Black | USD 4.50 / Piece ⓘ | − 50 + | USD 225.00 |

Customization Service

The minimum quantity required for customization options is 50 Pieces.
You currently have 50 Pieces in your cart.

Item(s) total: **USD 225.00**

Shipping service line:    **Ocean + Delivery US (Economy)** ⌄
**Alibaba.com** Logistics

Shipping methods:    Multimodal transport

Incoterms:    DAP (Delivered at Place) ⓘ

Delivery timeline:    **Guaranteed dispatch within 5 days**

Payment      Dispatch      Received

●─────────────●─────────────○
Lead time 5 days    CN    Shipping time 30-45 working days    US

**Alibaba.com** Logistics    cost-effective, efficient, and trackable.      Shipping fee: **USD 45.98** ⌄

Sales Tax ❓    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax   **USD 23.06**

Payment Method    ◉ Credit/debit card

Card number
[                              ]

Name
[ Given names ] [ Surname ]

Expiration Date      CVV/CVC
[ Month ▾ ] / [ Year ▾ ]    [ CVV/CVC 👁 ❓ ]

Billing Address

---

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:    USD 225.00
Shipping fee:    USD 45.98

Order total:    USD 270.98
Tax:    USD 23.06
Processing fee:    USD 8.80

Pay in   **USD** ⌄      **USD 302.84**

🛡 **Pay now**

Payment Security: ✔ 🔒 PCI

💬 Messenger ⌃

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604    Edit >

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⑦ **USD 8.80**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance

View details >

💳 **On-time Dispatch Guarantee**
Dispatched within 5 days or you are eligible for compensation

$ **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 🌐 浙公网安备 330100020000092号  浙B2-20120091-4



Kangaroo Knitted Hat Plush Wa

alibaba.com/product-detail/_1600914814503.html

**Alibaba.com**

Products ⌄ | kangaroo hat | 🔍 Search

Ship to: 🇺🇸 US

Key attributes | Samples | Customization | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

Yiwu Mingqi Trading Co., Ltd. mainly provides fashion brand men's and women's clothing design and prod one-stop product supply chain services. It has a printing garment factory and a clothing development and design team to create a multi-size, small-batch business model. The team was formed by early fashion b players in Guangzhou. They are familiar with the quality of materials and craftsmanship that fashion prod should have. The high cost performance advantage attracts the favor of many first-line fashion brands, a provides integrated services of products and logistics. Through Ali's platform, we will carry out our trendy craftsmen's true colors to the end, and cooperate with more trendy brands for a win-win situation!

## FAQ

**1. who are we?**
We are based in Zhejiang, China, start from 2023,sell to North America(20.00%),Eastern Asia(20.00%),Ea Europe(10.00%),Southeast Asia(10.00%),Western Europe(10.00%),Central America(10.00%),Southern Europe(10.00%),South America(5.00%),Northern Europe(5.00%). There are total about 11-50 people in ou office.

**2. how can we guarantee quality?**
Always a pre-production sample before mass production;
Always final Inspection before shipment;

**3.what can you buy from us?**
Hoodie,shirt,cat,scarf,sock

**4. why should you buy from us not from other suppliers?**
Yiwu Mingqi Trading Co., Ltd. mainly provides tide brand men's and women's clothing design, has a printi garment factory, and produces one-stop product supply chain services.

**5. what services can we provide?**
Accepted Delivery Terms: null;
Accepted Payment Currency:null;
Accepted Payment Type: null;
Language Spoken:null

⚑ Report abuse

**Frequently bought together**

---

Ready to Ship

2 - 99 pieces | 100 - 499 pieces
**$4.50** | **$4.00**

>= 500 pieces
**$3.50**

### Variations

Total options: 8 Color. | Select now ›

1. Color(8)

### Membership benefits ⌄

### Purchase details
Protection with 🛡 Trade Assurance

🚚 Shipping fee: $10.72 From CN to US)
Enjoy **On-time Delivery Guarantee:** Receive by Feb 15 via Parcels (Standard)
Powered by **Alibaba.com** Logistics

VISA | mastercard | P PayPal | afterpay | ⬛ Pay | G Pay | ...

Enjoy encrypted and secure payments View details

↩ Eligible for refunds within 30 days of receiving products. View details

**Start order** | Add to cart | ✉

Still deciding? Get samples first! Order sample

💬 Messenger ⌃

**Defendant No. 24**
Ruika Official Store







  

1/16/24, 12:3...
Case 1:24-cv-00888 Document #: 66-2 Filed: 02/25/25 Page 130 of 140 PageID #:1055



AliExpress

Ruika Store

96.3% Positive Feedback | 1666 Followers

Store Home | Products | Feedback







**$6.99** $13.98 -50%

Wholesale  2+ pieces, extra 2% off

2023New Bob Hat Winter Women's Fashion Solid Color Rabbit Fur Hat Bucket Cap Fisherman's Hat Retro Knitted Wool Basin Bucket Hat

★★★★★ 5.0  3 Reviews | 27 sold

**Coupon & Discount**

$22.00 off
On orders over $328.00

$1.00 off
On orders over $20.00

**Color: Rabbit hair10F**

**Size: M 56-58cm**

M 56-58cm

**Product sellpoints**

- Fashion: This hat is suitable for various occasions, such as daily wear, outdoor activities, shopping, dating, etc.
- Windproof: The hat is made of high-quality acrylic fibers, which are windproof and waterproof. it can protect your head and ears from cold wind and keep you warm in winter.
- Seller recommended: If you have any questions, please feel free to contact us at any time. we will provide the best service for you!

**Ship to**

Delivery →

Shipping: $5.59
Estimated delivery betw... Feb 06

Service →

Free returns

**Quantity**

− 1 +

2+ pieces, extra 2% off
172 Pieces available

Buy no...

Add to C...

Share

## Related items

korea fashion Bucket ...
28 sold
$6.58 $17.82
Welcome deal · -63%
Free shipping

Hat winter women's f...
★★★★½ 6 sold
$2.5
Extra 5% off with coins

New Rabbit Fur Bucke...
3 sold
$3.41
Extra 5% off with coins

2020 Hat winter wom...
★★★★★ 136 sold
$2.58 $11.66
Welcome deal · -77%
Free shipping

Panama Outdoor Kan...
★★★★☆ 6 sold
$14.09
Free shipping

Winter Balaclava Hats...
★★★★★ 5,000+ sold
$6.47

**Description** | Specifications | Customer Reviews (3) | You may also like

Case 1:24-cv-00885-...Document #60-2 Filed: 02/25/24 Page 131 of 140 PageID #:1086





**AliExpress**

### Shipping Address

**Calfee, Halter & Griswold LLP**   +1 2166228200
332 S Michigan Ave / Suite 900
Chicago, Illinois, United States, 60604

Change

### Payment Methods

Select payment method

**Ruika Store** ✎

2023New Bob Hat Winter Women's Fashion Solid Color Rabbit Fur Hat Bucket Cap Fisherm...
Rabbit hair10F,M 56-58cm

$6.99    ⊖ 1 ⊕

Shipping: $5.59
Estimated delivery between Feb 01 - 04
Free returns                                                                  ⟩

### Summary

| | |
|---|---|
| Total item costs | $6.99 |
| Promo code | Enter code here ⌄ |
| Total shipping | $5.59 |
| Tax ⓘ | $0.72 |
| **Total** | **$13.30** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

✓ AliExpress

AliExpress keeps your information and payment safe

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Imprint · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2023 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

# Defendant No. 25
zhanchi Store

Case 1:24-cv-00668ED Document #60-2 Filed: 02/25/24 Page 135 of 140 PageID #:1820



zhanchi Store >

94.3% Positive Feedback | 1292 Followers | + Follow

Store Home    Products ∨    Feedback




$ **7**.15  $14.30  -50%

2023 Japanese Simple Washed Cotton Solid Color Beret Men's And Wemon's Newsboy Kangol Cap Eight-Blade Husband Gorras

★★★★☆ 4.0  1 Review · 4 sold

**Coupon & Discount**

$3.00 off
On orders over $15.00

**Color: black**

   

**Ship to** ⊙ Chicago, Illin

**Delivery** →

Shipping: $2.29

Free shipping for order via the selected shippi

Estimated delivery betw 30

Collect a $1.00 coupon

**Service** →

Free returns · On-time

**Quantity**

−  1  +

999 Pieces available

**Buy no**

**Add to C**

⤳ Share

---

## Related items

| korea fashion Bucket ... | Retro Newsboy Caps ... | 2022 Women Caps Be... | Octagonal Hat Wome... | Men's large round du... | Women Knitted Balacl... |
|---|---|---|---|---|---|
| 21 sold | ★★★★☆ 1,000+ sold | ★★★★☆ 34 sold | ★★★★★ 11 sold | ★★★★☆ 87 sold | ★★★★☆ 800+ sold |
| $5.16 $17.82 | $0.99 $13.77 | $7.63 | $2.02 $20.95 | $9.18 | $2.39 $22.52 |
| Welcome deal · Saved $1... | Welcome deal · Saved $1... | Extra 5% off with coins | Welcome deal · Saved $1... | Extra 5% off with coins | Welcome deal · Saved $2... |
| Free shipping | ✓Choice Free shipping over $10 · 11-day delivery | Free shipping | ✓Choice Free shipping over $10 | Free shipping | ✓Choice Free shipping over $10 · 11-day delivery |

---

⌖ **Description**    Specifications    Customer Reviews (1)    You may also like

 **ZhanChi Stroe**   Bookmark  Quality  Gold medal

## Description

Report Item / Suspicious Activity

Case 1:24-cv-00668-CFC Document 60-2 Filed 02/25/25 Page 136 of 140 PageID #: 1991





## AliExpress

### Shipping Address

**Calfee, Halter & Griswold LLP**    +1 2166228200
332 S Michigan Ave / Suite 900
Chicago, Illinois, United States, 60604

**Change**

### Payment Methods

**Select payment method**

**zhanchi Store**                                                    ✎

2023 Japanese Simple Washed Cotton Solid Color Beret Men's And Wemon's Newsboy kan...
black

$7.15                                                    ⊖   1   ⊕

Shipping: $2.29
Estimated delivery between **Jan 28 - 31**
Free returns                                                    ›

### Summary

| | |
|---|---|
| Total item costs | $7.15 |
| Promo code | Enter code here ⌄ |
| Total shipping | $2.29 |
| Tax ? | $0.73 |
| **Total** | **$10.17** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and
acknowledged **all terms and policies.**

🛡 **AliExpress**

AliExpress keeps your information and payment safe

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

**▶ Google Play**    ** App Store**    **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers -
Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2023 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-
8 浙公网安备 33010802002248号

1/12/24, 10:22 Case 1:24-cv-00663-CFC Document #60-2 Filed 02/25/24 Page 138 of 140 PageID #:1003 and Gorra…



AliExpress

bucket hat winter

Download the AliExpress app

Chicago/EN/ USD

zhanchi Store >

94.3% Positive Feedback | 1292 Followers | + Follow

Store Home    Products ⌄    Feedback



**$7.15** ~~$14.30~~ -50%

2023 Japanese Simple Washed Cotton Solid Color Beret Men's And Wemon's Newsboy Kangol Cap Eight-Blade Husband Gorras

★★★★ 4.0  1 Review · 4 sold

**Coupon & Discount**

$3.00 off
On orders over $15.00

**Color: black**

   

**Ship to** ⊙ Chicago, Illin

**Delivery** →
Shipping: $2.29
Free shipping for order via the selected shippin
Estimated delivery betw 30
Collect a $1.00 coupon

**Service** →
Free returns · On-time

**Quantity**
−  1  +
999 Pieces available

**Buy no**

**Add to C**

⇗ Share

### Related items

| korea fashion Bucket … | Retro Newsboy Caps … | 2022 Women Caps Be… | Octagonal Hat Wome… | Men's large round du… | Women Knitted Balacl… |
|---|---|---|---|---|---|
| 21 sold | ★★★★ 1,000+ sold | ★★★★ 34 sold | ★★★★ 11 sold | ★★★★ 87 sold | ★★★★ 800+ sold |
| $5.16 ~~$17.82~~ | $0.99 ~~$13.77~~ | $7.63 | $2.02 ~~$20.95~~ | $9.18 | $2.39 ~~$22.52~~ |
| Welcome deal · Saved $1… | Welcome deal · Saved $1… | Extra 5% off with coins | Welcome deal · Saved $1… | Extra 5% off with coins | Welcome deal · Saved $2… |
| Free shipping | ✓Choice Free shipping over $10 · 11-day delivery | Free shipping | ✓Choice Free shipping over $10 | Free shipping | ✓Choice Free shipping over $10 · 11-day delivery |

⚲ Description    Specifications    Customer Reviews (1)    You may also like

   

ZhanChi Stroe

### Description

Report Item / Suspicious Activity

1/12/24, 10:22 ... and Gorra...







Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Imprint · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2023 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号