# Defendant No. 14
Hangzhou Chuanyue Silk Imp And Exp Co., Ltd.





# 2023 in stock ny bandan kangol white Katrina men women denim jean bucket hats set caps

No reviews yet



Hangzhou Chuanyue Silk Imp And Exp Co., Ltd. · Verified Multispecialty supplier · 5 yrs · CN

Hover to zoom in  Share



## Key attributes

### Other attributes

| | |
|---|---|
| Applicable Scene | Outdoor |
| Material | 100% Cotton |
| Style | Character |
| Place of Origin | Zhejiang, China |
| Applicable Season | Four Seasons |
| Age Group | Adults |
| Gender | Unisex |
| Brand Name | DX BUCKET HAT |
| Model Number | DX BUCKET HAT 28 |
| Logo | Custom Logo |
| Color | 7 Colors |
| Usage | Outdoors Activities |
| Design | Custom Bucket Hat Based |
| Season | Spring Summer Autumn |
| Fabric | 100%cotton |

1/11/24, 3:54 PM Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

Case: 1:24-cv-01636 Document #: 65-1 Filed: 03/13/25 Page 3 of 5 PageID #:1492



1/11/24, 3:54 PM   Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

Case: 1:24-cv-01636 Document #: 65-1 Filed: 03/13/25 Page 4 of 5 PageID #:1493

332 S Michigan Ave, Chicago, United States of America, Illinois, 60604     Edit >

☑ Save the card information for next payments and accept the Alibaba.com Privacy Policy.

○ Other payment methods

Processing fee: ⓘ  **USD 1.98**

**Additional notes (optional)**   Please fill in

0/2000

**Protections on this order** with 🛡 **Trade Assurance**     View details >

🚚 **On-time Dispatch Guarantee**
Dispatched within 12 days or you are eligible for compensation

💲 **Refund policy**
Claim a refund if products are not delivered, missing, or defective within 30 days

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved.   浙公网安备 33010002000092号  浙B2-20120091-4

