Exhibit C-3

