UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kangol LLC,                                    )
                                               )
    Plaintiff,                                 )
                                               )   Case No. 24-CV-01636
    v.                                         )
                                               )   Judge Sharon Johnson Coleman
The Partnerships and                           )
Unincorporated Associations                    )
Identified on Schedule A,                      )
                                               )
    Defendants.                                )

## DECLARATION OF SHENGHONG XU

I, Shenghong Xu, declare under penalty of perjury under the laws of the United States as follows:

1. My name is Shenghong Xu. I am a resident and citizen of China. I read and write fluently in English and did not require a translator for this declaration.

2. I am the controlling shareholder (owning 66% of the shares), the legal representative, and the manager of Hangzhou Chuanyue Silk Import & Export Co., Ltd. ("***Hangzhou Chuanyue***"), a Chinese company engaged in foreign trade and the sale of silk products. The company has been in existence since 2009.

3. The company's registered address is: No. 252-256, Hangzhou China Silk City, (near the west side of Xinhua Road and Jiankang Road), Gongshu District, Hangzhou City, China. This is the address listed in Chinese public records.

4. The address listed in the Hangzhou Chuanyue's U.S. trademark registration for DANA XU is: No. 252-257, Hangzhou China Silk City, Xiacheng District, Hangzhou, Zhejiang, China 310000.

5. The difference between "252-256" and "252-257" is because in 2021 shop number 257 was transferred to another company that I own, which led to an update in the registered address to "252-256."

6. As shown in a picture on Hangzhou Chuanyue's website https://www.danasilk.com/, the company has a permanent store front located at 252-257, Hangzhou China Silk City. That picture is attached as **Exhibit C-1.**

7. Any difference in the company's address between "Xiacheng District" and "Gongshu District" is because in April 2021, the Chinese government abolished the Xiacheng District and Gongshu District and merged them into a new Gongshu District. Therefore, addresses previously listed under Xiacheng District now fall under Gongshu District.

8. Any mail or correspondence sent to either "252-257" or "252-256" would still reach Hangzhou Chuanyue, as they refer to the same physical location within Hangzhou China Silk City.

9. The company also uses the street address "No. 217 Xinhua Road" in business communications, including marketing materials. This address corresponds to one of the general addresses of Hangzhou China Silk City.

10. The store numbers (such as "252-256") are visibly posted on the shops within Hangzhou China Silk City.

11. Hangzhou China Silk City is an open air mall located in central Hangzhou City between Feng Qi Road on the south and Ti Yu Chang Road on the north, Xinhua Road on the east and Western Jian Kang Road on the west. It hosts hundreds of stores dealing in various silk fabrics, silk clothes, ties, scarves and all kinds of raw silk.

12. I have reviewed the video available at [https://youtu.be/EFAhad9WPjg?si=nmqiKNOox3Oi_oNx], and I confirm that it accurately depicts the area where Hangzhou China Silk City is located.

13. The address "Xinhua Road 238" was a previous office location used by the company between 2010 and 2012, but it is no longer in use. It is also in Hangzhou China Silk City, a short walk away from our current address.

14. The business name "Hangzhou Chuanyue Silk Imp. & Exp. Co., Ltd." is an abbreviated form of "Hangzhou Chuanyue Silk Import & Export Co., Ltd." There are not two different companies.

15. In Chinese characters, "import and export" is written "进出口". There is no way to abbreviate the terms, so it would not be possible for different companies named "Hangzhou Chuanyue Silk Imp. & Exp. Co., Ltd" and "Hangzhou Chuanyue Silk Import & Export Co., Ltd" to coexist in China.

16. The company has a home page on Alibaba.com at https://danasilk.m.en.alibaba.com/index.html?spm=a2700.shop_co.88.11.153f ee2etGJwLD, which would have been accessible from the screenshots submitted by Plaintiff. From there, one could go to the "Contacts" page, https://danasilk.m.en.alibaba.com/contactinfo.html?spm=a2700.shop_index.8 8.60.37e85cca2k88ez, which lists the Company's address as "No. 252-256, China Silk City, Hangzhou, Located On The West Side Of Xinhua Road, Health Road And Other Silk Themed Blocks, Hangzhou, Zhejiang, China" Those links and that address have been available at those websites since as early as 2018. **Exhibit C-2** is an accurate representation of the "Contacts" page.

17. Hangzhou Chuanyue is an Amazon seller. In accordance with Amazon's terms of service, Hangzhou Chuanyue has listed its physical address on Amazon since at least as early as 2015. That address is:

浙江杭州

杭州丝绸城 252-256 号新华路 217 号

杭州市

杭州

浙江

Which translates to:

Hangzhou, Zhejiang

No. 252-256, Hangzhou Silk City, No. 217, Xinhua Road

Hangzhou City

Hangzhou

Chekiang

I can confirm that that is the address that has been listed on Amazon since 2015. **Exhibit C-3** is an accurate representation of the Amazon page showing the address.

18. Public records of Hangzhou Chuanyue's registered address can be accessed through the following platforms: a. The official National Enterprise Credit Information Publicity System: https://www.gsxt.gov.cn/index.html b. Commercial database websites such as Qichacha (https://www.qcc.com/). However, I do not know if those sites are accessible outside of China.

19. I have attached as **Exhibit C-4** a copy of a public record available, the Company's business license, which is also available on the Company's website. It was first issued in 2009. When translated, it shows

- That I am the legal representative;
- That the company was established in July 2009;
- That the address is No. 252-256, Hangzhou China Silk Town, within the Health Road Silk Characteristic Street, West Side of Xinhua Road, Gongshu District, Hangzhou City, Zhejiang Province.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 13th day of March, 2025, in Hangzhou, China.

*Shenghong Xu*

Shenghong Xu (a/k/a Dana Xu) Legal Representative & Manager Hangzhou Chuanyue Silk Import & Export Co., Ltd.



Exhibit C-1

Exhibit C-2



Exhibit C-3

Exhibit C-4

# 营业执照

| | |
|---|---|
| 统一社会信用代码 | 91330103691726440G |
| 名称 | 杭州川越丝绸进出口有限责任公司 |
| 类型 | 有限责任公司（自然人投资或控股） |
| 法定代表人 | 徐圣红 |
| 注册资本 | 壹佰万元整 |
| 成立日期 | 2009 年 07 月 28 日 |
| 住所 | 浙江省杭州市拱墅区新华路西侧、健康路等丝绸特色街区内杭州中国丝绸城 252－256 号 |
| 经营范围 | 许可项目：保健食品销售；婴幼儿配方乳粉销售；技术进出口；货物进出口；食品经营（销售预包装食品）（依法须经批准的项目，经相关部门批准后方可开展经营活动，具体经营项目以审批结果为准）。一般项目：家居用品销售；建筑材料销售；轻质建筑材料销售；模具销售；电子产品销售；电子元器件零售；光电子器件销售；电子专用材料销售；电子元器件批发；电力电子元器件销售；电子元器件制造（不含危险化学品）；针纺织品销售；针纺织品及原料销售、服装服饰批发；服装服饰零售；鞋帽批发；鞋帽零售；染料销售；劳动保护用品销售；特种劳动防护用品销售；日用品零售；日用品批发；日用百货销售；日用杂品销售；工艺美术品及收藏品批发（象牙及其制品除外）；工艺美术品及收藏品零售（象牙及其制品除外）；医护人员防护用品批发；医用口罩批发；食用农产品零售；初级农产品收购；工艺美术品及收藏品零售（象牙及其制品除外）；医护人员防护用品零售；医用口罩零售；第一类医疗器械销售；医疗器械销售、第二类医疗器械销售（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）。 |
| 登记机关 | 2024 年 12 月 06 日 |

