UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kangol LLC, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>The Partnerships and )<br>Unincorporated Associations )<br>Identified on Schedule A, )<br>)<br>    Defendants. ) | Case No. 24-CV-01636<br><br>Judge Sharon Johnson Coleman |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant No. 14, Hangzhou Chuanyue Silk Import & Export Co., Ltd., hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order entered on June 13, 2025 (DKT #66) by the United States District Court for the Northern District of Illinois, Eastern Division, which denied Defendant's Motion to Vacate dated February 25, 2025 (Dkt# 60).

Dated: July 14, 2025

Respectfully submitted,

/s/ Wesley E. Johnson
Wesley E. Johnson
Cross-Border Counselor LLP
105 W Madison, Ste 2300
Chicago, IL 60602
(312) 752-4828
wjohnson@cbcounselor.com

/s/ Benjamin Solter
Benjamin Solter
Cross-Border Counselor LLP
7755 Center Ave., Ste 1100
Huntington Beach, CA 92647
(781) 752-6369
bsolter@cbcounselor.com

Attorneys for Defendant
Hangzhou Chuanyue Silk Import & Export Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I electronically filed the foregoing Notice of Appeal with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 14, 2025

/s/ Wesley E. Johnson
Wesley E. Johnson
Cross-Border Counselor LLP
105 W Madison, Ste 2300
Chicago, IL 60602
(312) 752-4828
wjohnson@cbcounselor.com